AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

SEYED MOHSEN HOSSEINI-SEDEHY,

    Plaintiff,

           V.

ERIN T. WITHINGTON and
CITY OF BOSTON,

    Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04-11948 RGS

TO: (Name and address of Defendant)

    Erin T. Withington
    25 Beaufield Street
    Dorchester, MA

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Christopher A. Duggan
    Gerard A. Butler
    SMITH & DUGGAN LLP
    Lincoln North
    55 Old Bedford Road
    Lincoln, MA  01773

an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

SEP 08 2004
DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 9-29-04 |
| NAME OF SERVER (PRINT) William H Dewsnap, III | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): by serving "in-Hand" upon Richard Withington (Husband) of Erin T. Withington, 15 Legge St, Bridgewater, MA

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9-29-04
    Date            Signature of Server

    92 State Street, Boston, MA 02109
    Address of Server

Also attempted to serve at 25 Beaufield Street, Dorchester, MA - No Longer Resides at this Address

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.