AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of   Massachusetts

SEYED MOHSEN HOSSEINE-SEDEHY

    Plaintiff,

            V.

ERIN T. WITHINGTON and
CITY OF BOSTON,

    Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04 11948 RGS

TO: (Name and address of Defendant)

    City of Boston
    City Clerk's Office
    One Boston City Hall Square
    Boston, MA  02201

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Christopher A. Duggan
    Gerard A. Butler
    SMITH & DUGGAN LLP
    Lincoln North
    55 Old Bedford Road
    Lincoln, MA  01773
    617-228-4400

an answer to the complaint which is served on you with this summons, within  twenty (20)   days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE  SEP 08 2004

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 9-17-04 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| John Roberto | Process Server / Disinterested Person |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): by serving in-hand upon Darlene Bryant, Clerk, City of Boston/City Clerk's Office, One Boston City Hall Sq., Boston, MA.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | 25.00 | $0.00 25.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   9-17-04
                Date

Signature of Server: John Roberto
Process Server / Disinterested Person

92 State Street, Boston, MA 02109
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.