UNITED STATES DISTRICT COURT
OF MASSACHUSETTS

CIVIL ACTION NO: 04-11948RGS

SEYED MOHSEN HOSSEINI-SEDEHY,
    Plaintiff,

v.

ERIN T. WITHINGTON and
CITY OF BOSTON
    Defendants.

## NOTICE OF APPEARANCE

I, Regina M. Ryan, do hereby enter my appearance on behalf of the defendant, Erin T. Withington, in the captioned matter.

    Defendant, Erin T. Withington,
    By her attorneys,

    _____
    Douglas I. Louison BBO# 545191
    Regina M. Ryan BBO# 565246
    Merrick, Louison & Costello, LLP
    67 Batterymarch Street
    Boston, MA 02110
    (617) 439-0305

## CERTIFICATE OF SERVICE

I, Regina M Ryan, hereby certify that on the ____ day of _____, 2000, I served the foregoing by causing a copy to be mailed, postage prepaid, directed to Christopher A. Duggan, Esquire, Smith & Duggan, LLP, Lincoln North, 55 Old Bedford Road, Lincoln, MA 01773 and Amy E. Ambarik, Esquire, City of Boston Law Department, Boston City Hall, Room 615, 1 City Hall Plaza, Boston, MA 02201.

    _____
    Regina M. Ryan

P:\MPA\Schroder, Erin\Notice of Appearance.wpd