UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SEYED MOHSEN HOSSEINI-SEDEHY, )
)
Plaintiff, )
)
v. )
)
ERIN T. WITHINGTON ) Civil Action No. 04-cv-11948-RGS
and CITY OF BOSTON, )
)
Defendants. )

## *INITIAL DISCLOSURES OF SEYED MOHSEN HOSSEINI-SEDEHY*

A. The following are individuals likely to have discoverable information that Mr. Hosseini-Sedehy may use to support his claims:

    1.) Seyed Mohsen Hosseini-Sedehy – 106 13th Street, unit no. 120, Charlestown, MA 02129; tel no. (617) 696-1433;
    2.) Steve Casterline – 18 Pondview Avenue, Scituate, MA 02066;
    3.) Joseph Bavis – 138 Athens Street, South Boston, MA 02127;
    4.) Joseph Perry – 212 Beacon Street, Boston, MA;
    5.) Corey Tang – 125 North Street, Teterboro, NJ, (201) 814-1313;
    6.) Jon-Jay Associates, Inc. – Peabody, Massachusetts;
    7.) Patrick Geary – 11 Boutwell Street, Dorchester, MA 02122;
    8.) TeamsterCare Wellness Office Keeper of the Records – 16 Sever Street, Charlestown, MA;
    9.) GES Exposition Services, Inc. – Keeper of records - 125 North Street, Teterboro, NJ, (201) 814-1313.

B. The following is a list of the copies of all documents, data compilations, and tangible things, provided to the defendants that Mr. Hosseini-Sedehy may use to support his claims:

Please see the documents, labeled HOS 1 through HOS 310, previously provided in hand on January 18, 2005. Mr. Hosseini-Sedehy is also in possession of the five-page board of probation record of Joseph Bavis. The Internal Affairs Department of the Boston Police Department interviewed Mr. Hosseini-Sedehy. The Boston Police Department is in possession of an audiotape recording of this statement.

C.  The following is a computation of the damages claimed by Mr. Hosseini-Sedehy:

   1.) attorneys' fees – $43,000
   2.) mental anguish - $50,000

                                    Respectfully submitted,
                                    Seyed Mohsen Hosseini-Sedehy
                                    By his attorneys,

                                    /s/ Christopher A. Duggan
                                    Christopher A. Duggan
                                    BBO # 544150
                                    Gerard A. Butler, Jr.
                                    BBO # 557176
                                    Smith & Duggan LLP
                                    Lincoln North
                                    55 Old Bedford Road
                                    Lincoln, MA 01773-1125
                                    (617) 228-4400

Date: January 19, 2005

## CERTIFICATE OF SERVICE

I, Christopher A. Duggan, hereby certify that I have caused a copy of the INITIAL DISCLOSURES OF SEYED MOHSEN HOSSEINI-SEDEHY to be served via fist-class mail, postage prepaid, to counsel of record as listed below on January 19, 2005.

          Amy E. Ambarik
          City of Boston Law Department
          Boston City Hall, Room 615
          1 City Hall Plaza
          Boston, MA 02201

                                    /s/ Christopher A. Duggan
                                    Christopher A. Duggan
                                    BBO No. 544150