UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SEYED MOHSEN HOSSEINI-SEDEHY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ERIN T. WITHINGTON )<br>and CITY OF BOSTON, )<br>)<br>Defendants. ) | Civil Action No. 04-cv-11948-RGS |

## LOCAL RULE 16.1(D) JOINT STATEMENT

**Agenda for Pretrial Conference**

Approval of a Discovery Schedule and establishing deadlines.

**Initial Disclosures**

Mr. Hosseini-Sedehy intends to serve his initial disclosures pursuant to Fed.R.Civ. 26(a)1 before January 24, 2005. The Defendants will serve their initial disclosures by February 7, 2005.

**Possibility of Prompt Settlement/Alternative Dispute Resolution**

Mr. Hosseini-Sedehy is interested in prompt settlement of this matter and any reasonable alternative dispute resolution. The Defendants have not made a determination whether this case is appropriate for alternative dispute resolution at this time.

**Proposed Discovery Plan**

*Deadline for Completion of Phase I Discovery:* September 15, 2005.
*Deadline for Completion of Phase II Discovery:* November 15, 2005.
*Disclosure of Expert Opinions:* Plaintiff shall identify his experts and serve reports pursuant to Fed. R. Civ. P. 26 no later than December 15, 2005. Defendants shall identify their experts and serve reports pursuant to Fed. R. Civ. P. 26 no later than January 30, 2006. All expert depositions are to be completed on or before February 28, 2006.

**Trial By Magistrate**

Mr. Hosseini-Sedehy is willing to consent to a trial by magistrate if he is guaranteed a jury trial on his claims. The Defendants have not yet decided whether to consent to trial by magistrate.

**Dispositive Motions**

Dispositive motions shall be filed no later than March 30, 2006.

| City of Boston and<br>Erin T. Withington | Seyed Mohsen Hosseini-Sedehy |
|---|---|
| /s/ Amy E. Ambarik<br>Amy E. Ambarik<br>City of Boston Law Department<br>Boston City Hall, Room 615<br>1 City Hall Plaza<br>Boston, MA 02201<br>Phone: 617-635-4099<br>Fax: 617-635-3199 | /s/ Christopher A. Duggan<br>Christopher A. Duggan (544150)<br>Gerard A. Butler, Jr. (557176)<br>Smith & Duggan LLP<br>Two Center Plaza, Suite 620<br>Boston, MA 02108<br>Phone: 617-228-4400<br>Fax: 781-259-1112 |

Date: January 19, 2005