UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SEYED MOHSEN HOSSEINI-SEDEHY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ERIN T. WITHINGTON )<br>and CITY OF BOSTON, )<br>)<br>Defendants. )<br>) | Civil Action No. 04-cv-11948-RGS |

### NOTICE OF APPEARANCE OF COUNSEL FOR PLAINTIFF
### SEYED MOHSEN HOSSEINI-SEDEHY

Please enter my appearance as counsel for Plaintiff, Seyed Mohsen Hosseini-Sedehy.

        Respectfully submitted,
        Seyed Mohsen Hosseini-Sedehy
        By his attorney,

        /s/ Gerard A. Butler, Jr.
        Gerard A. Butler, Jr.
        BBO # 557176
        Smith & Duggan LLP
        Lincoln North
        55 Old Bedford Road
        Lincoln, MA 01773-1125
        (617) 228-4454

Date: January 21, 2005