UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11948-RGS

SEYED MOHSEN HOSSEINE - SEDEHY,
Plaintiff

v.

ERIN T. WITHINGTON
and THE CITY OF BOSTON,
Defendants

## CERTIFICATION OF DEFENDANT ERIN WITHINGTON

I, Erin Withington, hereby certify pursuant to Local Rule of Federal Procedure 16.1(D)(3) that I have conferred with counsel:

(a) With a view toward establishing a budget for the costs of conducting the full course – and various courses – of the litigation; and

(b) To consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Erin Withington

Merita A. Hopkins
Corporation Counsel

By his attorneys:

Amy E. Ambarik, Esq.
BBO #637348
Assistant Corporation Counsel
City of Boston Law Department
Room 615, City Hall
Boston, MA 02201
(617) 635-4099