UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 FEB -9 P 12: 17

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| SEYED MOHSEN HOSSEINI-SEDEHY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ERIN T. WITHINGTON ) <br> and CITY OF BOSTON, ) <br> ) <br> Defendants. ) | Civil Action No. 04-cv-11948-RGS |

## LOCAL RULE 16.1(D) CERTIFICATION OF DISCUSSION OF BUDGET AND ALTERNATIVE DISPUTE RESOLUTION

We have conferred about the prospective budgets associated with various alternative courses of the litigation and the potential benefits of alternative dispute resolution programs.

_____
Seyed Mohsen Hosseini-Sedehy
106 13th Street
Unit no. 120
Charlestown, MA 02129
Phone: (617) 696-1433

_____
Christopher A. Duggan (544150)
Gerard A. Butler, Jr. (557176)
Smith & Duggan LLP
Two Center Plaza, Suite 620
Boston, MA 02108
Phone: 617-228-4400
Fax: 617-248-9320

Date: Febrm 8, 2005