UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SEYED MOHSEN HOSSEINI-SEDEHY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04-11948-RGS |
| ) | |
| ERIN T. WITHINGTON ) | |
| Defendant. ) | |
| ) | |

### SUFFOLK DISTRICT ATTORNEY'S OFFICE
### MOTION TO QUASH THE SUBPOENA

Now comes the Suffolk District Attorney's Office and hereby moves to quash the subpoena requiring the keeper of the records to appear at a deposition in the above-entitled matter and produce and permit inspection and copying of certain specified documents including, but not limited to all notes, memoranda, logs and records concerning the matter of *Commonwealth of Massachusetts v. Mohsen Hosseni*, Boston Municipal Court Docket No. 0401CR001774. As grounds therefor, the Suffolk District Attorney's Office states that the plaintiff seeks documentation on matters that are either privileged and exempt from disclosure or cumulative of information of which the plaintiff already has possession. In support of this motion, the Suffolk District Attorney's Office has attached a memorandum of law.

WHEREFORE, for the foregoing reasons, the Suffolk District Attorney's Office requests that this Court quash the subpoena. In the alternative, the Suffolk District Attorney's Office requests this Court to enter an appropriate protective order in its behalf.

|  |  |
|---|---|
|  | Respectfully submitted<br>For the Suffolk District<br>Attorney's Office,<br><br>THOMAS F. REILLY<br>Attorney General<br><br>/s/ Eva M. Badway<br>Eva M. Badway<br>Assistant Attorney General<br>Criminal Bureau<br>One Ashburton Place<br>Boston, Massachusetts 02108<br>(617) 727-2200, ext. 2824 |
| Dated: June 3, 2005 | BBO # 635431 |

Certificate of Compliance with Local Rule 7.1(A)(2)

    I certify that pursuant to Local Rule 7.1(A)(2), I conferred with plaintiff's counsel and we were unable to resolve or narrow the issue.

/s/ Eva M. Badway
Eva M. Badway