UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SEYED MOHSEN HOSSEINI-SEDEHY,<br><br>Plaintiff,<br><br>v.<br><br>ERIN T. WITHINGTON<br>and CITY OF BOSTON,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 04-cv-11948-RGS<br>)<br>)<br>)<br>) |

**ASSENTED-TO MOTION TO EXTEND TIME TO RESPOND TO THE SUFFOLK DISTRICT ATTORNEY'S OFFICE MOTION TO QUASH THE SUBPOENA**

Now comes Seyed Mohsen Hosseini-Sedehy ("Mr. Hosseini"), with the assent of counsel for the Suffolk District Attorney, and respectfully requests this Court to permit him an additional one week to respond to the Suffolk District Attorney's Office Motion to Quash the Subpoena (the "motion") filed on Friday, June 3, 2005. As reasons therefore, the Mr. Hosseini asserts that his counsel who has been working with counsel for the Suffolk District Attorney, has been ill since Monday evening and has been out of work since this morning. An additional one week time will permit Mr. Hosseini an adequate opportunity to prepare an opposition to the motion.

Wherefore, Mr. Hosseini asks that his request for additional time to file an opposition to the motion be allowed.

**Local Rule 7.1(A)(2) Certification**

-2-

The undersigned certifies that Christopher A. Duggan has conferred in good faith with counsel for Suffolk District Attorney's Office pursuant to Local Rule 7.1(A)(2) and was able to agree on this issue.

                                            Respectfully submitted,
                                            Seyed Mohsen Hosseini-Sedehy
                                            By his attorneys,

                                            /s/ Gerard A. Butler, Jr.
                                            Christopher A. Duggan
                                            BBO # 544150
                                            Gerard A. Butler, Jr.
                                            BBO # 557176
                                            Smith & Duggan LLP
                                            Lincoln North
                                            55 Old Bedford Road
                                            Lincoln, MA 01773-1125
                                            (617) 228-4400

Date:   June 17, 2005

## CERTIFICATE OF SERVICE

I, Gerard A. Butler, Jr., hereby certify that I have caused a copy of the **ASSENTED-TO MOTION TO EXTEND TIME TO RESPOND TO THE SUFFOLK DISTRICT ATTORNEY'S OFFICE MOTION TO QUASH THE SUBPOENA** to be served via fist-class mail, postage prepaid, to counsel of record as listed below.

>Amy E. Ambarik
>City of Boston Law Department
>Boston City Hall, Room 615
>1 City Hall Plaza
>Boston, MA 02201
>
>Eva M. Badway
>Assistant Attorney General
>Office of the Attorney General
>Criminal Bureau
>One Ashburton Place
>Boston, MA. 02108

>/s/ Gerard A. Butler, Jr.
>Gerard A. Butler, Jr.
>BBO No. 557176

Date: June 17, 2005