UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11948-RGS

SEYED MOHSEN HOSSEINE - SEDEHY,
    Plaintiff

v.

ERIN T. WITHINGTON
and the CITY OF BOSTON
    Defendants

**NOTICE OF WITHDRAWAL OF APPEARANCE**

TO THE CLERK OF THE ABOVE-REFERENCED COURT:

    Kindly withdraw my appearance as counsel of record for the Defendants, Erin T. Withington and City of Boston in the above-captioned matter.  Successor counsel is filing an appearance herewith.

Respectfully submitted,
DEFENDANTS, ERIN T. WITHINGTON and
CITY OF BOSTON
By their attorneys:

Merita A. Hopkins
Corporation Counsel

By:  /s/ Amy E. Ambarik
Amy E. Ambarik, BBO# 637348
Assistant Corporation Counsel
City of Boston Law Department
Room 615, City Hall
Boston, MA 02201
(617) 635-4099

**CERTIFICATE OF SERVICE**
I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail/by hand/by fax.

_____   /s/Helen G. Litsas
   Date