UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-CV-11948-RGS

SEYED MOHSEN HOSSEINI-SEDEHY

V.

ERIN T. WITHINGTON

ORDER ON SUFFOLK DISTRICT ATTORNEY'S
OFFICE MOTION TO QUASH THE SUBPOENA

July 12, 2005

STEARNS, D.J.

Plaintiff Seyed Mohsen Hosseini-Sedehy (Hosseini) filed this civil rights action against Boston Police Officer Erin Withington (Withington) for "wrongfully arresting him on a false allegation of sexual assault." Hosseini has subpoenaed the Suffolk County District Attorney's Office seeking the production of documents, including all notes, memoranda, logs, and records concerning the matter of Commonwealth of Massachusetts v. Mohsen Hosseini, Boston Municipal Court Docket No. 0401CR001774. The District Attorney moves to quash the subpoena, contending that the subpoenaed materials are either privileged and exempt from disclosure or cumulative of information which Hosseini already possesses

The court will direct the District Attorney to produce the requested records to the court, in camera, on or before August 1, 2005, together with a privilege log conforming to

Fed. R. Civ. P. 26(b)(5) and 45(d) specifying the basis for a claim of exemption with respect to each document withheld. A copy of the privilege log shall be served on plaintiff.

        SO ORDERED.

        /s/ Richard G. Stearns

        _____
        UNITED STATES DISTRICT JUDGE