UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11948-RGS

SEYED MOHSEN HOSSEINE - SEDEHY,
    Plaintiff

v.

ERIN T. WITHINGTON
and the CITY OF BOSTON
    Defendants

## JOINT MOTION TO EXTEND DISCOVERY AND DISPOSTIVE MOTIONS DEADLINES

NOW come the parties in the above captioned matter and respectfully request that this Court briefly extend the discovery deadline from September 15, 2005, to October 15, 2005, and the dispositive motions deadline from September 15, 2005 to October 31, 2005 in order to allow additional time to complete discovery. As grounds therefore, the parties state the following:

1. The above action alleges that Defendant City of Boston Police Detective Erin Withington violated the Plaintiff's federal civil rights.
2. There are no less than five potential fact witnesses whose depositions are necessary.
3. Below-signed counsel have endeavored in good faith to comply with the current discovery Order so that discovery would be complete by the current deadline of September 15, 2005.
4. Due to Defendant's current counsel case load, scheduling availability and the availability of other City employees necessary to complete discovery, compliance with the deadline will not be possible.
5. Current counsel for the Defendant, Erin Withington, was recently assigned to this matter on June 22, 2005;
6. Counsel have conferred and agree that a one-month extension would provide adequate time to fully complete discovery.

7. Allowing this brief extension of discovery would be beneficial to all parties involved and would be in the interests of preserving judicial time and resources.

8. The allowance of this Motion would necessarily result in the following adjustments to the current schedule as the current docket indicates that the deadline for filing dispositive motions is also September 15, 2005:

   - October 15, 2005:   Fact discovery completed.
   - October 31, 2005:   Dispositive Motions filed, with response due 14 days thereafter.

9. There is no prejudice to either party in allowing the instant motion.

10. Counsel for all parties have assented to this motion.

WHEREFORE, Plaintiff and Defendant respectfully requests that their Joint Motion to Extend Discovery and Dispostive Motions Deadlines from September 15, 2005 to October 15, 2005, and from September 15, 2005 to October 31, 2005, respectively, be ALLOWED.

Respectfully submitted,
PLAINTIFF, SEYED MOHSEN HOSSEINI-SEDEHY,
By his attorney,

/s/Gerard Butler
_____
Gerard A. Butler, Jr., BBO# 557176
Smith & Duggan LLP
Lincoln North
55 Old Bedford Road
Lincoln, MA  01773-1125
(617) 228-4400

DEFENDANT ERIN WITHINGTON,
By her attorney:

/s/ Helen G. Litsas
Helen G. Litsas, BBO# 644848
Assistant Corporation Counsel
City of Boston Law Department
Room 615, City Hall
Boston, MA 02201
(617) 635-4023

Dated:  August 31, 2005