UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 04-CV-11948

| | |
|---|---|
| SEYED MOHSEN HOSSEINI-SEDEHY, | |
| Plaintiff | |
| v. | |
| ERIN T. WITHINGTON and CITY OF BOSTON | |
| Defendants | |

## DEFENDANT DETECTIVE ERIN T. WITHINGTON'S MOTION FOR SUMMARY JUDGMENT

Defendant Erin T. Withington ("Detective Withington") hereby moves for summary judgment on all counts. Defendant respectfully requests that this Honorable Court grant summary judgment in his favor, pursuant to Fed. R. Civ. P. 56(b). As grounds for his motion, Detective Withington states that Plaintiff's constitutional rights were not violated, and that Detective Withington is entitled to qualified immunity. In support of his motion, Detective Withington submits the attached Memorandum of Law and Local Rule 56.1 statement.

**DEFENDANT REQUESTS AN ORAL ARGUMENT FOR THIS MOTION**

Respectfully submitted,
DEFENDANT ERIN WITHINGTON,
By her attorney:

/s/ Helen G. Litsas
Helen G. Litsas, BBO# 644848
Assistant Corporation Counsel
City of Boston Law Department
Room 615, City Hall
Boston, MA 02201
(617) 635-4023

CERTIFICATE OF SERVICE

I, Helen G. Litsas, hereby certify that on this date I served a copy of the foregoing documents upon the plaintiff by filing electronically.

**10/31/05**          **/s/ Helen G. Litsas**

Date                   Helen G. Litsas