UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 04-CV-11948

---

SEYED MOHSEN HOSSEINI-SEDEHY,

    Plaintiff

v.

ERIN T. WITHINGTON
and CITY OF BOSTON

    Defendants

---

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

Pursuant to L.R. D. Mass. 7.1(A)(2), I hereby certify that I, Helen G. Litsas, was unable to communicate with the plaintiff's counsel regarding <u>Defendants' Motion For Summary Judgment</u> despite repeated attempts made on October 31, 2005. Therefore, we were unable to resolve or narrow the issue prior to filing the above motion.

                                       DEFENDANT ERIN WITHINGTON,
                                       By her attorney:

                                       <u>/s/ Helen G. Litsas</u>
                                       Helen G. Litsas, BBO# 644848
                                       Assistant Corporation Counsel
                                       City of Boston Law Department
                                       Room 615, City Hall
                                       Boston, MA 02201
                                       (617) 635-4023

## CERTIFICATE OF SERVICE

I, Helen G. Litsas, hereby certify that on this date I served a copy of the foregoing documents upon the plaintiff by electronic filing.

      <u>10/31/05</u>     <u>/s/ Helen G. Litsas</u>
      Date              Helen G. Litsas