# EXHIBIT 1

Volume I                              Pages:     1 - 242

                                      Exhibits: 1 - 27

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

No. 04-CV-11948-RGS

SEYED MOHSEN HOSSEINI-SEDEHY,

              Plaintiff

vs.

ERIN T. WITHINGTON and the CITY

OF BOSTON,

              Defendants


DEPOSITION OF ERIN T. WITHINGTON

Thursday, March 31, 2005

10:00 a.m. - 4:32 p.m.

SMITH & DUGGAN LLP

55 Old Bedford Road

Lincoln, Massachusetts  01773-1125




FARMER ARSENAULT BROCK LLC

617.790.4404   FAX   617.728.4403

Reporter:  Cynthia C. Henderson/RPR

Erin T. Withington - March 31, 2005

166

1  want to embarrass them. I respected that of him.
2      Q. Did that affect the thoroughness of your
3  investigation, in your mind?
4      A. I expected to hear from them at some point,
5  and then a week later I was gone for two months, so
6  I didn't really have all this time to investigate
7  this case.
8      Q. Did you hear from them after you got back?
9      A. No.
10     Q. Did you follow up with any of the telephone
11 conversations you had with Mr. Bavis inquiring about
12 these other "victims"?
13     A. Yes.
14     Q. What did he say in those telephone calls?
15     A. "I am still talking to them. Some of them
16 want to come in and talk to you."
17     Q. Did that cause you any concern that Mr.
18 Bavis still would not give you the names of these
19 people?
20     A. No. I wouldn't say concern, no.
21     Q. And why not?
22     A. I just assumed Mr. Bavis was more concerned
23 about himself and that maybe the people, the guys
24 that he was dealing with didn't want to come to the

167

1  Sexual Assault Unit and report that they had been
2  touched by another man.
3      Q. When you spoke with Bavis you noticed his
4  physical appearance; correct?
5      A. Yes.
6      Q. And you spoke to Mr. Hosseini and you
7  noticed his physical appearance?
8      A. Yes.
9      Q. Bavis is a bigger guy?
10     A. Yes.
11     Q. There was no threat in your mind of bodily
12 harm that could come to Mr. Bavis as a result of
13 this relationship; correct?
14         MS. AMBARIK: Objection. You can
15 answer.
16     A. Yes.
17     Q. If there was any concern in your mind about
18 someone getting hurt, it was Mr. Hosseini getting
19 hurt by Mr. Bavis or Joe Perry; correct?
20         MS. AMBARIK: Objection. You can
21 answer.
22     A. I did advise Mr. Bavis and Mr. Perry to not
23 do anything. Only judging by their size, I would
24 assume Mr. Hosseini would have had more of a chance

168

1  of bodily injury.
2      Q. In fact, the only people that had told you
3  they had threatened any bodily harm on any person
4  was Bavis and Joe Perry?
5      A. Yes.
6      Q. So your decision to seek an arrest warrant
7  for the arrest of Mr. Hosseini was not in any way
8  based on your concern that Mr. Bavis would suffer
9  any bodily injury; correct?
10     A. Not injury, but touching, yes.
11         (Recess.)
12         (Incident Report prepared by Erin
13         Withington marked Exhibit No. 17
14         for identification.)
15     Q. Can you identify what Exhibit 17 is?
16     A. That is my incident report on the
17 sexual assault case.
18     Q. And when was that drafted?
19     A. 3/22/04.
20     Q. And in relationship to when you sought the
21 arrest warrant for Mr. Hosseini, when was it
22 drafted?
23     A. The same day.
24     Q. And is there a time completed on the

169

1  report?
2      A. 10:50 a.m.
3      Q. And how soon before you had applied for
4  that arrest warrant did you make out this report?
5      A. Probably right before I went down to get
6  the arrest warrant. Maybe half an hour.
7      Q. Now, up at the top, second line over
8  towards the right side has "Date of Occurrence."
9      A. Yes.
10     Q. What date did you put?
11     A. 1/1/03.
12     Q. Did Mr. Bavis tell you that he was sexually
13 assaulted by Mr. Hosseini on January 1st, 2003?
14     A. No.
15     Q. Did anybody tell you that Mr. Bavis was
16 sexually assaulted by Mr. Hosseini on January 1st,
17 2003?
18     A. No.
19     Q. Now, in the narrative and additional
20 information section, what does that state?
21     A. "In 2003 the suspect touched the victim on
22 the buttocks and rubbed his covered crotch against
23 the victim against his will, and on February 29 and
24 March 23, 2004 touched and carressed the victim on

# BOSTON POLICE
## INCIDENT REPORT

ORIGINAL ☒    SUPPLEMENTARY ☐

| KEY SITUATIONS | | COMPLAINT NO | REPORT DIST. | CLEARANCE DIST |
|---|---|---|---|---|
| SEXUAL ASSAULT | | 040143112 | D4 | |

| TYPE OF INCIDENT | CRIME CODE | STATUS | DATE OF OCCUR. | |
|---|---|---|---|---|
| SEX-ASSAULT, INDECENT A&B (14+) | 0 | | A.01/01/03 - | B. 03/22/04 |

| LOCATION OF INCIDENT | APT. | DISPATCH TIME | TIME OF OCCUR. | |
|---|---|---|---|---|
| 900 BOYLSTON ST | | | A.12:00 AM | B.12:00 AM |

| VICTIM   FIRST, MI) | PHONE | SEX | RACE | MARITAL STATUS |
|---|---|---|---|---|
| | | MALE | WHITE NON-HISPANIC | UNMARRIED |

| ADDRESS | APT. | OCCUPATION | AGE | DOB |
|---|---|---|---|---|
| | | TEAMSTER | 47 | |

| PERSON REPORTING | ADDRESS | APT. | PHONE |
|---|---|---|---|
| SAME | | | |

**WAS THERE A WITNESS TO THE CRIME**

| PERSON INTERVIEWED | AGE | LOCATION OF INTERVIEW | APT. | HOME ADDRESS | APT. | TELEPHONE | A ☐ YES ☒ NO |
|---|---|---|---|---|---|---|---|
| | | | | | | RES | |
| | | | | | | BUS | |

**NUMBER OF PERPETRATORS 1 --- CAN SUSPECT BE IDENTIFIED AT THIS TIME**

| P E R S O N S | STATUS | NAME (LAST, FIRST, MI) | | S.S. NO. | BOOKING NO. | PHOTO NO. | ALIAS | B ☒ YES ☐ NO |
|---|---|---|---|---|---|---|---|---|
| | SUSPECT | HOSSENI, MOHSEN | | 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 | 000000000 | | | |
| | WARRANT NO | ADDRESS | SEX | RACE | | AGE | HEIGHT DOB | |
| | | 106 13TH STREET, CHARLESTOWN, MA, 00000-0000 | MALE | UNKNOWN | | 42 | 5-09 10/11/1961 | |
| | SPECIAL CHARACTERISTICS (INCLUDING CLOTHING) | | WEIGHT | BUILD | | HAIR | EYES | |
| | | | 155 | THIN | | BLACK | BROWN | |

**CAN SUSPECT VEHICLE BE DESCRIBED**

| V E H I C L E S | STATUS | REG. STATE | REG. NO. | PLATE TYPE | YEAR(EXP) | MODEL | C ☐ YES ☒ NO |
|---|---|---|---|---|---|---|---|
| | VEHICLE MAKE YEAR | | VEHICLE NO. | STYLE | COLOR(TOP-BOTTOM) | | |
| | OPERATOR'S NAME | | | LICENSE NO. | STATE OPERATOR'S ADDRESS | | |
| | OWNERS'S NAME | | | OWNER'S ADDRESS | | | |

**CAN PROPERTY BE IDENTIFIED**

| P R O P E R T Y | STATUS | TYPE OF PROPERTY | SERIAL OR I-DENTI-GUARD NO. | BRAND NAME-DESCRIPTION | MODEL | VALUE | UCR | D ☐ YES ☒ NO |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

**IS THERE A SIGNIFICANT M.O.**

| M O | TYPE OF WEAPON-TOOL | NEIGHBORHOOD | | TYPE OF BUILDING | PLACE OF ENTRY | ☐ YES ☒ NO |
|---|---|---|---|---|---|---|
| | WEATHER | LIGHTING | TRANSPORTATION OF SUSPECT | VICTIM'S ACTIVITY | | |
| | UNUSUAL ACTIONS AND STATEMENTS OF PERPETRATOR | | | RELATIONSHIP TO VICTIM | | |

**IS THERE ANY PHYSICAL EVIDENCE (DESCRIPTION AND DISPOSITION IN NARRATIVE)**   F ☐ YES ☒ NO

**IS THERE ANY OTHER REASON FOR INVESTIGATION (REASON BELOW)**

| BLOCK NO | NARRATIVE AND ADDITIONAL INFORMATION | ☐ YES ☒ NO |
|---|---|---|
| | IN 2003 THE SUSPECT TOUCHED THE VICTIM ON THE BUTTOCKS AND RUBBED HIS COVERED CROTCH AGAINST THE VICTIM AGAINST HIS WILL AND IN FEB 29 & MARCH 22, 2004 TOUCHED AND CARRESSED THE VICTIM ON HIS LOWER BACK AND ARMS AND HANDS AGAINST THE VICTIM'S WILL. THESE INCIDENTS TOOK PLACE AT 900 BOYLSTON STREET THE HYNES CONVENTION CENTER WHILE THE VICITM WAS WORKING FOR THE SUSEPCT. | |

| UNIT ASSIGNED | TOUR OF DUTY | REPORTING OFFICERS NAME | REPORTING OFFICERS SIGNATURE | REPORTING OFFICER'S ID | PARTNER'S ID | FI |
|---|---|---|---|---|---|---|
| V831 | 2 | ERIN T SCHROEDER | | 11456 | | NO |

| DATE OF REPORT | SPECIAL UNITS NOTIFIED(REPORTING) | | | TELETYPE NO. |
|---|---|---|---|---|
| 03/22/04 | SEXUAL ASSAULT UNIT | | | |

| TIME COMPLETED | PATROL SUPERVISOR NAME | PAT. SUP. ID | DUTY SUP. NAME | DUTY SUP. SIGNATURE | DUTY. SUP. ID |
|---|---|---|---|---|---|
| 10:50 AM | | | THOMAS P MALONEY | | 6660 |


EXHIBIT
# 17
3/31/05