# EXHIBIT 2

```
 1    Volume I                           Pages:    1 - 242
 2                                       Exhibits: 1 - 27
 3              UNITED STATES DISTRICT COURT
 4                DISTRICT OF MASSACHUSETTS
 5                  No. 04-CV-11948-RGS
 6    SEYED MOHSEN HOSSEINI-SEDEHY,
 7            Plaintiff
 8    vs.
 9    ERIN T. WITHINGTON and the CITY
10    OF BOSTON,
11            Defendants
12
13           DEPOSITION OF ERIN T. WITHINGTON
14               Thursday, March 31, 2005
15                10:00 a.m. - 4:32 p.m.
16                  SMITH & DUGGAN LLP
17                 55 Old Bedford Road
18           Lincoln, Massachusetts  01773-1125
19
20
21
22             FARMER ARSENAULT BROCK LLC
23           617.790.4404   FAX  617.728.4403
24         Reporter:  Cynthia C. Henderson/RPR
```

**190**

1  Q. And this report that you had drafted, you
2  had indicated that Mr. Hosseini was booked without
3  incident. Correct?
4  A. Yes.
5  Q. Is it fair to say Mr. Hosseini was polite
6  to you on March 22, 2004?
7  A. Yes.
8  Q. Was he cooperative?
9  A. Yes.
10 Q. Did he in any way exhibit any uncooperative
11 manner to you on the 22nd of March, 2004?
12 A. No.
13 Q. No?
14 A. No.
15 Q. How about when you sat down and talked with
16 him that one day? Was there anything that he did or
17 said that was uncooperative?
18 A. Only --
19 Q. When you sat down with him at your office.
20 A. No. At my office?
21 Q. At your office.
22 A. No.
23 Q. Now, you were aware that Mr. Bavis dialed
24 911 at about 3:30 on that afternoon?

**191**

1  A. No.
2  Q. Were you aware that a police officer had
3  arrived at around 5:00 p.m. at the Hynes to speak
4  with Mr. Bavis because he had reported an assault by
5  another Teamster?
6  A. No.
7  Q. Did you talk with Mr. Bavis after March 22,
8  2004?
9  A. I think -- I am not a hundred percent sure.
10 I think I talked to him once about the court date.
11 Q. Did he mention anything about being
12 assaulted by any person on the afternoon of March
13 22nd, 2004 after you had arrested Mr. Hosseini?
14 A. No.
15 Q. Did any police officer from the Boston
16 Police Department tell you that they responded to
17 the Hynes Convention Center on March 22, 2004 to
18 speak with Mr. Bavis an hour and half after he
19 dialed 911 and Mr. Bavis wasn't there to speak with
20 them?
21 A. No.
22     (Letter from the Massachusetts
23     Convention Center to John Perry
24     marked Exhibit No. 21 for

**192**

1  identification.)
2  Q. Can you please identify what has been
3  marked Exhibit No. 21?
4  A. It's the letter from the Mass. Convention
5  Center to Mr. John Perry asking that Mr. Joe Bavis
6  not be allowed to work inside the Hynes Convention
7  Center anymore.
8  Q. Why is that?
9  A. Because he has demonstrated he creates and
10 is capable of creating an unsafe environment for
11 their employees.
12 Q. Did you know about the Mass.
13 Convention Center Authority's knowledge of
14 Mr. Bavis's behavior when you arrested Mr. Hosseini
15 on March 22nd, 2004?
16 A. No.
17 Q. And in light of the information that is
18 contained in Exhibit 21, do you think it would have
19 been appropriate to speak with someone at the
20 Massachusetts Convention Center Authority about Mr.
21 Bavis before seeking an arrest warrant for Mr.
22 Hosseini on March 22nd, 2004?
23     MS. AMBARIK: Objection. You can
24 answer.

**193**

1  A. I think it was irregardless. I had
2  probable cause to arrest Mr. Hosseini at the time
3  that he was arrested, so irregardless what other
4  persons had to say, I had it based on what Mr. Bavis
5  had to say.
6  Q. Now, other than the two reports, Exhibits
7  17 and 20, did you draft any other police reports
8  before March 22nd, 2004 regarding the investigation
9  of Bavis's allegations?
10 A. Yes.
11 Q. Which ones?
12 A. My followup report and my update report.
13     (Followup interview report marked
14     Exhibit No. 22 for
15     identification.)
16 Q. Can you please take a look at Exhibit No.
17 22?
18 A. 22? Yes.
19 Q. What is Exhibit No. 22?
20 A. That is my followup report regarding the
21 interview with Joe Bavis and Joe Perry.
22 Q. And the date of that report is what?
23 A. The date it was written or the date it was
24 printed?

# BOSTON POLICE

**CONFIDENTIAL**

**SEXUAL ASSAULT UNIT**
**CONFIDENTIAL INFORMATION**

FOLLOW UP INVESTIGATION REPORT

| AREA-DISTRICT | DATE |
|---|---|
| D-4 | 10/07/04 |

| | |
|---|---|
| **TYPE OF INCIDENT** Indecent assault & battery 14 & above | **DATE OF INCIDENT** 1/1/2003 |
| **VICTIM/COMPLAINANT** Joseph Bavis | **ADDRESS** 138 Athens St. |
| **CC NUMBER** 040143112 | **INCIDENT LOCATION** 900 Boylston St. |
| **ASSIGNED TO** Detective  Erin Schroeder | **DATE ASSIGNED** 3/22/2004 |

**RESULTS:**

I met with victim Joe Bavis and Joe Perry together on December 22, 2003 regarding some incidents that had taken place at 900 Boylston Street, Hynes Convention Center, during the years 2002-2003. Mr Bavis stated to me that he had been standing on the loading dock, he believed it to be the beginning of 2003, when the suspect (Mohsen Hosseni) came up to him and reached around and grabbed the victim's buttocks and began to grind against the victim's crotch with his own and kissed the victim on the face. The victim stated he told the suspect to leave him alone or he would hit him and the suspect, who is the victim's boss, then ordered the victim to go home for the day and leave the work site. Mr Joe Perry also works for the teamsters union and Mr Bavis requested he stay in the room while he talked to me. Mr Perry stated that the suspect has also touched his buttocks before or kissed him on the cheek and he also has told the suspect to leave him alone or he would physically hurt him.



EXHIBIT 22  3/31/05

Page 1