# EXHIBIT 3

```
 1   Volume I                              Pages:    1 - 242
 2                                         Exhibits: 1 - 27
 3              UNITED STATES DISTRICT COURT
 4               DISTRICT OF MASSACHUSETTS
 5                 No. 04-CV-11948-RGS
 6   SEYED MOHSEN HOSSEINI-SEDEHY,
 7            Plaintiff
 8   vs.
 9   ERIN T. WITHINGTON and the CITY
10   OF BOSTON,
11            Defendants
12
13           DEPOSITION OF ERIN T. WITHINGTON
14              Thursday, March 31, 2005
15               10:00 a.m. - 4:32 p.m.
16                 SMITH & DUGGAN LLP
17                55 Old Bedford Road
18          Lincoln, Massachusetts  01773-1125
19
20
21
22             FARMER ARSENAULT BROCK LLC
23         617.790.4404   FAX  617.728.4403
24           Reporter:  Cynthia C. Henderson/RPR
```

Erin T. Withington - March 31, 2005

**Page 18**

had some complaints, and we ended the interview at that point.

Q. Now, during this interview did you take notes?

A. Yes, I did.

Q. And what was the next thing that you did with respect to investigating Mr. Bavis's complaints or Mr. Perry's complaints?

A. I attempted to contact the other Mr. Perry, who I believe is a foreman in the union, to find out -- they didn't really know Mr. Hosseini's real first name. I believe that he goes by a nickname or something else at work, so they didn't have any real information or any way for me to find him, so I did attempt to contact the other Mr. Perry, who stated that he couldn't help me. He gave me a number in I want to say New Jersey, I believe. I tried to call them. They wouldn't give me any information. This is over the course of time.

I then contacted Mr. Bavis and said, "I have no one that can give me any information on this person. I mean, you tell me that he works there, people have confirmed that he works there, but they won't give me his full name or any way of

**Page 19**

getting in touch with him." They gave me the name of someone who might be able to help me. I can't remember his name off the top of my head. His name is in my report, I know. I did call him. He gave me Mr. Hosseini's name and I believe a cell phone and asked me if he could stay out of the investigation he would appreciate it. I said I would see what I could do. I attempted to contact Mr. Hosseini. I contacted his cell phone first.

Q. What time period are we talking about?

A. It was between December the 22nd and January 7th because I broke my ankle on January 7th while I was working, and I was out for two months.

Q. Now, you indicated that you tried to contact a Mr. Perry who worked at the Teamsters. Was that -- did you try to contact Mr. Perry just to identify Mr. Hosseini and get a phone number?

A. Yes. I was trying to find out his real name and some way to contact him.

Q. And Mr. Perry told you that he couldn't give you a phone number for Mr. Hosseini, but he gave you a phone number in New Jersey?

A. Yes.

Q. Was that for Mr. Hosseini's employer?

**Page 20**

A. I believe that's who it was for. It was for some other company, so I believe that's who they all worked for.

Q. And you had contact or you dialed this New Jersey number and you spoke with somebody at GES Exposition Services?

A. Yes.

Q. When you called GES -- and I will just use the short term GES for GES Exposition Services. Is that okay?

A. Yes.

Q. When you contacted GES in December, early January, the purpose of you calling was to just get the name of Mr. Hosseini and a telephone number so you could speak with Mr. Hosseini?

A. Yes.

Q. And when you did speak with someone at GES, what information, if any, did they give you?

A. None, actually. They just said that somebody else would have to get back to me and that this person wasn't available, this person was out of state and just -- I got the runaround, basically.

Q. Did you mention to GES at the time the

**Page 21**

nature of your inquiry?

A. No, I did not.

Q. And how about Mr. Perry? If I can jump back to your conversation with the supervisor, Mr. Perry. Did you mention the nature of your inquiry to him?

A. I mentioned that I needed to speak with him regarding some allegations that had been made, if he wanted to have Mr. Hosseini call me I would give him my name and number. He basically said he wasn't getting involved in any of the BS that was going around with the other Perry and that he didn't want to be involved and that he didn't know Mr. Hosseini's real name or telephone number.

Q. And that supervisor, Mr. Perry, was that a John Perry?

A. Yes.

Q. And did Mr. John Perry when he said he didn't want to get involved in the BS with the other Perry, did he say Joe Perry?

A. I don't remember exactly if he said Joe. I know he said the other Perry.

Q. Now, had you told John Perry at that time that Joe Perry had come to your office and made a