# EXHIBIT 4

```
 1   Volume I                          Pages:     1 - 242
 2                                     Exhibits: 1 - 27
 3               UNITED STATES DISTRICT COURT
 4                 DISTRICT OF MASSACHUSETTS
 5                  No. 04-CV-11948-RGS
 6   SEYED MOHSEN HOSSEINI-SEDEHY,
 7          Plaintiff
 8   vs.
 9   ERIN T. WITHINGTON and the CITY
10   OF BOSTON,
11          Defendants
12
13            DEPOSITION OF ERIN T. WITHINGTON
14              Thursday, March 31, 2005
15               10:00 a.m. - 4:32 p.m.
16                  SMITH & DUGGAN LLP
17                55 Old Bedford Road
18           Lincoln, Massachusetts  01773-1125
19
20
21
22              FARMER ARSENAULT BROCK LLC
23          617.790.4404    FAX  617.728.4403
24          Reporter:  Cynthia C. Henderson/RPR
```

**22**

1  complaint?
2   A. No, I did not.
3   Q. So he volunteered the name Perry?
4   A. Yes.
5   Q. Did he use the term "BS" or was he more
6  explicit?
7   A. He was more explicit.
8   Q. He used a swear instead of using the term
9  BS?
10  A. Yes, he did.
11  Q. After you tried contacting GES to get
12 Hosseini's name and phone number and a contact
13 number, you then indicated that the next action you
14 took in this investigation was to call back Joseph
15 Bavis?
16  A. Yes.
17  Q. And the purpose of calling back Joseph
18 Bavis was to identify Mr. Hosseini and get a contact
19 number?
20  A. I was trying to find somebody who would be
21 cooperative, did they have someone else that would
22 give me this information that was cooperative and
23 wasn't so rude, and he gave me -- I can't remember
24 the person's name. It's in my reports. He gave me

**23**

1  another name and cell phone number, and I called
2  that person.
3   Q. A guy by the name of Dodd?
4   A. I believe his name is Henry or Sam.
5   Q. In one of our reports you have a
6  Mr. Dodd.
7   A. Yes.
8   Q. Does that name ring a bell?
9   A. It does. I believe he told me his first
10 name. I am not a hundred percent sure.
11  Q. And did you speak with this person that may
12 have been Mr. Dodd in person or on the telephone?
13  A. On the telephone.
14  Q. And what information did you receive from
15 Mr. Dodd during that telephone conversation?
16  A. I explained to him that I just needed to
17 know Mr. Hosseini's name and a way to get in touch
18 with him. He gave me his full name and he told me
19 that -- he gave me his cell phone and he told me he
20 thought he lived in Charlestown.
21  Q. After speaking with Mr. Dodd, what was the
22 next action you took with respect to this
23 investigation?
24  A. I then called the telephone number I was

**24**

1  given for Mr. Hosseini, and his voice mail does say,
2  "You have reached Mr. Hosseini." I left him a
3  message that there were allegations being made
4  against him, I would like to speak with him if he
5  would like to speak with me, and left him my phone
6  number.
7   Q. Do you remember if Mr. Hosseini
8  called you before you went out on disability?
9   A. I don't remember, but I don't believe he
10 had. I think he was away. I don't believe he did.
11  Q. Was there any other action you took with
12 respect to this investigation before you went out on
13 disability on January 7th, 2004?
14  A. I did speak with the attorney at the Hynes
15 Convention Center to let them know that there was an
16 investigation, that an allegation had occurred
17 within the Hynes, but that didn't include, it didn't
18 have anything to do with the Hynes itself, that
19 something had occurred there, and they just asked me
20 if I needed anything from them or if it came to a
21 point where the Hynes Convention Center might be
22 named as any type of party to this; if I could let
23 them know. I said I would, and I just wanted them
24 to know that I would be in and out of the building

**25**

1  and not to be surprised about that.
2   Q. What information did you receive from this
3  Hynes Convention Center attorney?
4   A. I didn't really receive any information. I
5  was letting him know that there was an investigation
6  going on and that I didn't tell them what it was
7  about, but there was an incident that had occurred,
8  that I would be in and out, that the Boston police
9  would be at the Hynes Convention Center.
10  Q. Do you remember if you did anything else
11 with respect to this investigation before you went
12 out on disability other than what you have just told
13 us?
14  A. No, I don't believe I did.
15  Q. Now, you indicated that you came back to
16 work in March, did you?
17  A. Yes.
18  Q. And what date did you come back to work?
19  A. I want to say March 7th or 8th.
20  Q. When you got back to work do you know if
21 any other detective had done any investigation on
22 this case, these allegations, while you were on
23 leave, disability leave?
24  A. No, they did not.