# EXHIBIT 6

```
 1   Volume I                          Pages:    1 - 242
 2                                     Exhibits: 1 - 27
 3                 UNITED STATES DISTRICT COURT
 4                  DISTRICT OF MASSACHUSETTS
 5                    No. 04-CV-11948-RGS
 6   SEYED MOHSEN HOSSEINI-SEDEHY,
 7            Plaintiff
 8   vs.
 9   ERIN T. WITHINGTON and the CITY
10   OF BOSTON,
11            Defendants
12
13            DEPOSITION OF ERIN T. WITHINGTON
14               Thursday, March 31, 2005
15                 10:00 a.m. - 4:32 p.m.
16                   SMITH & DUGGAN LLP
17                   55 Old Bedford Road
18           Lincoln, Massachusetts  01773-1125
19
20
21
22              FARMER ARSENAULT BROCK LLC
23           617.790.4404    FAX   617.728.4403
24           Reporter:  Cynthia C. Henderson/RPR
```

## Page 38

1  Mr. Bavis call you at work while you were out on
2  disability?
3     A. Maybe twenty.
4     Q. And at any of these times that he called
5  you did he leave any messages concerning the purpose
6  of his call?
7     A. I know he spoke to Sergeant Donovan because
8  Diane had answered so many calls at that point that
9  she said give it to Sergeant Donovan. Sergeant
10 Donovan explained to him that I was out with my
11 ankle, that I would be back soon, and he just wanted
12 me to know that he was still having a problem at
13 work. I don't know that he specified with who.
14    Q. And other than Sergeant Donovan's
15 conversation with Bavis, did Bavis leave any
16 messages other than he had called you these
17 approximately twenty times while you were out on
18 disability leave?
19    A. Not that I remember, no.
20    Q. Now, when you returned on March 7th or 8th,
21 what was the next thing you did with regard to this
22 investigation or the next information you received
23 concerning this investigation?
24    A. I called Mr. Hosseini's cell phone and I

## Page 39

1  did speak with him at that time and explained to him
2  that there were allegations made, which he was aware
3  of. He wasn't exactly -- he was aware that there
4  were allegations. I asked him if he wanted to come
5  in and meet with me. He said he would like to make
6  an appointment to meet with me. He came in. I
7  can't remember the exact date; a few days after
8  this, I know; and in the interim I had also been
9  given the name of somebody who might have witnessed
10 the incident on the dock who was a retired New York
11 police officer. I don't remember his name. I did
12 speak with him and he said to me that he had not
13 witnessed it, he just heard the yelling. He never
14 saw what had happened, so we didn't talk about the
15 rest of the investigation after that.
16       I asked him if he knew all the
17 parties. He said he knew them. I think he was a
18 driver for GES at that time. At one time he had
19 been a New York police officer who had been hurt and
20 retired. We talked about that, non-case-related
21 things, and he just said he knows all of them, he
22 heard the yelling, but he never saw -- Mr. Bavis had
23 alleged he had seen Mr. Hosseini touch him. He
24 said, "Erin, I never saw what happened. I just

## Page 40

1  heard the yelling, so I couldn't be of any use to
2  you."
3     Q. And that retired police officer, that was
4  Jimmy Flynn?
5     A. Yes. Yes. I am sorry. I am horrible with
6  names.
7     Q. Did you speak with Jimmy Flynn before you
8  had set up an interview with Mr. Hosseini?
9     A. I can't remember if it was before or after.
10    Q. Did you speak with Jimmy Flynn before or
11 after you actually met with Mr. Hosseini?
12    A. I can't remember. I want to say before,
13 but I can't remember a hundred percent.
14    Q. How did you get in contact with Jimmy
15 Flynn?
16    A. I think I was given a phone number for him
17 by Mr. Bavis or he was given my phone number. I
18 know it was all by phone, and I know at one point I
19 called him and spoke with him, but I am not sure if
20 he had already called me and left a number for me to
21 get in touch with him.
22    Q. And what information did Mr. Flynn give you
23 about Mr. Bavis?
24    A. He just said he knew him from just being

## Page 41

1  around and stuff, that he knew Mr. Bavis. He
2  referred to him as a loudmouth, said he had a big
3  mouth. I said to him, "Had he mentioned that you
4  had witnessed an incident on the dock?" He said,
5  "No, that's not true. I wasn't there.
6  I didn't see it. I heard the yelling. I came
7  afterwards, and they are arguing, and Mr. Bavis
8  left, but I didn't see what happened." He said
9  afterwards the guys were saying that Joe said this
10 happened and Mr. Hosseini said this happened, and he
11 said, "You know, I wasn't there for it." We just
12 got off the subject, really, and he started talking
13 about the New York City police and the Boston police
14 and things like that.
15    Q. At that time did he tell you anything more
16 about Mr. Bavis?
17    A. Not that I remember, no.
18    Q. And at the time Mr. Flynn, did he tell you
19 that he was working out of the New York or New
20 Jersey GES office?
21    A. I think when I spoke to him he was there
22 because I know he had lived in New York at some
23 point, so I think he was in New Jersey.
24    Q. And do you remember if you had asked him