# EXHIBIT 8

```
                    VOLUME:  I
                    PAGES:   1-95
```

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
              Civil Action No. 04-11948-RGS
*****************************
SEYED MOHSEN HOSSEINE-SEDEHY,)
        Plaintiff            )
                             )
vs.                          )
                             )
ERIN T. WITHINGTON and       )
THE CITY OF BOSTON,          )
        Defendants           )
*****************************
```

DEPOSITION OF MOHSEN HOSSEINI, a witness called on behalf of the Defendants, pursuant to the Massachusetts Rules of Civil Procedure, before Kelly G. Patterson, a Notary Public in and for the Commonwealth of Massachusetts, at the Law Department of City Hall, Room 615, Boston, Massachusetts, on Friday, October 14, 2005, commencing at 1:23 a.m.

G&M Court Reporters, Ltd.
617-338-0030

Page 6

1   the record, Gerard. All objections, except
2   as to form, are reserved until the time of
3   trial, as well as motions to strike. You
4   want your witness to read and sign and you
5   waive the notary within 30 days?
6       MR. BUTLER: Yes.
7       MS. LITSAS: And you waive filing
8   and all that?
9       MR. BUTLER: Yes.
10      MS. LITSAS: Okay. Great.
11  Q. Mr. -- could you please help me out and
12     state your name for the record?
13  A. I go by Mohsen Hosseini.
14  Q. So to pronounce it correctly, it's
15     Mr. Hosseini?
16  A. Yes.
17  Q. Could you just, for the stenographer, spell
18     your first and last name for the record?
19  A. My first name is M-o-h-s-e-n. Last name,
20     H-o-s-s-e-i-n-i.
21  Q. Great. Thank you. I'm just going to ask
22     you some questions about your background,
23     and before I do that, have you ever had your
24     deposition taken before in a setting such as

Page 7

1   this?
2   A. No.
3   Q. I guess the first question I have is just
4      some background information. When were you
5      born, Mr. Hosseini?
6   A. I was born in Turan, Iran.
7   Q. When was that?
8   A. I was born October 11, 1961.
9   Q. So it was just your birthday, happy
10     birthday.
11  A. Thank you.
12  Q. How long have you been residing in the
13     United States?
14  A. I came to the United States at the age of
15     16.
16  Q. Did you receive education in the United
17     States?
18  A. Yes, I came for the purpose of education. I
19     got my bachelor degree in electrical
20     engineering and my master's degree in
21     applied mathematics.
22  Q. Where did you get your bachelor's degree and
23     then your master's degree?
24  A. University of Iowa City, Iowa. Bachelor's

Page 8

1   degree, 1984. Master's degree, 1986.
2   Q. Were you living in Iowa at that time?
3   A. Yes, ma'am.
4   Q. How long did you live in Iowa?
5   A. I lived in Iowa from 1979 to 1986.
6   Q. When did you move to Massachusetts?
7   A. I moved to Massachusetts in 2000, 2001.
8   Q. Is English your first language or your
9      second language?
10  A. My second language.
11  Q. What is your first language?
12  A. Pharsi or Persian.
13  Q. You have no problem understanding English,
14     so there's no need for an interpreter today?
15  A. With the exception of my thick accent, no, I
16     do not.
17  Q. My father has been in the United States for
18     40 years, and he's originally born in Greece
19     and he still has a very thick accent.
20  A. Unfortunately, my accent arose from speaking
21     other languages.
22  Q. What other languages do you speak?
23  A. I speak Turkish and I can babble some
24     Spanish and French.

Page 9

1   Q. That's wonderful. I never had an ability
2      for linguistics, so I'm always impressed by
3      people with the ability to master more than
4      one. Backtracking a lit bit, Mr. Hosseini,
5      you said you moved to Massachusetts in 2001.
6      Where did you live before then, was it Iowa
7      or was there someplace in between?
8   A. Seattle, Washington.
9   Q. How long did you live there?
10  A. I lived there between 1989 and the time we
11     moved to Massachusetts.
12  Q. Were you employed in Seattle, Washington?
13  A. Yes, sir, I was.
14  Q. What was your position?
15  A. I was a general foreman for Ges Exposition
16     Services.
17  Q. What did your position involve?
18  A. My responsibilities was to oversee the
19     installation of trade shows and special
20     events, organizing and running the crews,
21     and coming back with happy clients.
22  Q. Did you also maintain this position when you
23     moved to Massachusetts after Seattle?
24  A. Yes, ma'am.

3 (Pages 6 to 9)

Page 10

1  Q. You held the same responsibilities for Ges?
2  A. Yes, ma'am.
3  Q. Were you employed at any other company other
4     than Ges?
5  A. No, ma'am.
6  Q. Has Ges been your sole employer since 1989?
7  A. I worked one job in, I'm not even going to
8     try to remember the year, for a company
9     called Triumph Event Services in Seattle
10    Washington. Ges was trying something new at
11    the time allowing their foremen to explore.
12    The job was so profitable for the competitor
13    that they immediately changed it over, so
14    with the exception of two weeks working for
15    Triumph, I've worked for Ges since 1989.
16 Q. Okay. Thank you. Where do you currently
17    reside?
18 A. Multiple places, ma'am.
19 Q. Okay.
20 A. My family lives in Jacksonville, North
21    Carolina where my wife is a dentist in the
22    United States Navy.
23 Q. That's wonderful.
24 A. I also have a rental residence in Teaneck,

Page 11

1     New Jersey, where our Ges main office in the
2     northeast is located in Teterboro, New
3     Jersey.
4  Q. What is the address for that location?
5  A. 125 North Street, Teterboro, New Jersey. I
6     don't remember the zip.
7  Q. That's okay.
8  A. I also have a condo here in Charlestown,
9     Massachusetts.
10 Q. What is the Charlestown address?
11 A. 106 13th Street, Unit No. 120, Charlestown,
12    Mass., 02129.
13 Q. Thank you. In terms of your North Carolina
14    address, could you tell me what the street
15    address is for that location?
16 A. 2002 Colony Plaza, Jacksonville, North
17    Carolina, 28546.
18 Q. Is there one address that's your primary
19    residence as opposed to the others?
20 A. No, ma'am, because I have a main address in
21    Seattle, Washington, also.
22 Q. What's the address there?
23 A. 10509 Rustic Road South, Seattle,
24    Washington, 98178, so I choose for my mail

Page 12

1     to travel with my wife. See, I travel a lot
2     myself.
3  Q. I see. This is through Ges?
4  A. Since moving to the northeast, yes, I travel
5     frequently.
6  Q. Could you just tell me your social security
7     number?
8  A. 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.
9  Q. How many children do you have?
10 A. One.
11 Q. How old is your child?
12 A. My son is seven years old.
13 Q. At the time of the incident that gave rise
14    to this lawsuit you've filed, where were you
15    were you working, at Ges?
16 A. Yes, ma'am.
17 Q. Was there a particular location within
18    Massachusetts that you were working?
19 A. I was working at Hynes Convention Center.
20 Q. What was your responsibility at the Hynes
21    Convention Center?
22 A. I was the general foreman in charge of the
23    job.
24 Q. Could you describe for me your

Page 13

1     responsibilities in that position?
2  A. My job is to start, when given a trade show,
3     a special event, to study all aspects of the
4     job, run the reports, load the proper
5     equipment or give direction to the warehouse
6     to load the proper equipment to send to show
7     site. At show site, in this situation in
8     Boston, using Boston Teamster's, off-load
9     the equipment, set the floor, get it ready
10    for our clients to arrive. Perform the
11    trade show, whatever function may be,
12    dismantle the trade show, load it back into
13    the trucks, and get it back to the
14    warehouse. My position or my goal in all
15    these jobs is to attain the most profitable
16    situation for the company. Obviously, it's
17    a for-profit company, so through being exact
18    in the equipment and not rolling too many
19    trailers on the road, wasting the gas, the
20    tolls, driver time, or on the show floor,
21    managing the labor, directing the right
22    path, so they can perform the task within a
23    timeline which would add to the proficity
24    of the show.

Page 14

1  Q. So your role is, in many ways, a supervisory
2     role?
3  A. Exactly, ma'am.
4  Q. Your responsibility is to execute the
5     project in the most efficient and effective
6     manner?
7  A. Exactly.
8  Q. That also requires you to organize crews and
9     other employees in a managerial format?
10 A. Yes, ma'am. My task is multi, but when it
11    comes to labor, I have to manage the labor
12    and the crews well in advance, decide how
13    many people I need to use for each given
14    shift, each given day, and manage it to the
15    best of my abilities.
16 Q. Do you have a staff when you are executing
17    these managerial roles, or are you the main
18    person that interacts with the crew and the
19    other intermediaries involved in the
20    project?
21    MR. BUTLER: Excuse me, I object
22    only as to timeframe. I assume you're
23    talking about March 22.
24 Q. Yes, March 22, 2004.

Page 15

1  A. Yes, I did have a staff. Especially Hynes
2     Convention Center being multi level, you
3     need multi staff to oversee the projects.
4  Q. Did you have a primary assistant who works
5     with you?
6  A. Actually, at the time, I was training Ges
7     supervisor, and I had another supervisor,
8     and my direct report at the time, which was
9     the senior operation manager, was at the
10    show site, also.
11 Q. Okay. Let's backtrack a little bit. Who
12    was the supervisor you were training?
13 A. Corey Tang, who is now an operation manager
14    with Ges.
15 Q. Who were the other main assistants for you?
16 A. Dave Sroka was --
17 Q. Can you spell that for me?
18 A. S-r-o-k-a. Dave was a supervisor at loading
19    dock, and Stephen Casterline was the senior
20    operation manager for the show.
21 Q. You reported to Stephen Casterline?
22 A. At the time, I was hourly employee. Yes,
23    ma'am.
24 Q. I'm sorry, I couldn't understand --

Page 16

1  A. At the time, I was an hourly employee. At
2     the time I did report to Stephen Casterline.
3  Q. You're saying hourly employee at that time,
4     is that a distinction that's important to
5     why you would report to Mr. Casterline?
6  A. Right now, I am the senior operation manager
7     for Ges Exploration Services, and Stephen
8     Casterline reports to me.
9  Q. You've received a promotion since that time?
10 A. I took a salary position with the company.
11 Q. Previously, were you not a salary employee
12    but a contract?
13 A. I was a union employee.
14 Q. What union did you belong to?
15 A. Carpenter's Union Local 1797, Wrentham,
16    Washington.
17 Q. What prompted you to change from the union
18    to a salary position?
19 A. Circumstances after this incident.
20 Q. Could you tell me a little bit about what
21    you mean by that?
22 A. Ges elected not to have me work in city of
23    Boston after this incident.
24 Q. Okay.

Page 17

1  A. At the time, they had me traveling -- I
2     shouldn't say Ges, I should say the general
3     manager at the time, Mary Simons, who is not
4     the general manager anymore, elected for me
5     not to work in Boston, even after my
6     exoneration. With that said, I performed
7     most of my job duties in New York, New
8     Jersey area, where, not knowing my future,
9     they threw a salary position in front of me
10    and I accepted it.
11 Q. What do you mean "not knowing my future"?
12 A. At the time, my family was living in Boston
13    and I was away from my family, and since
14    then, I've been away from my family on a
15    continuous basis.
16 Q. Is that because you are a salary employee as
17    opposed to a contract employee? What is the
18    reason for the move of your family to North
19    Carolina?
20 A. The move of my family to North Carolina is
21    because of my wife. It has nothing to do
22    with my job. She's in Camp Lejeune in North
23    Carolina. My wife was a Tuft's Dental
24    student while we were in Boston and that's

G&M Court Reporters, Ltd.
617-338-0030