# EXHIBIT 9

VOLUME: I
PAGES: 1-95

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 04-11948-RGS
*****************************
SEYED MOHSEN HOSSEINE-SEDEHY, )
    Plaintiff            )
                           )
vs.                            )
                           )
ERIN T. WITHINGTON and         )
THE CITY OF BOSTON,            )
    Defendants           )
*****************************

DEPOSITION OF MOHSEN HOSSEINI, a witness called on behalf of the Defendants, pursuant to the Massachusetts Rules of Civil Procedure, before Kelly G. Patterson, a Notary Public in and for the Commonwealth of Massachusetts, at the Law Department of City Hall, Room 615, Boston, Massachusetts, on Friday, October 14, 2005, commencing at 9:23 a.m.

G&M Court Reporters, Ltd.
617-338-0030

Page 30

1   questions, "Where are you taking him,"
2   "what's going on," and they told him to back
3   off, back off.
4   Q. Did you say anything to Steve Casterline?
5   A. Not that I recall.
6   Q. Did he say anything to you?
7   A. No, ma'am, because prior to that I think we
8      both kind of knew what was going on.
9   Q. What do you mean by that?
10  A. In December of 2003, one of the Teamster's
11     named Joe Perry made allegations because I
12     sent him home for disciplinary actions. He
13     came back, while I had a job at the Hynes
14     Convention Center, meanwhile I had a second
15     job in Marriott Hotel. When he didn't show
16     up at the Marriott Hotel, I had the steward
17     and his brother call him to see where he is,
18     "I assume you're late. Come on."
19     Teamster's have seniority. I have to put
20     them to work according to their seniority.
21     For that day, I wanted to make sure I
22     followed the seniority, so I had the steward
23     and his brother call him to see where you
24     are. Later on that day, I found out he went

Page 31

1   to the Hynes Convention Center and had the
2   accusations of sexual harassment, that I
3   sexually harassed him in front of others.
4   Immediately, we called on the steward and
5   took the statements, and we went to the
6   police department, according to the
7   direction of the company and the company's
8   advice, that he had filed a harassment
9   charge. When we went to the police
10  department, we found out that such thing did
11  not exist, so with that said, this whole
12  thing was fresh in everyone's mind. Stephen
13  Casterline, my superior, made sure he take
14  all the proper measures of gathering
15  information, getting different people,
16  getting their side of the story of the
17  occurrences of that day, this happened in
18  December of 2003. The morning of the event,
19  of my arrest, Joe Perry showed up for work.
20  Again, he was No. 14 on seniority. I have
21  to think of the seniority list now, make
22  sure he was 14. With that said, Stephen
23  Casterline asked him to leave.
24  Q. This is on what date now?

Page 32

1   A. This is on the morning of my arrest.
2   Q. On March 22?
3   A. On March 22. Stephen Casterline and the
4      steelworker approached him and said at this
5      point, his services are not going to be used
6      on the show floor. I was not at the
7      conversation, so I do not know exact
8      exchange of words, but from what I
9      understood, they asked him to leave, that if
10     he has any other issues to bring it up
11     through the union. This whole thing was
12     after the fact that I had interviewed with
13     Detective Schroeder, my superior, Stephen
14     Casterline, and the company knew about it.
15     We all were under the assumption that Mr.
16     Joe Perry has filed sexual harassment
17     charges against me. For that reason, they
18     walked him off. They said "If you have a
19     case against my foreman, I cannot have you
20     both on the show floor. I need my foreman.
21     Right now you need to leave," and they
22     walked him out.
23  Q. Stephen Casterline said this?
24  A. Again, I was not in the conversation, but

Page 33

1   that's the story. So when I was arrested
2   outside, standing against the car, Stephen
3   Casterline didn't need to tell me anything,
4   he knew what was going on.
5   Q. I understand. Can we just back up a little
6      bit so that I can --
7      MR. BUTLER: Can we take a break?
8      MS. LITSAS: Sure.
9      MR. BUTLER: Is this a good time,
10  though?
11     MS. LITSAS: Just give me two
12  minutes.
13     MR. BUTLER: I can wait.
14     MS. LITSAS: Okay.
15  Q. Just so I can understand, Mr. Hosseini, I'm
16     going to try to backtrack a little bit. So
17     the sexual harassment charges initially that
18     you were discussing, were they filed in
19     December of 2003 by Joe Perry against you?
20  A. No, ma'am. When we went to the police
21     department, the same police department I
22     ended up in in jail, we found out there are
23     no cases. There are no files. There is
24     nothing against me.

9 (Pages 30 to 33)

1  Q. What prompted you to go to the police
2     department in December of 2003?
3  A. New Jersey office directed Steve Casterline
4     that we needed to go down there and abide by
5     whatever laws there are.
6  Q. Why did the New Jersey office require you to
7     go to the police department?
8  A. They did not require, they suggested it.
9  Q. What prompted them to suggest you to go to
10    the Boston Police Department?
11 A. The fact that Mr. Joe Perry said that "I
12    have filed a sexual harassment claim against
13    Mohsen Hosseini."
14 Q. So Mr. Perry said that to you?
15 A. Not to me, to John Foley, who was at the
16    time the account manager for Epilepsy, was
17    the name of the show in December of 2003,
18    American Epilepsy Society.
19 Q. Okay, and he informed -- so it started with
20    Joe Perry, and they informed -- Joe Perry
21    informed the New Jersey office?
22 A. Informed John Foley who was at the Hynes
23    Convention Center, and at the time, I was
24    next door at the Marriott Hotel with the

Page 35

1     rest of the crew.
2  Q. Once that happened -- go ahead.
3  A. I just wanted to give you a little bit of
4     background. It takes, depending on the show
5     and the format of the show, it takes
6     anywhere from literally 12 hours to, as in
7     the case of an auto show, ten days to erect
8     a show. When the show is erected and opens
9     up, it takes a few days to run. In the case
10    of auto shows, usually they go over two
11    weekends to allow the public to go see the
12    brand new cars. In the case of medical
13    shows, private shows, they run two to three
14    days, to go through the course of the
15    seminar and so forth and so on, and after
16    that, we dismantle the show, one day, over
17    night, three days, whatever the requirement
18    of the show is. While American Epilepsy was
19    running, you don't need a crew. There is no
20    crew requirement there, so usually you have
21    your account manager, your customer services
22    personnel at the show site. We had another
23    show at the same time at Marriott Hotel
24    which we were moving in, so myself and the

Page 36

1     crew were at the Marriott Hotel. Joe Perry
2     went to the Hynes Convention Center and
3     confronted the account manager of American
4     Epilepsy.
5  Q. How do you know this?
6  A. John Foley and Eric Howard, who at the time
7     was our director of account management. He
8     was in the room, also.
9  Q. Do you remember when this occurred?
10 A. December of 2003, ma'am. Exact date of it,
11    I'd have to look at the show schedule for
12    American Epilepsy and the tobacco show
13    before I can answer that question.
14 Q. But it was approximately December 2003?
15 A. It was December 2003. There was a snowstorm
16    we had and everything was shut down.
17 Q. Was that the very, very bad snowstorm we
18    had, a couple of feet of snow?
19 A. Yes, ma'am. All my trailers were buried.
20    We had to hire private contractors to unbury
21    the trailers, so no matter who showed up on
22    the show site, I wouldn't put them to work.
23    On that same day, I sent Joe Perry home.
24 Q. That was in December 2003?

Page 37

1  A. Yes.
2  Q. You sent Joe Perry home because --
3  A. On the day that no matter who showed up, I
4     put them to work. I did not care --
5  Q. Why did you send him home?
6  A. Because of not doing what he was supposed to
7     do.
8  Q. Was this before or after you learned that he
9     had filed sexual harassment charges?
10 A. After he made accusations that the charges
11    were filed, one or two days after that
12    event.
13 Q. Who did you speak to at the Boston Police
14    Department to find out if charges had been
15    made against you?
16 A. We went directly to the dispatcher or person
17    at the receptionist desk, whatever her name
18    is. We told her my name is this, I work for
19    this company, sexual harassment charge has
20    been filed, we've been told that a sexual
21    harassment charge has been filed against me
22    in the last couple of days. As far as we
23    know, and we went to know whatever steps
24    are, what we need to do, by the time the