# EXHIBIT 11

```
 1   Volume I                           Pages:    1 - 242
 2                                      Exhibits: 1 - 27
 3                UNITED STATES DISTRICT COURT
 4                 DISTRICT OF MASSACHUSETTS
 5                   No. 04-CV-11948-RGS
 6   SEYED MOHSEN HOSSEINI-SEDEHY,
 7           Plaintiff
 8   vs.
 9   ERIN T. WITHINGTON and the CITY
10   OF BOSTON,
11           Defendants
12
13            DEPOSITION OF ERIN T. WITHINGTON
14              Thursday, March 31, 2005
15                10:00 a.m. - 4:32 p.m.
16                  SMITH & DUGGAN LLP
17                 55 Old Bedford Road
18           Lincoln, Massachusetts  01773-1125
19
20
21
22              FARMER ARSENAULT BROCK LLC
23           617.790.4404    FAX  617.728.4403
24           Reporter: Cynthia C. Henderson/RPR
```

Erin T. Withington - March 31, 2005

**Page 162**

1  A. Yes.
2  Q. If there are new allegations that have been
3  made after you had spoken with a suspect, what you
4  want to do is actually get that suspect in a room
5  and talk to him or her about those allegations,
6  don't you?
7  A. Or I can end it, not let him have contact
8  with him, put an end to it and arrest the suspect.
9  Q. And it was easier in this case to just put
10 an end to this investigation; correct?
11     MS. AMBARIK: Objection. You can
12 answer.
13 A. Yes.
14 Q. Did you ever seek out fresh complaint
15 witnesses?
16 A. No.
17 Q. Why not?
18 A. Mr. Bavis stated he talked to a number of
19 people and he wasn't sure who the first person he
20 talked to was.
21 Q. Who did he say he talked to first?
22 A. He wasn't sure.
23 Q. Did you say give you the names of the
24 people you did speak with?

**Page 163**

1  A. He spoke with Mr. Perry.
2  Q. Joe Perry?
3  A. Yes.
4  Q. And the other names?
5  A. He stated that this had occurred to a lot
6  of them, so a lot of them had talked amongst
7  themselves about things that had occurred. Those
8  were the other names that were supposed to have
9  followed.
10 Q. Your training as a criminal investigator
11 would require you to at least ask for those names;
12 correct?
13 A. Yes.
14 Q. Did you do so?
15 A. Yes.
16 Q. What was the response you got?
17 A. Well, "I don't know that they want to come
18 forward and give you names and be part of the sexual
19 assault, so why don't I talk to them," and I said,
20 "Why don't you talk to them, give them my name and
21 number and have them contact me."
22 Q. Did the fact that Mr. Bavis refused to give
23 you names of other potential witnesses, did you
24 think that was significant in the course of your

**Page 164**

1  investigation?
2  A. Of other victims or witnesses?
3  Q. Other witnesses. Did I say victim? Other
4  witnesses.
5  A. No. I didn't think it was significant
6  because Mr. Bavis was giving them to me more as
7  other victims than other witnesses, saying it had
8  happened to them as well.
9  Q. But if you in fact had other "victims,"
10 that would be additional evidence in your
11 investigation of the Bavis allegations, would it
12 not?
13 A. Yes.
14 Q. And you chose not to press Mr. Bavis for
15 those names; correct?
16 A. Mr. Bavis can't report for someone else,
17 so, yes.
18 Q. Actually, there is no requirement
19 that or there is no prohibition of a person giving
20 you the names of other victims, is there?
21 A. No. We don't take their private reports in
22 sexual assault. It has to come from the victims
23 themselves.
24 Q. Is that a policy that the Boston police

**Page 165**

1  have dictated to you?
2      MS. AMBARIK: Objection. You can
3  answer.
4  Q. I will rephrase that. Is that a policy
5  that the Boston police have made you aware of?
6      MS. AMBARIK: Objection. You can answer
7  it.
8  A. That is a policy at the Sexual
9  Assault Unit, that the victim needs to be able to
10 report for themselves.
11 Q. Is it the policy of the Boston Police
12 Department or the Sexual Assault Unit that an
13 investigator is not to take the names of other
14 potential witnesses or victims in an investigation?
15     MS. AMBARIK: Objection. You can
16 answer.
17 A. No.
18 Q. So back to Mr. Bavis, you made a decision
19 not to ask Mr. Bavis a second time for those names
20 of the alleged victims; correct?
21 A. No. I asked him, and like he said to me,
22 he didn't want to give me the names because he
23 didn't know if they would want to be involved
24 because of the fact that they are men and he didn't