# EXHIBIT 12

```
 1    Volume I                      Pages:    1 - 242

 2                                  Exhibits: 1 - 27

 3              UNITED STATES DISTRICT COURT

 4              DISTRICT OF MASSACHUSETTS

 5                 No. 04-CV-11948-RGS

 6    SEYED MOHSEN HOSSEINI-SEDEHY,

 7              Plaintiff

 8    vs.

 9    ERIN T. WITHINGTON and the CITY

10    OF BOSTON,

11              Defendants

12

13         DEPOSITION OF ERIN T. WITHINGTON

14            Thursday, March 31, 2005

15            10:00 a.m. - 4:32 p.m.

16              SMITH & DUGGAN LLP

17             55 Old Bedford Road

18        Lincoln, Massachusetts  01773-1125

19

20

21

22         FARMER ARSENAULT BROCK LLC

23      617.790.4404   FAX  617.728.4403

24      Reporter:  Cynthia C. Henderson/RPR
```

Erin T. Withington - March 31, 2005

66

1 just want to talk about your experience as a police
2 officer or detective over the last approximately
3 twelve years.  About how many investigations for any
4 criminal violation have you been involved in in the
5 course of twelve years?
6     A. Both in uniform and as a detective?
7     Q. Yes.  Either as a patrol officer or a
8 detective, either police officer, patrol officer or
9 a detective.
10     A. I guess maybe fifteen hundred to two
11 thousand.
12     Q. And maybe I should have asked a little
13 different question, but I will clarify it now. The
14 fifteen hundred, two thousand, were those as a lead
15 investigator?
16     A. No.
17     Q. Okay.  Out of those fifteen hundred to two
18 thousand criminal investigations over the past
19 twelve years, how many of those did you act as the
20 lead investigator?
21     A. About five hundred.
22     Q. And since you have become a police officer,
23 how many times approximately have you testified in
24 court?

67

1     A. About fifty.
2     Q. And out of those fifty, how many times did
3 you --
4     A. I am thinking.  It might be a little low.
5 Maybe a hundred.
6     Q. About a hundred?
7     A. Yes.
8     Q. And out of those approximately a hundred
9 times you have testified, how many have been in the
10 Superior Court?
11     A. Maybe about twenty-five, thirty.
12     Q. And have the balance been in the District
13 Court?
14     A. Yes.
15     Q. About how many arrests have you been
16 involved in over the past twelve years?
17     A. As the arresting officer or involved in?
18     Q. Either arresting or assisting.
19     A. Maybe three, four, five hundred.
20     Q. Out of those three, four, five hundred,
21 about how many have you been the arresting officer?
22     A. I would say half.
23     Q. And during your experience in conducting
24 the criminal investigations and making the arrests

68

1 for criminal violations, is it your experience that
2 sometimes complaining witnesses have criminal
3 records?
4     A. Yes.
5     Q. Okay.  And in approximately how many of the
6 criminal investigations that you have been involved
7 in -- I understand this is going to be an
8 approximation -- but in approximately how many of
9 those criminal investigations has the complaining
10 witness or the victim had a criminal background, if
11 you will?
12     A. I would say -- well, I do have to clarify.
13 Right now I work in the Child Abuse Unit, so I have
14 to exclude them, but prior to working in the Child
15 Abuse Unit I would say probably half.
16     Q. Is there a distinguishing factor between
17 being a police officer and a detective or is it a
18 patrol officer and a detective?
19     A. No.  Police officer is fine.  The only
20 distinguishing thing is one wears a uniform, one
21 wears plainclothes.
22     Q. But a patrol officer is not a detective?
23     A. No.
24     Q. But a patrol officer and a detective are

69

1 both police officers?
2     A. Yes.
3     Q. In the twelve years that you have been a
4 police officer and the approximately fifteen hundred
5 to two thousand criminal investigations you have
6 been involved in, have you come across an
7 investigation where the complaining witness -- or
8 you have determined that the complaining witness had
9 been lying to you?
10     A. Yes.
11     Q. And approximately how many of those cases
12 where the complaining witness had been lying to you?
13     A. Probably half.
14     Q. And you had mentioned earlier about the
15 Board of Probation and the report that you received.
16 Correct?
17     A. Yes.
18     Q. And as an investigator, whether it was as a
19 patrol officer or as a detective, have you ever had
20 an occasion to use a Board of Probation report as an
21 investigatory tool?
22     A. Yes.
23     Q. And what would be the significance of using
24 a Board of Probation report in terms of an