# EXHIBIT 14

```
 1  Volume I                          Pages:    1 - 242
 2                                    Exhibits: 1 - 27
 3              UNITED STATES DISTRICT COURT
 4               DISTRICT OF MASSACHUSETTS
 5                 No. 04-CV-11948-RGS
 6  SEYED MOHSEN HOSSEINI-SEDEHY,
 7          Plaintiff
 8  vs.
 9  ERIN T. WITHINGTON and the CITY
10  OF BOSTON,
11          Defendants
12
13          DEPOSITION OF ERIN T. WITHINGTON
14              Thursday, March 31, 2005
15              10:00 a.m. - 4:32 p.m.
16               SMITH & DUGGAN LLP
17              55 Old Bedford Road
18          Lincoln, Massachusetts  01773-1125
19
20
21
22          FARMER ARSENAULT BROCK LLC
23        617.790.4404    FAX  617.728.4403
24        Reporter:  Cynthia C. Henderson/RPR
```

Erin T. Withington - March 31, 2005

**Page 86**

1  Q. And having exact date, does that affect the
2  amount of proof that you as a criminal investigator
3  have in any investigation?
4  A. It can if I can put someone there or not
5  there on the exact date, then, yes.
6  Q. If you have an exact date, it's more proof
7  than if you have an allegation without an exact
8  date; right?
9  A. Yes.
10  Q. And one of the concerns you had in
11  investigating Joe Bavis's allegations was that there
12  was no exact date; correct?
13  A. Yes.
14         (Weekly disability claim for Joe
15          Bavis marked Exhibit No. 2 for
16          identification.)
17  Q. I place before you what has been marked
18  Exhibit No. 2.
19  A. Okay.
20  Q. I know that you mentioned the name Bill
21  Dodd at the bottom here. There may have been more
22  than one Dodd working for the Teamsters for GES too,
23  so I know the name Dodd had come up before.
24  A. Yes.

**Page 87**

1  Q. Just like the Perrys?
2  A. A lot of names came up a few times.
3  Q. And can you describe what this document
4  appears to be?
5  A. Weekly disability claim for --
6  Q. And who was the claimant?
7  A. Joe Bavis.
8  Q. And does that appear to be the same person
9  that made the criminal allegations against Mr.
10  Hosseini on or about December 22nd, 2003?
11  A. The address is the same, yes.
12  Q. And the date of this application for
13  disability form, that's at the bottom of the second
14  box.
15  A. Yes.
16  Q. And what is that?
17  A. December 18, 2002.
18  Q. Now, were you aware that Mr. Bavis had
19  filed for weekly disability insurance on December
20  18, 2002 when you conducted the investigation into
21  Joe Bavis's allegations?
22  A. No.
23  Q. Would that information, the information
24  contained in Exhibit 2, be significant to you if you

**Page 88**

1  had known about it?
2         MS. AMBARIK: Objection. You can
3  answer.
4  Q. During your criminal investigation.
5         MS. AMBARIK: Objection. You can
6  answer.
7  A. It would have made me ask him maybe
8  different questions like "Were you working?", things
9  like that.
10  Q. What questions?
11  A. "Were you working at the time this incident
12  occurred?"
13  Q. And why would you ask that question?
14  A. According to the paperwork, he didn't work
15  for it seems from November of 2002 to -- I don't
16  have an end date yet, so I don't know when.
17  Q. But you would ask him that question because
18  it would concern you as to whether or not the
19  allegations were true; correct?
20  A. If I had this paper, yes.
21  Q. Yes. If you had the paper.
22  A. Yes.
23         MR. BUTLER: Can I have that marked 3,
24  please?

**Page 89**

1         (Weekly disability approval form
2          for Joe Bavis marked Exhibit No. 3
3          for identification.)
4  Q. And when you are done looking at the
5  document, just look up and that will indicate to me
6  to ask you a question. What does Exhibit 3 appear
7  to be?
8  A. A weekly disability approval form.
9  Q. For whom?
10  A. Joe Bavis.
11  Q. And what was the date of the sickness or
12  disability for Bavis's weekly disability form?
13  A. November 30, 2002.
14  Q. And the date just above that?
15  A. November 23rd, 2002.
16  Q. That would be for the date of disability or
17  sickness, November 23rd, 2002?
18  A. Yes.
19  Q. And according to this form, when did the
20  benefits for Mr. Bavis get exhausted at the bottom
21  there?
22  A. May 30, 2003.
23  Q. Were you aware of the information contained
24  in Exhibit 3 when you conducted your investigation