# EXHIBIT 15

VOLUME: I
PAGES: 1-95

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 04-11948-RGS
*******************************
SEYED MOHSEN HOSSEINE-SEDEHY,)
      Plaintiff      )
                        )
vs.                     )
                        )
ERIN T. WITHINGTON and  )
THE CITY OF BOSTON,     )
      Defendants     )
*******************************

DEPOSITION OF MOHSEN HOSSEINI, a witness called on behalf of the Defendants, pursuant to the Massachusetts Rules of Civil Procedure, before Kelly G. Patterson, a Notary Public in and for the Commonwealth of Massachusetts, at the Law Department of City Hall, Room 615, Boston, Massachusetts, on Friday, October 14, 2005, commencing at 10:23 a.m.

G&M Court Reporters, Ltd.
617-338-0030

Page 58

```
 1   pulled me out. We went in an elevator and I
 2   ended up in another cell.
 3  Q. Do you know what cell this was, what
 4   station?
 5  A. This was the court or whatever it was,
 6   because I ended up in front of a judge
 7   eventually.
 8  Q. So this was all in the same day, March 22,
 9   2004?
10  A. Yes, ma'am.
11  Q. Do you remember what court that was?
12  A. No, ma'am. Maybe my attorney could help
13   you, because I don't know the court system.
14   All I know is they took me, they took my
15   things again, they put me in the cell with
16   two guys who were there for God knows what,
17   and then later on my attorney and I were
18   talking and they were like "Oh, boy, I
19   thought you were molesting a kid. You
20   molested a guy?" Humiliation.
21  Q. Where did this occur?
22  A. This was in the court's jail.
23  Q. In the first cell that you were transported
24   to, was there anyone else that you spoke to?
```

Page 59

```
 1  A. No, the first cell was just them and all I
 2   had was me in the cell.
 3  Q. Did you speak to any other detectives in
 4   that first cell?
 5  A. One guard checked on the prisoners. I asked
 6   if it's going to be long. He said he didn't
 7   know.
 8  Q. Did you see Detective Schroeder at any point
 9   during this time?
10  A. I did not see Detective Schroeder after I
11   was put in paddy wagon in front of Hynes
12   Convention Center. I never see her again.
13  Q. You were transported to the second cell,
14   that was at the courthouse?
15  A. Yes, ma'am.
16  Q. Were you in the same cell as two other
17   individuals?
18  A. Yes, ma'am, and there were a bunch of other
19   folks out there. They were yelling at each
20   other for cigarettes. They were trying to
21   con the guards into giving them juices,
22   cigarettes, just a bunch of guards and
23   individuals. I won't call them criminals,
24   because, God knows, maybe some of them were
```

Page 60

```
 1   as innocent as I was.
 2  Q. How long were you in the second cell at the
 3   courthouse?
 4  A. I don't remember. I want to say maybe an
 5   hour, but when Mr. Butler showed up and
 6   started calling my name, I was -- and then
 7   introduce himself, I just say "God, thank
 8   you," because after that point, and even
 9   after that, I had no clue what was going on
10   to me.
11  Q. Had you called anybody to when you had the
12   opportunity to make a phone call?
13  A. Who to call?
14  Q. So that's a no?
15  A. It was just me and my family in the city at
16   the time.
17  Q. Mr. Butler was your attorney during the next
18   proceeding?
19  A. GES, my company, had contacted Mr. Butler.
20   Later on, I found out Mr. Casterline had
21   contacted the superiors, who immediately
22   contacted the attorney's office and Mr.
23   Butler.
24  Q. What happened after you were in the second
```

Page 61

```
 1   cell, did you then appear before the Court?
 2  A. We appeared before the Court. I wasn't told
 3   again what I was there for. I was told by
 4   the judge that I had been arrested on sexual
 5   harassment charges. I was told I'm not
 6   allowed to get close to my accuser. I still
 7   don't know my accuser, by the way. I still
 8   don't know my accuser at this time. I was
 9   given a piece of paper by my attorney that I
10   had been released on my own self, that I
11   have to keep that piece of paper on me
12   wherever I go so cops don't arrest me, and
13   just be in touch with my attorney. I
14   thanked him, said goodbye to him, went
15   downstairs. By that time, I turned my cell
16   phone on. Casterline called me. He and
17   Mr. John Perry, the president of the
18   Teamster's Union, picked me up in John
19   Perry's car.
20  Q. From the courthouse?
21  A. From the courthouse.
22  Q. That was Mr. Casterline, Mr. Perry and --
23   that's not Joe Perry?
24  A. No, John Perry, the president of the local
```

16 (Pages 58 to 61)