# EXHIBIT 16

Case 1:04-cv-11948-RGS    Document 34-18    Filed 11/14/2005    Page 1 of 3

```
 1  Volume I                          Pages:    1 - 242
 2                                    Exhibits: 1 - 27
 3             UNITED STATES DISTRICT COURT
 4              DISTRICT OF MASSACHUSETTS
 5                No. 04-CV-11948-RGS
 6  SEYED MOHSEN HOSSEINI-SEDEHY,
 7            Plaintiff
 8  vs.
 9  ERIN T. WITHINGTON and the CITY
10  OF BOSTON,
11            Defendants
12
13         DEPOSITION OF ERIN T. WITHINGTON
14             Thursday, March 31, 2005
15              10:00 a.m. - 4:32 p.m.
16                SMITH & DUGGAN LLP
17              55 Old Bedford Road
18         Lincoln, Massachusetts  01773-1125
19
20
21
22          FARMER ARSENAULT BROCK LLC
23         617.790.4404   FAX  617.728.4403
24         Reporter:  Cynthia C. Henderson/RPR
```

**Page 182**

1 got to the elevator?
2   A. He wasn't handcuffed in front of everybody.
3   Q. But he was under arrest?
4   A. Yes.
5   Q. And he wasn't free to go?
6   A. He was not.
7   Q. He was coming with you at that time?
8   A. Yes.
9   Q. And the other Teamsters that worked under
10 him were all in that room?
11  A. Yes.
12  Q. Did you see Mr. Bavis there?
13  A. Mr. Bavis was downstairs to the right of
14 the main entrance sitting on a wall or a bench or a
15 wall inside the building.
16  Q. When you walked into the Hynes Convention
17 Center you showed your badges to the security
18 officers there?
19  A. Detective Lembo showed his badge to the
20 security officer.
21  Q. Did you ask the security officer any
22 questions about this allegation?
23  A. No.
24  Q. Did you ask the security officer if they

**Page 183**

1 had any reports of any sexual offense occurring on
2 their property?
3   A. No.
4   Q. Why not?
5   A. Because at that point I had a warrant for
6 Mr. Hosseini's arrest, and he was inside the
7 building. We just wanted to let the security guard
8 know that the Boston police were in the building and
9 we were going to be arresting someone. We didn't
10 give his name.
11  Q. So when you walked into the Massachusetts
12 Convention Center, would it be fair to say you knew
13 that the convention center had security officers?
14  A. Yes.
15  Q. And you knew that before that date;
16 correct?
17  A. Yes.
18  Q. At any time after December 22nd, 2003 did
19 you pick up the phone and call the Massachusetts
20 Convention Center security office and ask for any
21 reports concerning these allegations that Bavis
22 made?
23  A. No.
24  Q. Why?

**Page 184**

1   A. Mr. Bavis hadn't mentioned that he spoke
2 with anyone other than myself regarding making
3 allegations.
4   Q. Well, as a criminal investigator you don't
5 decide how you are going to investigate a crime
6 based on what the complaining witness tells you;
7 correct? You use your training and experience to
8 investigate the full circumstances of any criminal
9 allegation; right?
10  A. Yes.
11  Q. So the fact that Mr. Bavis didn't mention a
12 security officer at the Massachusetts Convention
13 Center would not mean that you as a trained
14 investigator wouldn't be interested in finding out
15 what, if anything, they knew about the circumstances
16 surrounding Mr. Bavis's and Mr. Hosseini's
17 relationship; right?
18  A. It never occurred to me.
19  Q. Did you ever ask if there was a grievance
20 that Bavis had filed because this was apparently or
21 allegedly work-related? Did he file a grievance
22 about an adverse working condition?
23  A. Mr. Bavis?
24  Q. Yes.

**Page 185**

1   A. No.
2   Q. Did you ask anybody if Mr. Bavis had filed
3 a grievance with his union about any adverse working
4 conditions?
5   A. No. Anyone that I spoke to, either at GES
6 or Mr. John Perry, his answer was he didn't want to
7 get in the bullshit of Bavis. Really, no one was
8 helpful so, no, I didn't ask anyone.
9   Q. And the fact that John Perry didn't want to
10 get involved with any of Mr. Bavis's bullshit, did
11 that concern you that Bavis may not be telling you
12 the truth?
13        MS. AMBARIK: Objection. I don't think
14 it was Bavis who said that.
15        MR. BUTLER: Actually, it was.
16        THE WITNESS: It was.
17        MS. AMBARIK: My mistake.
18  Q. Did that concern you that John Perry, the
19 Teamsters supervisor or business agent or whatever
20 he was, that he said to you that he wasn't going to
21 get involved in any of Bavis's bullshit?
22  A. No. I just thought he was really rude the
23 whole conversation, so it was just another aspect of
24 his rudeness.