# EXHIBIT 17

```
 1   Volume I                              Pages:    1 - 242
 2                                         Exhibits: 1 - 27
 3              UNITED STATES DISTRICT COURT
 4               DISTRICT OF MASSACHUSETTS
 5                 No. 04-CV-11948-RGS
 6   SEYED MOHSEN HOSSEINI-SEDEHY,
 7            Plaintiff
 8   vs.
 9   ERIN T. WITHINGTON and the CITY
10   OF BOSTON,
11            Defendants
12
13           DEPOSITION OF ERIN T. WITHINGTON
14              Thursday, March 31, 2005
15               10:00 a.m. - 4:32 p.m.
16                SMITH & DUGGAN LLP
17               55 Old Bedford Road
18          Lincoln, Massachusetts  01773-1125
19
20
21
22            FARMER ARSENAULT BROCK LLC
23         617.790.4404    FAX   617.728.4403
24          Reporter:  Cynthia C. Henderson/RPR
```

**Page 26**

Q. Had any other detective done any investigation on this case between December 22nd and January 7th when you went out on leave other than you?
A. No, they did not.
Q. Do you remember if you had discussed this case with any other of the detectives before you went out on leave?
A. Yes, I had.
Q. And who did you discuss it with before you went out on leave?
A. I know I spoke with Detective Barry and Detective Lembo.
Q. Did you speak with any other detectives other than Detectives Barry and Lembo concerning this investigation before you went out on leave?
A. No, not that I remember.
Q. And were either Detectives Barry or Lembo supervisors back in 2003?
A. No.
Q. They were both detectives, as you were?
A. Yes.
Q. What conversation did you have with Detective Barry regarding this investigation before

**Page 27**

you went out on leave?
A. She was in the office when Mr. Perry and Mr. Bavis came in. When they left she asked me what the case was about and I explained to her in a nutshell what the case was about.
Q. What did you say to her?
A. That he was having a problem with his supervisor, the supervisor was rubbing up against him, and that they both were Teamsters and they were both working at the Hynes Convention Center, and that -- I think that's all I said.
Q. How about Detective Lembo? Do you remember what you discussed with Detective Lembo about this investigation before you went out on leave?
A. In the interim from December to January and then from January until I came back there was numerous phone calls from Mr. Bavis in between all this, so his name became very well known at our unit, so everybody knew the case was mine; so Detective Lembo asked me what the case was about and why was he still continuing to call, so I explained to him in a nutshell that he was having a problem with his boss, that his boss was a male, he was a male, he was alleging that his boss had rubbed up

**Page 28**

against him, kissed him, and that's why he was calling.
Q. And did Detective Lembo know that Bavis was a Teamster at that time?
A. I don't remember if I told him at that time.
Q. And what's Detective Barry's first name?
A. Allison.
Q. How do you spell Allison?
A. A-l-l-i-s-o-n.
Q. And how about Detective Lembo's first name?
A. Thomas.
Q. Thank you. Before you went out on leave how many times did Joe Bavis call the Sexual Assault Unit?
A. Approximately ten times.
Q. Did Mr. Perry call at any time before you went out on leave, that you recall?
A. I can't remember.
Q. And when I say Mr. Perry, unless I distinguish a first name, it's the Joe Perry that you spoke with on January 22nd.
A. Yes.
Q. I am sorry. Did Mr. Perry, if you know,

**Page 29**

call during this period of time between December 22nd and when you went out on leave?
A. I can't remember if he did.
Q. And the ten times that Bavis called the Sexual Assault Unit before you went out on leave, what was the purpose of his calls?
A. A couple of times he called. Once he called me back to give me Mr. Dodd's name and phone number. A couple of times he called to tell me that there were other people that were complaining, that he was talking to them about coming forward, but he would get back to me with that, and then a couple of times that he called was once was something else he thought of that Mr. Hosseini had done and I believe once was that Mr. Hosseini had said or done something to him. I think one involved a touching of the arm, and I think Mr. Hosseini had said something to him, so he just wanted me to be aware of what was going on.
Q. So these telephone calls after your initial interview of December 22nd, thereabouts, of Bavis and when you went out on leave, one was to provide information on Mr. Dodd to you?
A. Yes.