# EXHIBIT 18

```
 1   Volume I                              Pages:    1 - 242
 2                                         Exhibits: 1 - 27
 3             UNITED STATES DISTRICT COURT
 4              DISTRICT OF MASSACHUSETTS
 5                No. 04-CV-11948-RGS
 6   SEYED MOHSEN HOSSEINI-SEDEHY,
 7            Plaintiff
 8   vs.
 9   ERIN T. WITHINGTON and the CITY
10   OF BOSTON,
11            Defendants
12
13          DEPOSITION OF ERIN T. WITHINGTON
14             Thursday, March 31, 2005
15              10:00 a.m. - 4:32 p.m.
16                SMITH & DUGGAN LLP
17               55 Old Bedford Road
18         Lincoln, Massachusetts  01773-1125
19
20
21
22            FARMER ARSENAULT BROCK LLC
23          617.790.4404    FAX  617.728.4403
24          Reporter:  Cynthia C. Henderson/RPR
```

Erin T. Withington - March 31, 2005

**Page 30**

Q. And a couple of these calls concerned Mr. Bavis's allegations that there were other witnesses or complainants?

A. Yes.

Q. And did he refuse to give you the names of these complainants over the phone?

A. He can't report for someone else, so I said to him, "Well, you know, Joe, if somebody else wants to come forward, you need to give them my name and number. They need to report to me." He mentioned somebody's first name, and I said, "I can't take the first name based on what you are telling me. They need to be a victim themselves."

Q. All right. So Mr. Bavis tried to give you a name or one name?

A. I know he described an incident that had occurred with someone else who I think was somehow related to either him or Mr. Perry, and I said, "Does this person want to speak with me right now?" And he was embarrassed, and I explained to him that, "You can't report for somebody else. Especially in an assault, the person has to be the complainant. I will give you my name and number and they can call me, but you can't call me up and tell me things

**Page 31**

about other people."

Q. You mentioned one of these calls after December 22nd and when you went out on disability, Mr. Bavis made another allegation against Mr. Hosseini about Mr. Hosseini touching Mr. Bavis on the arm?

A. Yes. I believe he called me and said that he had touched his arm, rubbed his arm.

Q. Did he tell you that this happened at work?

A. I believe he did tell me it happened at work.

Q. Did he say what day it was?

A. No, not that I can remember, no, and I am not a hundred percent sure if he was telling me it was recently it happened or if it was something that he remembered that he had forgotten to tell me.

Q. And did you take any notes about these telephone conversations you had with Mr. Bavis?

A. Other than to take Mr. Dodd's phone number down, so no, I did not.

Q. You said one of the calls that Bavis had made before you went out on disability was to report a comment made by Mr. Hosseini?

A. Yes.

**Page 32**

Q. What was that?

A. I can't remember if he said that -- it was people were talking about him bringing a suit against the company. Oh, and then they also did say to me he wasn't getting work and he thought it was because of the fact that he had brought this case forward, which I then again explained to him that I couldn't, that was something that was civil, that I really couldn't do anything about that, I couldn't force them to make him work or to let him work, that that was something he would have to take up with his supervisors, that wasn't part of the sexual assault, that really the case hadn't been brought yet because I still hadn't spoken to Mr. Hosseini, so I couldn't say it was a result of the investigation, I couldn't say that Mr. Hosseini was aware of the charges and therefore wasn't letting him work because I hadn't spoken to Mr. Hosseini yet.

Q. Back to the comment that Bavis reported to you, what was the comment?

A. I can't remember if it was from Mr. Hosseini, Mr. Perry, but it was something about him not working, not being able to work because of this type of thing.

**Page 33**

Q. So Mr. Bavis was saying that Mr. Hosseini made a comment to him about Mr. Bavis not working for GES because of this investigation?

A. Either Mr. Hosseini or John Perry had made the comment to him, but he wasn't specific in who had said what to him or how they had said it, just the bottom line of that was that he wasn't getting work and he thought it was based on this, which I explained to him that the investigation really hadn't started yet because of the fact that Mr. Hosseini wasn't aware of the allegations, that that was something he had to take up with either management or his union or the civil side, that I couldn't handle something like that for him.

Q. Now, were the number of calls that Bavis made to you before you went out on disability, was that unusual? Did that stick out in your mind because it was an unusual amount of calls?

A. Depending upon the case, sometimes a victim will call a lot. I thought based on this case it was kind of unusual.

Q. Based on the circumstances and the allegations in this case, it was unusual?