# EXHIBIT 19

VOLUME: I
PAGES: 1-95

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 04-11948-RGS
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
SEYED MOHSEN HOSSEINE-SEDEHY,)
     Plaintiff       )
                              )
vs.                         )
                              )
ERIN T. WITHINGTON and    )
THE CITY OF BOSTON,        )
     Defendants      )
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

DEPOSITION OF MOHSEN HOSSEINI, a witness called on behalf of the Defendants, pursuant to the Massachusetts Rules of Civil Procedure, before Kelly G. Patterson, a Notary Public in and for the Commonwealth of Massachusetts, at the Law Department of City Hall, Room 615, Boston, Massachusetts, on Friday, October 14, 2005, commencing at 2:23 a.m.

Page 66

1  later?
2  A. Two to three weeks later, because I remember
3     the first two weeks I was numb. My world
4     was crumbling. I was humiliated. I
5     couldn't look in my wife's eyes. Then it
6     hit me, how am I going to feed my family.
7  Q. Were you working at that time? Did you
8     return to work after the March 22, 2004
9     incident?
10 A. No, ma'am. I was not allowed to go back to
11    work by the company, because the company,
12    just like the court system, no matter if you
13    have 15 years of history with them,
14    considers you guilty until proven innocent,
15    and no matter the situation. So they have
16    to get their lawyers involved and everything
17    else. Later on they made a decision and
18    found out I was on the truth side to
19    actually pay me for sitting home.
20 Q. So were you being paid during the time you
21    were not working?
22 A. I was paid to sit home and contemplate for
23    two weeks.
24 Q. After two weeks, did you return to work?

Page 67

1  A. I was in New York, New Jersey to physically
2     work.
3  Q. To what?
4  A. Physically work, not sit on a couch and get
5     paid.
6  Q. Were you taking on the role of foreman in
7     New York and New Jersey?
8  A. Yes, ma'am. I went back to my
9     responsibilities.
10 Q. At what point was there follow-up in terms
11    of the March 22, 2004 incident? So after
12    that --
13 A. I remember I was in New Jersey, I traveled
14    once for one hearing. I traveled another
15    time for another one.
16 Q. So you went to two more hearings after that?
17 A. I want to say one for fact, which I was
18    facing the judge this way, and the second
19    time I was facing the judge that way. Right
20    way, left way. I'm sorry, ma'am, you're
21    typing. The nature of the beast, I'm not
22    going to block out of my memory, because
23    when they dismissed me, no one said I'm
24    sorry, and when I asked would this get taken

Page 68

1     off of my record, they said no. Just put
2     yourself in my shoes. My son was born in
3     this country. Unlike me, he could become a
4     president of this country if he wanted to.
5     I don't even think he can become a counsel
6     person, because the politics of this
7     country, they use your dad and mom against
8     you. The dad has criminal record now.
9  Q. At what point did you find out your criminal
10    case had been dismissed?
11 A. I was in the courthouse with my lawyer in
12    the final day, which was a very long day,
13    also. District attorney couldn't make
14    decisions -- I'm sorry, I have blocked a lot
15    of things out. I don't know if I got the
16    answer through a letter -- no, I got the
17    answer by a phone call by my attorney
18    congratulating me.
19 Q. I don't want you to tell me about your
20    conversations with your attorney.
21 A. I know.
22 Q. I'm not asking your about that, because
23    those are privileged.
24 A. No, it wasn't in the courthouse that I found

Page 69

1     out, it was a phone call.
2  Q. That was sometime in June or July of 2004?
3  A. Yes, ma'am.
4  Q. During this time, did you have any -- you
5     had no interaction with Detective Schroeder?
6  A. Zero.
7  Q. At the time of the incident on March 22,
8     2004, how would you describe your
9     relationship with Mr. Bavis, Joe Bavis?
10 A. Joe Bavis came back to work in 2004 after
11    being away for a year and a half. The very
12    first day of work, which was the show prior
13    to the show that I was arrested, it was the
14    very first show of the year in Boston. The
15    way that I perform my duties is every person
16    is important and the group and the team is
17    crucial to the success of the way I run the
18    shows or my operation. So in the morning, I
19    say good morning to everyone, welcome
20    everyone, because as an hourly worker, you
21    have no clue what your life looks like, so I
22    try to explain to my guys, the Teamster's,
23    what their life is going to look like the
24    next few hours. "Hey guys, we're looking at

18 (Pages 66 to 69)

G&M Court Reporters, Ltd.
617-338-0030

Page 70

```
 1   two eight-hour shifts. You're going to have
 2   a long shift on the third day. When the
 3   show is open, you're not going to see much
 4   work, and when the show is over," --
 5   basically, give them the rundown. They
 6   appreciate that, because they can make
 7   appointments with their families or doctors.
 8   That morning, I started by welcoming back
 9   Joe Bavis. First of all, after I said hello
10   to everyone, hope you all had a great
11   holidays, because I had hadn't seen them
12   since the holidays, even though I believe
13   the first show was in February. I welcomed
14   Joe Bavis back and then gave them the what
15   their lives would look like the next few
16   days. I did my safety speech, I do a safety
17   speech every morning, how to operate
18   machinery, in case of emergency, how to exit
19   the building, where to meet after we exit
20   the buildings, the whole work, and we went
21   back to work. The very first show, Joe
22   Bavis was very pleasant. He followed all of
23   the instructions he was given. He used the
24   word I'm here to do my business and I'm
```

Page 71

```
 1   going to do what I'm told. There was one of
 2   my Teamster's, Eddie Flaherty, who was upset
 3   about a seniority issue. One of the guys
 4   was getting ahead of him. I talked to Ed, I
 5   said "Hey, Ed, don't worry about it. Eight
 6   hours, I'll give you eight hours. It's not
 7   worth being upset about," and when I calmed
 8   him down he realized that he wasn't right,
 9   that I had followed the seniority, and he
10   appreciated the fact that I took the time to
11   speak to him.
12 Q. Sorry to interrupt, Mr. Hosseini.
13 A. I'm sorry.
14 Q. No, no, that's okay. I appreciate the
15   details. I guess what I'm looking for, if
16   you could describe your relationship with
17   Mr. Bavis before the March 22, 2004
18   incident. He was your coworker?
19 A. No, ma'am, they all work for me, even though
20   I call them my coworkers, they all work for
21   me. I tell them what to do, when to show
22   up, when to go home, and his job was fine.
23   He did a fine job during the
24   installation/dismantle of the show. Even on
```

Page 72

```
 1   the day of my arrest, Joe Bavis was present.
 2   He followed all my instructions. Once he
 3   was down away from the elevator, as we use
 4   elevators to off-load the equipment, when I
 5   asked "Joe, come on, buddy, you're killing
 6   me," that's my phrase "You're killing me,"
 7   "The guys at the dock are waiting. "I'm
 8   sorry, I was answering a phone call." Even
 9   then, no issue with Mr. Bavis.
10 Q. So during 2004, prior to your arrest, you
11   had no incidents with Mr. Bavis?
12       MR. BUTLER: I object.
13 A. No, ma'am. I saw Mr. Bavis back in 2004.
14   Between 2002 and 2004, he hadn't worked for
15   us.
16 Q. When did he start working for you in 2004?
17 A. The first show of the year, which I believe,
18   again I have to consult the show schedule,
19   the very first show that he did in the city
20   of Boston in 2004. Joe Bavis is No. 11 on
21   seniority, or was.
22 Q. Prior to that, Mr. Bavis had not been
23   working since 2002?
24 A. That is correct, ma'am.
```

Page 73

```
 1 Q. Because he was on disability?
 2 A. Because he could not supply documentation
 3   that he is released.
 4 Q. When he provided you with -- did he provide
 5   you with the medical letters?
 6 A. No, ma'am. I was informed by the human
 7   relations safety manager in New Jersey that
 8   Mr. Bavis would be coming back to work.
 9 Q. Had you had any role in his absence from
10   work or in denying him the opportunity to
11   work prior to 2004?
12 A. No, ma'am. I don't make those decisions.
13   Those are the human relations decisions.
14 Q. Just bear with me for a moment.
15 A. No problem.
16 Q. Thank you. At any point, did you discuss
17   with Mr. Bavis the allegations that he made
18   against you?
19 A. Excuse me?
20 Q. At any point, did you discuss with Mr. Bavis
21   the allegations regarding your arrest?
22 A. I've never seen Mr. Bavis since my arrest.
23 Q. So since March 22, 2004, you've never seen
24   Mr. Bavis?
```