# EXHIBIT 20

Case 1:04-cv-11948-RGS    Document 34-22    Filed 11/14/2005    Page 1 of 3

VOLUME: I
PAGES: 1-95

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 04-11948-RGS
*****************************
SEYED MOHSEN HOSSEINE-SEDEHY,)
    Plaintiff            )
                             )
vs.                          )
                             )
ERIN T. WITHINGTON and       )
THE CITY OF BOSTON,          )
    Defendants           )
*****************************

DEPOSITION OF MOHSEN HOSSEINI, a witness called on behalf of the Defendants, pursuant to the Massachusetts Rules of Civil Procedure, before Kelly G. Patterson, a Notary Public in and for the Commonwealth of Massachusetts, at the Law Department of City Hall, Room 615, Boston, Massachusetts, on Friday, October 14, 2005, commencing at 11:23 a.m.

Page 46

```
 1   not accepted. This whole thing went for
 2   months, so Mr. Perry hadn't worked for
 3   months.
 4  Q. Was this Mr. Perry or Mr. Bavis?
 5  A. Thank you for correcting me, Mr. Bavis. So
 6   Mr. Bavis, literally, I don't remember
 7   exactly when in 2002, sometime in 2002,
 8   after that incident, a month later or two
 9   months later, I don't remember exactly, I
10   need to look at the show schedules again.
11   Everything I do and live by is the show
12   schedules. That incident happened, and I
13   told Detective Schroeder about that
14   incident. She asked me clearly a couple of
15   times how I hold him and I explained.
16  Q. What did you explain?
17  A. I asked permission, I believe, because --
18   no, I did not reach on her. Excuse me, I
19   take that back. I thought maybe I reached
20   and showed her on her shoulder, but I did
21   not. I showed her on my own shoulder.
22   "Joe, calm down. Come on, buddy. Calm
23   down."
24  Q. You were facing Mr. Bavis eye to eye?
```

Page 47

```
 1  A. I was facing Mr. Bavis eye to eye.
 2  Q. Did you describe any other physical
 3   interactions between you and Mr. Bavis?
 4  A. No. That was the only physical incident --
 5   when Detective Schroeder asked me if there
 6   was ever any incident, I told her that
 7   incident.
 8  Q. There has been no other?
 9  A. No other incidents.
10  Q. Did she ask you questions about any other
11   incidents between you and Mr. Bavis?
12  A. Actually, I believe she did not, because
13   even after my arrest, after I walked out of
14   her office, I was still under the assumption
15   Joe Perry. When I was arrested, went to
16   court and was arraigned, I was still under
17   the assumption Joe Perry. It was well after
18   I was home that I found out it was Joe
19   Bavis.
20  Q. Who was making the accusations?
21  A. Yes, ma'am.
22  Q. Going back to your meeting with Detective
23   Schroeder, how long did you meet with
24   Detective Schroeder?
```

Page 48

```
 1  A. Again, I don't remember the exact timeline,
 2   but I want to say it was a good half hour.
 3  Q. During this meeting, there were three of
 4   you, the other detective and Detective
 5   Schroeder and yourself?
 6  A. Yes, ma'am.
 7  Q. Were you in a room or an office?
 8  A. It was in an office in the Sexual Harassment
 9   Unit.
10  Q. Was the door closed or open?
11  A. I apologize.
12  Q. You don't remember? That's okay. Only what
13   you can remember.
14  A. I can't remember. I want to say for my
15   privacy they closed the door, but I don't
16   remember.
17  Q. Did you describe anything else, other than
18   what you described to me thus far?
19  A. No. I answered all her questions.
20   Detective Schroeder turned to the other
21   lady, asked if she had any questions. She
22   replied no. I asked what next. I got the
23   indication, was true words spoken, or it
24   must have been true words spoken, I don't
```

Page 49

```
 1   know exact words spoken, "Don't worry about
 2   it. These cases usually go to the D.A.'s
 3   office and if D.A. wants to pursue it they
 4   will contact you."
 5  Q. Who told you that?
 6  A. Detective Schroeder.
 7  Q. Those are a paraphrase of what you believe
 8   her words were?
 9  A. Parts of it were her words. "These cases go
10   to the D.A.'s office," were her words, "and
11   if the D.A. elects to, they will contact
12   you."
13  Q. Did she tell you at that point that you
14   would be arrested at that point?
15  A. No.
16  Q. Or that you would be arrested at that point?
17  A. No, she did not, ma'am. I wanted to say
18   something like -- no, I don't remember,
19   ma'am. No, she did not.
20  Q. Did you give Detective Schroeder any
21   documents or anything like that or fill out
22   any reports or statements?
23  A. I personally do not remember filling out
24   anything. She did all the notetaking.
```

13 (Pages 46 to 49)