# EXHIBIT 21

```
 1   Volume I                           Pages:    1 - 242
 2                                      Exhibits: 1 - 27
 3              UNITED STATES DISTRICT COURT
 4               DISTRICT OF MASSACHUSETTS
 5                  No. 04-CV-11948-RGS
 6   SEYED MOHSEN HOSSEINI-SEDEHY,
 7           Plaintiff
 8   vs.
 9   ERIN T. WITHINGTON and the CITY
10   OF BOSTON,
11           Defendants
12
13           DEPOSITION OF ERIN T. WITHINGTON
14                Thursday, March 31, 2005
15                 10:00 a.m. - 4:32 p.m.
16                   SMITH & DUGGAN LLP
17                  55 Old Bedford Road
18           Lincoln, Massachusetts  01773-1125
19
20
21
22             FARMER ARSENAULT BROCK LLC
23          617.790.4404    FAX  617.728.4403
24          Reporter:  Cynthia C. Henderson/RPR
```

Erin T. Withington - March 31, 2005

### Page 198

1 Hosseini, from Mr. Hosseini's lawyer asking if you
2 could produce some police reports on your
3 investigation in which you said that you would draft
4 the reports within a week or so and give them to the
5 D.A.? Do you remember that conversation?
6   A. No. I don't remember that conversation.
7   Q. If I can have you take a look at Exhibit 23
8 actually, do you know what it is? I want to go back
9 to Exhibit 22 if I may and we will go back to 23 in
10 a moment, but the bottom of Exhibit 22 there is a
11 fax transmission?
12   A. Yes.
13   Q. Did you fax this report to somebody on
14 October 7, 2004?
15   A. I assume 4861 is our Sexual Assault, it's
16 the fax at Sexual Assault.
17   Q. My question is did you fax this report to
18 somebody on that day, October 7, 2004?
19   A. I have no idea.
20       MS. AMBARIK: I think she faxed it to
21 me. I think this was upon my request.
22   Q. But it's fair to say that there was no hard
23 copy of Exhibit 22 in your files, your paper files
24 before October 7, 2004; correct?

### Page 199

1   A. No. That's not fair to say.
2   Q. It's not?
3   A. No.
4   Q. Do you have a hard copy of Exhibit No. 22
5 in your paper files?
6   A. I would assume I do, yes.
7       (Document entitled "Sexual
8        Assault Unit Case Update" marked
9        Exhibit No. 23 for
10       identification.)
11   Q. Now, you can take a look at Exhibit 23,
12 please. What is this entitled?
13   A. "Sexual Assault Unit Case Update."
14   Q. That's the title. Is there any
15 significance to the title to this document?
16   A. The case update?
17   Q. Yes.
18   A. I am saying that because you have got
19 different titles on 22, 23, 24, and 25. They just
20 go in order.
21   Q. So would 22 have been drafted before 23?
22   A. No. It just means 22 is your followup,
23 usually your victim's statement. Anything that
24 follows that after that is other conversations you

### Page 200

1 have had regarding the case.
2   Q. 22 was generated before 23; correct?
3   A. It doesn't necessarily mean that. That's
4 just the order that we put them in. The victim's is
5 always the followup.
6   Q. So you don't know if Exhibit 22 was drafted
7 before or after Exhibits 23 and 24 and 25?
8   A. I would assume Exhibit 22 was drafted
9 before. I don't know for a fact.
10   Q. What's the date?
11   A. Date assigned is March 22, 2004.
12   Q. What about the date in the upper right-hand
13 corner?
14   A. March 22, 2004.
15   Q. I am looking at the wrong exhibit. I am
16 not going to ask you a third time. Now, what is
17 Exhibit 23? I don't think I asked you that.
18   A. That's the interview that I had with Mr.
19 Hosseini.
20   Q. And having read this report, Exhibit 23,
21 did you draft this report?
22   A. Yes.
23   Q. Is your memory refreshed as to the date
24 that you interviewed Mr. Hosseini?

### Page 201

1   A. Yes.
2   Q. What date?
3   A. March 4th, 2004.
4   Q. In relationship to when you got back from
5 disability leave, what date was that?
6   A. I am going to assume then it was either
7 March 3rd or 4th, 2004.
8   Q. If you can go to Exhibit 25 very quickly.
9   A. Okay.
10   Q. The first line there, if you can read it to
11 yourself, does that indicate that you were out of
12 work from January 6th through March 3rd, 2004?
13   A. Yes.
14   Q. So is it fair to say that Mr. Hosseini came
15 down to meet with you on the first day you were back
16 from your disability leave?
17   A. Yes.
18   Q. And why did you have Detective Salley sit
19 in on your interview with Mr. Hosseini on that day?
20   A. We always do interviews with suspects with
21 two people.
22   Q. Why is that?
23   A. Just common practice at the Sexual Assault
24 Unit.

# SEXUAL ASSAULT UNIT - CASE UPDATE

**VICTIM:** Joseph Bavis           **DATE ASSIGNED:** 3/22/2004

**CC#:** 040143112

**DETECTIVE:** Detective    Erin Schroeder

On March 4, 2004 myself and Detective Salley spoke with suspect Mohsen Hosseni at 91 East Concord Street. Mr Hosseni was read and given to read the Miranda Warnings which he waived and signed and I had the following conversation with him: He stated to me he thought he was there because Joe Perry had filed sexual harassment charges against him and he wanted me to know that Mr Perry is a very lazy worker and that they have had issues about his laziness and being sent home for not doing his work before. He said he was told that Mr Perry told John Foley that he was filing sexual harassment charges against Mr Hosseni so he was not surprized to receive a phone call from the Boston Police. I then asked him if he had ever touched Mr Perry in a sexually inappropriate way and he said absolutely not that that was a flat out lie. I then asked him if he had ever had any problems with his touching any of the men and he stated about 1 1/2 years ago he came up to Joe Bavis and put his hands on Joe Bavis' shoulders and Mr Bavis started yelling and carrying on and both parties apologized to each other. He then said that was the only incident that had ever occurred between himself and the men that stood out in his mind. At this point the interview was concluded.



EXHIBIT
23
3/31/06

**CASE STATUS:**

**APPROVED SUPERVISOR:** _____        **APPROVED DATE:** _____

Thursday, October 07, 2004                                    Page 1 of 1