# EXHIBIT 22

```
 1  Volume I                           Pages:    1 - 242
 2                                     Exhibits: 1 - 27
 3            UNITED STATES DISTRICT COURT
 4             DISTRICT OF MASSACHUSETTS
 5               No. 04-CV-11948-RGS
 6  SEYED MOHSEN HOSSEINI-SEDEHY,
 7           Plaintiff
 8  vs.
 9  ERIN T. WITHINGTON and the CITY
10  OF BOSTON,
11           Defendants
12
13         DEPOSITION OF ERIN T. WITHINGTON
14             Thursday, March 31, 2005
15              10:00 a.m. - 4:32 p.m.
16                SMITH & DUGGAN LLP
17               55 Old Bedford Road
18         Lincoln, Massachusetts  01773-1125
19
20
21
22           FARMER ARSENAULT BROCK LLC
23        617.790.4404    FAX  617.728.4403
24        Reporter:  Cynthia C. Henderson/RPR
```

**202**

1  Q. Are you aware of why the practice exists?
2  A. No, and as I was eight months pregnant, so
3  it would have been for my safety as well.
4  Q. Was there anything that Mr. Hosseini did or
5  said during that interview that caused you concern
6  for your safety?
7  A. No.
8  Q. Did Detective Salley sit in with your
9  interview that you had with Bavis and Joe Perry?
10  A. No.
11  Q. Why is that?
12  A. I didn't ask anyone to sit in with me.
13  Q. Did you tape record this interview with Mr.
14  Hossseini?
15  A. No.
16  Q. Why not?
17  A. It wasn't a practice then.
18  Q. Is it a practice now?
19  A. Yes.
20  Q. Why is it a practice now?
21  A. I don't know. The Boston Police just came
22  out with it.
23  Q. Were you aware of the reason for this
24  practice?

**203**

1  A. I would assume --
2  MS. AMBARIK: Don't assume.
3  A. Okay. Then, no, I am not.
4  Q. In your training and experience you haven't
5  been advised of why you now have to tape record
6  interviews?
7  A. No.
8  Q. Did you have a tape recorder in the Sexual
9  Assault Unit on this day, March 4th, 2004?
10  A. Yes.
11  Q. And do you remember verbatim what
12  Mr. Hosseini told you on that day?
13  A. No.
14  Q. And why is it that you chose not to tape
15  record Mr. Hosseini's interview on March 4, 2004?
16  A. I just didn't.
17  Q. Was that interview important to your
18  investigation?
19  A. Yes.
20  Q. Why was it important?
21  A. Because Mr. Hosseini was the focus of my
22  investigation.
23  Q. Does this report include all the important
24  details of your interview with

**204**

1  Mr. Hosseini?
2  A. Yes.
3  Q. Now, in that interview you start out with a
4  conversation that Mr. Hosseini stated to you that he
5  thought he was there because Joe Perry had filed
6  sexual harassment charges against him. Is that
7  correct?
8  A. Yes.
9  Q. And he went on to tell you that
10  Mr. Perry was a very lazy worker?
11  A. Yes.
12  Q. And he had had issues about
13  Mr. Perry's laziness?
14  A. Yes.
15  Q. When you received this information from Mr.
16  Hosseini did you try to confirm that information,
17  that Mr. Joseph Perry was a lazy worker, with
18  anybody?
19  A. No.
20  Q. Why not?
21  A. It had no relevance to my case.
22  Q. Well, did you consider that Mr. Perry might
23  have had a motive to lie and make something up about
24  Mr. Hosseini when he presented to you on December

**205**

1  the 22nd, 2003?
2  A. Mr. Perry wasn't my reporting victim.
3  Q. But you nevertheless listened to his
4  statement, did you not?
5  A. Yes.
6  Q. And you listened to his statement because
7  it concerned the focus of your investigation, did it
8  not?
9  A. I listened to it because he was there with
10  his friend to support him and state these things
11  happened to him as well, yes.
12  Q. And the focus was Mr. Hosseini; correct?
13  A. Yes.
14  Q. And Mr. Perry allegedly had information
15  concerning Mr. Hosseini's conduct; correct?
16  A. Yes.
17  Q. And you found that relevant when you talked
18  to Mr. Joseph Perry on December 22nd, 2003?
19  A. Correct.
20  Q. Relevant enough where you put it in a
21  report; correct?
22  A. Yes.
23  Q. And you also thought that
24  Mr. Hosseini's information that he gave you