# EXHIBIT 23

```
 1   Volume I                           Pages:    1 - 242
 2                                      Exhibits: 1 - 27
 3              UNITED STATES DISTRICT COURT
 4               DISTRICT OF MASSACHUSETTS
 5                 No. 04-CV-11948-RGS
 6   SEYED MOHSEN HOSSEINI-SEDEHY,
 7            Plaintiff
 8   vs.
 9   ERIN T. WITHINGTON and the CITY
10   OF BOSTON,
11            Defendants
12
13            DEPOSITION OF ERIN T. WITHINGTON
14               Thursday, March 31, 2005
15                10:00 a.m. - 4:32 p.m.
16                  SMITH & DUGGAN LLP
17                 55 Old Bedford Road
18          Lincoln, Massachusetts  01773-1125
19
20
21
22            FARMER ARSENAULT BROCK LLC
23          617.790.4404    FAX  617.728.4403
24          Reporter:  Cynthia C. Henderson/RPR
```

### Page 146

1  A. We don't often get it, yes.
2  Q. As a matter of fact, you have never gotten
3  it?
4  A. I don't think so. I wouldn't say a hundred
5  percent.
6  Q. But you have never heard of it?
7  A. I have never had it personally.
8  Q. Detective Lembo has never heard of it;
9  right?
10     MS. AMBARIK: Objection.
11  Q. As far as he was speaking to you.
12  A. He never mentioned it to me that he had a
13  case like that, so I don't know.
14  Q. And Detective Barry certainly hasn't
15  mentioned that she had a similar case; correct?
16  A. She didn't mention it to me.
17  Q. You had mentioned you had about two hundred
18  other child abuse investigations.
19  A. Yes.
20  Q. Where did this investigation rank on your
21  order of priorities?
22  A. Like I said, I didn't think Mr. Bavis was
23  in any imminent danger. It was Christmas, I was
24  going on time off for Christmas, I didn't think

### Page 147

1  either one of them was in any bodily danger so, no,
2  it wasn't very high at that point.
3  Q. In fact, what you wanted to do was after
4  speaking with Mr. Hosseini give it to the D.A. to
5  make a decision on; correct?
6  A. Yes.
7  Q. You didn't think making an arrest was an
8  appropriate decision before March 22nd, 2004;
9  correct?
10     MS. AMBARIK: Objection.
11  A. Correct.
12  Q. You didn't think that making an arrest on
13  Mr. Hosseini was what you wanted to do in the course
14  of your investigation before March 22nd, 2004?
15  A. Correct. I didn't think it was necessary.
16  Q. Now, after you talked with Bavis and Perry,
17  Joe Perry, on the 22nd of December, the next thing
18  you wanted to do was call the Hynes' lawyer;
19  correct.
20  A. Right after they left?
21  Q. Whenever. The next step in your
22  investigation, whenever you got to it, was to call
23  the Hynes, let them know "I have got this case"?
24  A. No.

### Page 148

1  Q. What was the next thing you wanted to do?
2  A. Speak with Mr. Hosseini.
3  Q. Why did you call the Hynes then?
4  A. Because it took place in the Hynes
5  Auditorium, as a matter of courtesy to let them know
6  that the Boston police are in there and are
7  investigating a case within their building.
8  Q. And when did you make that call?
9  A. Maybe a couple of days, either maybe the
10  next day or after Christmas, but it wasn't the same
11  day.
12  Q. And you wanted to talk with that lawyer
13  from Hynes because you wanted to ask if Hynes needed
14  to be present for any interviews?
15  A. Correct.
16  Q. Right?
17  A. Yes.
18  Q. And you contacted the Hynes before you
19  contacted Mr. Hosseini; right?
20  A. No. I believe I left a message on the cell
21  phone number I was given for Mr. Hosseini first.
22  Q. Your intent was to contact the Hynes and
23  see if they wanted to be involved in the interview?
24  A. Just to let them know that there was an

### Page 149

1  investigation, that an incident took place within
2  their building.
3  Q. And the Hynes lawyer gave you GES's number
4  because he said this was not a Hynes matter, it was
5  a GES matter; correct?
6  A. He basically said that they appreciated the
7  information but they didn't need to be present,
8  which was fine.
9  Q. Now, after you had come back from
10  disability leave you got to speak with
11  Mr. Hosseini. Was it the same day that you got
12  back?
13  A. I believe it was, yes.
14  Q. The very same day you got back from
15  disability leave you contacted Mr. Hosseini, did you
16  not?
17  A. Yes.
18  Q. And he agreed to come down that very day to
19  speak with you about these allegations?
20  A. Was it that day?
21  Q. I am asking you if your memory at this time
22  was that it was that day.
23  A. That exact date or the next day,
24  but -- I don't remember, but it was very shortly.