# EXHIBIT 24

```
 1   Volume I                         Pages:    1 - 242
 2                                    Exhibits: 1 - 27
 3              UNITED STATES DISTRICT COURT
 4               DISTRICT OF MASSACHUSETTS
 5                 No. 04-CV-11948-RGS
 6   SEYED MOHSEN HOSSEINI-SEDEHY,
 7            Plaintiff
 8   vs.
 9   ERIN T. WITHINGTON and the CITY
10   OF BOSTON,
11            Defendants
12
13          DEPOSITION OF ERIN T. WITHINGTON
14              Thursday, March 31, 2005
15               10:00 a.m. - 4:32 p.m.
16                 SMITH & DUGGAN LLP
17                55 Old Bedford Road
18         Lincoln, Massachusetts  01773-1125
19
20
21
22            FARMER ARSENAULT BROCK LLC
23         617.790.4404    FAX   617.728.4403
24          Reporter:  Cynthia C. Henderson/RPR
```

**222**

1  A. Once I left a message, never heard back
2  from anyone. I called either the next day or the
3  day after that, spoke to somebody who said they
4  would get back to me, and then I had to call again
5  and was told they were not going to give me any
6  information.
7  Q. Now, in this report you had indicated that
8  you called Mr. Perry in an effort to reach Mr.
9  Hosseini to make him aware of the allegations. Was
10 that your intent when you talked to Mr. John Perry?
11 Did you want to make Mr. Hosseini aware of the
12 allegations?
13 A. That was my intent, to speak with
14 Mr. Hosseini, yes.
15 Q. But there is nothing in any reports that
16 you have that you actually ever made
17 Mr. Hosseini aware of any allegations; correct?
18 A. No.
19 Q. In fact, during your conversation with Mr.
20 Hosseini on March 4th, 2004 you let
21 Mr. Hosseini do the talking; correct?
22 A. Yes.
23 Q. You didn't provide any information to him;
24 correct?

**223**

1  A. I must have told him to leave the victim
2  alone. So I must have told him at some point who
3  the victim was, according to my report.
4  Q. But that report wasn't drafted on March 4,
5  2004, was it?
6  A. No.
7  Q. In fact, that report that you referred to
8  where it said you told Mr. Hosseini to leave the
9  victim alone, that wasn't drafted until after you
10 arrested Mr. Hosseini; correct?
11 A. Yes.
12     (Summons for civil action marked
13     Exhibit No. 26 for
14     identification.)
15 Q. Exhibit 26, what is that?
16 A. A summons for a civil action.
17 Q. Is that the summons for the civil action in
18 this case in which Mr. Hosseini filed a civil action
19 against you?
20 A. Yes.
21 Q. When did you receive that summons?
22 A. 9/29/04.
23 Q. September 29, 2004?
24 A. Yes.

**224**

1  Q. And was that about a week before you
2  printed out the reports, Exhibit 23, 24, and 25?
3  A. Yes.
4  Q. I had asked some questions about John
5  Perry's comments concerning Mr. Bavis, and we
6  discussed that, but I haven't asked you further
7  questions about Jimmy Flynn's comments about Mr.
8  Bavis, and you had indicated Mr. Flynn had called
9  Bavis a loudmouth; is that correct?
10 A. Yes.
11 Q. And you also did not mention that
12 Mr. Flynn had anything bad to say about
13 Mr. Hosseini; correct?
14 A. Yes.
15 Q. He didn't say anything bad about
16 Mr. Hosseini; correct?
17 A. Not that I remember.
18 Q. Did you ask Mr. Flynn why he would consider
19 Bavis a loudmouth?
20 A. No.
21 Q. Did you consider that a negative
22 characterization that Mr. Flynn was trying to convey
23 to you when he called Mr. Bavis a loudmouth?
24 A. No.

**225**

1  Q. You didn't regard that as negative?
2  A. No. Just that was his opinion of him.
3  Q. And that was a negative opinion that was
4  conveyed to you; right?
5  A. Yes. I mean saying somebody is loud.
6  Q. He didn't say Mr. Bavis spoke in a loud
7  tone; he called him a loudmouth, which is a
8  disparaging term?
9  A. Yes.
10 Q. After you received that disparaging term
11 from Mr. Flynn regarding Mr. Bavis and John Perry's
12 disparaging remark about Mr. Bavis, did that cause
13 you to question Mr. Bavis's credibility at all?
14 A. No.
15 Q. Did you disregard the information that John
16 Perry gave you regarding "Bavis's bullshit" and the
17 information from Jimmy Flynn regarding the fact that
18 he believed Bavis to be a loudmouth, did you
19 disregard that information when you made a
20 determination whether or not to seek an arrest
21 warrant for Mohsen Hosseini on March 22nd, 2004?
22     MS. AMABARIK: Objection. You can
23 answer.
24 A. Yes.