# EXHIBIT 25

```
 1   Volume I                          Pages:    1 - 242
 2                                     Exhibits: 1 - 27
 3                UNITED STATES DISTRICT COURT
 4                 DISTRICT OF MASSACHUSETTS
 5                    No. 04-CV-11948-RGS
 6   SEYED MOHSEN HOSSEINI-SEDEHY,
 7          Plaintiff
 8   vs.
 9   ERIN T. WITHINGTON and the CITY
10   OF BOSTON,
11          Defendants
12
13            DEPOSITION OF ERIN T. WITHINGTON
14               Thursday, March 31, 2005
15                10:00 a.m. - 4:32 p.m.
16                  SMITH & DUGGAN LLP
17                 55 Old Bedford Road
18           Lincoln, Massachusetts  01773-1125
19
20
21
22             FARMER ARSENAULT BROCK LLC
23          617.790.4404    FAX  617.728.4403
24          Reporter:  Cynthia C. Henderson/RPR
```

Page 150

1  Q. After you talked with Mr. Hosseini, as far
2  as you were concerned your investigation was done
3  and you were going to refer it to the D.A.; correct?
4     A. I was going to refer to the D.A. and let --
5  if they needed further investigation, they would let
6  me know, yes.
7     Q. But as far as you were concerned, your
8  investigation was concluded but you would be willing
9  to help out?
10    A. Yes.
11    Q. You had done as much as you wanted to do at
12 that time?
13    A. No. I just wanted to get both sides out
14 there. Whether or not I was completely done, no. I
15 wanted to know this is an allegation and this is the
16 answer.
17    Q. What did you want to do with regard to this
18 investigation after you spoke with
19 Mr. Hosseini?
20    A. Neither party gave me anybody else to speak
21 to. Nobody said, "You need to talk to them" or "He
22 has got this problem" or "I have this problem with
23 him," so no one really gave me anything to go on
24 after that, so I guess I was done.

Page 151

1     Q. That's what I was getting at. After you
2  spoke with Mr. Hosseini, as far as you were
3  concerned this investigation was done; correct?
4     A. Yes.
5     Q. And this was not one of your more serious
6  cases; right?
7     A. No.
8     Q. You have talked to Bavis at that point and
9  you have talked to Hosseini, you are just going to
10 let the D.A. deal with it; right?
11    A. Yes.
12    Q. But Bavis and Perry kept calling your
13 office; right?
14    A. Yes.
15    Q. And it was becoming an annoyance; right?
16    A. Yes.
17    Q. And after that final telephone call on
18 March 22nd, 2004, quite frankly, you were sick of
19 hearing from Mr. Bavis; right?
20       MS. AMBARIK: Objection. You can answer
21 the question.
22    A. No. Just he had asked me why nothing was
23 done and I had to think of it in terms of if he had
24 been a female I would have done the same thing, so I

Page 152

1  couldn't think of it, well, he is a guy, he can
2  handle it himself. I have a victim that's still
3  complaining and incidents are happening and I am not
4  doing anything about it.
5     Q. But you had no corroboration of Bavis's
6  allegations against Mr. Hosseini on March 22, 2004?
7       MS. AMBARIK: Objection. You can
8  answer.
9     A. No.
10    Q. And if Bavis had not been calling as often
11 as he was calling, you would not have made or you
12 would not have sought an arrest warrant; correct?
13    A. Yes.
14    Q. So the reason why you sought an arrest
15 warrant is because of the number of calls that Bavis
16 was making to you; right?
17       MS. AMBARIK: Objection.
18    A. No.
19    Q. What was the reason why you sought the
20 arrest warrant on March 22, 2004?
21    A. Because Mr. Bavis had stated that these
22 incidents were still occurring and that nothing was
23 being done and that he was still being touched on a
24 daily basis or somewhat of a daily basis, almost

Page 153

1  daily basis, and like I said, if Mr. Bavis had been
2  a female I would have done the same thing, so I
3  couldn't say, well, he is a guy and he can handle
4  it. It was based on the fact that he was saying,
5  "This is still happening to me as a victim."
6     Q. And you had not done any investigation
7  after you spoke with Mr. Hosseini; correct?
8     A. Yes.
9     Q. You were only receiving these telephone
10 calls from Bavis and Perry; correct?
11    A. Yes.
12    Q. What did Bavis tell you that
13 Mr. Hosseini was doing to him from the time you
14 spoke with Mr. Hosseini until March 22 that caused
15 you to decide to apply for an arrest warrant?
16    A. He was rubbing his arm, he had walked by
17 him on a couple of occasions, and Mr. Bavis alleges
18 that he was bending over and Mr. Hosseini brushed
19 his groin against his buttocks.
20    Q. How many times?
21    A. I don't know exactly. I want to say maybe
22 that was two of the allegations, that he was still
23 touching him whenever he walked by him. Not every
24 time constituted an indecent assault and battery,