# EXHIBIT 28

```
 1  Volume I                          Pages:    1 - 242
 2                                    Exhibits: 1 - 27
 3            UNITED STATES DISTRICT COURT
 4             DISTRICT OF MASSACHUSETTS
 5               No. 04-CV-11948-RGS
 6  SEYED MOHSEN HOSSEINI-SEDEHY,
 7           Plaintiff
 8  vs.
 9  ERIN T. WITHINGTON and the CITY
10  OF BOSTON,
11           Defendants
12
13          DEPOSITION OF ERIN T. WITHINGTON
14             Thursday, March 31, 2005
15              10:00 a.m. - 4:32 p.m.
16               SMITH & DUGGAN LLP
17              55 Old Bedford Road
18        Lincoln, Massachusetts  01773-1125
19
20
21
22          FARMER ARSENAULT BROCK LLC
23        617.790.4404    FAX  617.728.4403
24        Reporter:  Cynthia C. Henderson/RPR
```

**Page 134**

1  to arrest Mr. Hosseini?
2      MS. AMBARIK: Objection. You can
3  answer. Go ahead.
4    A. Yes.
5    Q. So it would be fair to say that you would
6  ignore any past criminal activities that Bavis
7  engaged in when deciding whether or not to seek an
8  arrest warrant for Mr. Hosseini based on the
9  allegations that Bavis had made against him?
10     MS. AMBARIK: Objection. You can
11 answer.
12   A. Yes.
13     (Record of Grievance marked
14     Exhibit No. 16 for
15     identification.)
16   Q. What does Exhibit 16 appear to be?
17   A. A record of grievance.
18   Q. And who does it appear to be filed by?
19   A. Joseph Perry.
20   Q. What's this grievance apparently about?
21   A. It appears that he was sent home on March
22 22, 2004 by Mohsen, which is Mr. Hosseini, for no
23 reason and then Steve -- I don't know who Steve is
24 -- said he can't work there anymore because he has a

**Page 135**

1  case against Mr. Hosseini, and there are ten members
2  as of this date and that many of them are still
3  working.
4    Q. Were you aware of the information contained
5  in Exhibit 16 at any time prior to this date?
6    A. No.
7    Q. And were you aware that Mr. Perry, Joseph
8  Perry, the gentleman that came to speak with you on
9  December 22nd, 2003, was not working for GES after
10 December 8th, 2003 until he showed up at work on the
11 morning that you executed the arrest warrant for Mr.
12 Hosseini, March 22, 2004?
13   A. No.
14   Q. If you had been aware of that fact that
15 Joseph Perry did not work for GES or with Mr.
16 Hosseini from December 8th, 2003 until the morning
17 of March 22, 2004, would that have been significant
18 in the course of your investigation if you knew that
19 fact while you were investigating Bavis's
20 allegations?
21     MS. AMBARIK: Objection. You can
22 answer.
23   A. Well, Mr. Perry wasn't really part of Mr.
24 Bavis's case and they didn't -- I mean, I would have

**Page 136**

1  asked Mr. Bavis about it, certainly, but they
2  weren't aware we were coming on March 22nd, I wasn't
3  aware we were going on March 22nd, so I don't know
4  that I would have had anything to do with it. Mr.
5  Perry is not my complaining victim.
6    Q. But you had spoken with Mr. Perry; correct?
7    A. Yes.
8    Q. And Mr. Perry had called you a number of
9  times; correct?
10   A. Yes.
11   Q. And Mr. Perry was complaining that
12 Mr. Hosseini was doing things or saying things at
13 his workplace with GES; correct?
14   A. Not on the phone. That's the allegation
15 that he made in person. When he called it was
16 usually to ask about Mr. Bavis's case.
17   Q. Were you aware that Joseph Perry made an
18 allegation that Mr. Hosseini had inappropriately
19 touched him, Joseph Perry, at the Hynes Auditorium
20 on December 7th, 2003?
21   A. No. That he made a formal allegation?
22   Q. Any allegation at any time.
23   A. As I mentioned, he said that
24 Mr. Hosseini had touched him and kissed him on the

**Page 137**

1  cheek at the time that I met him, and I asked him if
2  he wanted to make a report about that and be a
3  victim as well and he said no.
4    Q. Did he tell you that two Teamsters, John
5  Corker and Delila Murphy, had reported to GES that
6  Joseph Perry's allegation of inappropriate touching
7  by Mr. Hosseini was false?
8    A. No.
9    Q. Did Joseph Perry or Joseph Bavis
10 tell you that GES in fact conducted an investigation
11 into allegations made by Joseph Perry against Mr.
12 Hosseini?
13   A. No.
14   Q. And found those allegations to be false?
15   A. No.
16   Q. On the morning of March 22nd, 2004 did you
17 receive a telephone call from somebody regarding
18 this investigation concerning Bavis's allegations?
19   A. I received a call from Bavis.
20   Q. And what did he say?
21   A. That he was at work and that it had just
22 happened again, that Mr. Hosseini was touching him
23 again, and I asked him where
24 Mr. Hosseini was. He stated that Mr. Hosseini was

**Page 138**

1 working that day at the Hynes Conference Center,
2 that he was also working there, and I wasn't doing
3 anything about it, and that this is stuff that has
4 been ongoing, that he has told me that it has been
5 happening and it's still happening, and he wanted to
6 know what I was going to do about it.
7  Q. Were you aware that Joseph Perry, the
8 gentleman that came with Joseph Bavis on December 22
9 and told you Mr. Hosseini was sexually assaulting
10 both of them, were you aware that that same Joseph
11 Perry tried to come back to work at the Hynes
12 Auditorium on that morning on March 22, 2004 and was
13 turned away by Mr. Hosseini's supervisor, Stephen
14 Casterlini, and refused Mr. Joseph Perry an
15 opportunity to work on that day just before Mr.
16 Bavis called you?
17  A. Was I aware of that? No.
18  Q. Had that occurred on the morning of March
19 22, 2004 just before Mr. Bavis had called you and
20 complained again about Mr. Hosseini, would that have
21 affected your investigation into Bavis's
22 allegations?
23   MS. AMBARIK: Objection. You can
24 answer.

**Page 139**

1  A. If I had known that that occurred?
2  Q. Yes.
3  A. Yes.
4  Q. How so?
5  A. I may have asked Mr. Bavis to come into my
6 office to explain to me what had happened and to go
7 down to speak to the two of them separately as to
8 what had taken place.
9  Q. Would you also want to talk with any other
10 people who had witnessed the relationship between
11 Mr. Hosseini and Mr. Bavis?
12  A. Yes.
13  Q. Why would you want to do that?
14  A. To see if they could either dispute or
15 prove or disprove what Mr. Bavis was saying, that it
16 had occurred that morning.
17  Q. And if you found out during the course of
18 that hypothetical investigation that
19 Mr. Bavis had not worked for GES the entire year,
20 calender year of 2003, and had not returned to work
21 for GES until Monday, February 23rd, 2004, would
22 that have affected your investigation?
23   MS. AMBARIK: Objection. You can
24 answer.

**Page 140**

1  A. Yes.
2  Q. How so?
3  A. Again, I would have had to speak to Mr.
4 Bavis about his time line as far as his allegations
5 go or the, all the reports of grievances and the
6 management problems.
7  Q. Okay. But not only the time line of the
8 investigation; you would also be concerned that
9 Bavis was outright lying to you. Right?
10   MS. AMBARIK: Objection. You can answer
11 the question.
12  A. Yes.
13  Q. In fact, Bavis and Perry had been calling
14 your office from December 22nd right up to the time
15 you got back from sick leave, March 7th or 8th,
16 complaining about an ongoing problem; correct?
17  A. Yes.
18  Q. And if you had known that neither Perry or
19 Bavis had worked for GES between December 22nd of
20 2003 and February 23rd, 2004 you would have
21 concluded that Bavis was an unreliable complaining
22 witness; correct?
23   MS. AMBARIK: Objection. You can
24 answer.

**Page 141**

1  A. Yes.
2  Q. Did you know that GES did not do any work
3 in the Boston area in January of 2004?
4  A. No.
5  Q. So that not only were Bavis and Perry not
6 working, but nobody was working in the Boston area
7 from GES, including Mr. Hosseini. Did you know that?
8  A. I couldn't get anyone at GES to talk to me,
9 so I didn't know anything about GES.
10  Q. After you spoke with Bavis and Perry
11 together on December the 22nd, was it significant in
12 the course of your investigation that Bavis wanted
13 Perry to sit in on his interview with you? Was that
14 significant?
15  A. No.
16  Q. And why wasn't it significant?
17  A. Again, he had stated that he wanted Mr.
18 Perry to sit in because he was embarrassed that he
19 was at the Sexual Assault Unit and that -- most
20 victims are women, so he was embarrassed, and he had
21 asked if his friend could stay. Since it wasn't a
22 fresh complaint and he wasn't making an allegation
23 as a victim himself, I thought that that would be
24 fine.