# EXHIBIT 29

```
 1  Volume I                              Pages:    1 - 242
 2                                        Exhibits: 1 - 27
 3               UNITED STATES DISTRICT COURT
 4                 DISTRICT OF MASSACHUSETTS
 5                   No. 04-CV-11948-RGS
 6  SEYED MOHSEN HOSSEINI-SEDEHY,
 7         Plaintiff
 8  vs.
 9  ERIN T. WITHINGTON and the CITY
10  OF BOSTON,
11         Defendants
12
13          DEPOSITION OF ERIN T. WITHINGTON
14              Thursday, March 31, 2005
15                10:00 a.m. - 4:32 p.m.
16                  SMITH & DUGGAN LLP
17                 55 Old Bedford Road
18          Lincoln, Massachusetts   01773-1125
19
20
21
22             FARMER ARSENAULT BROCK LLC
23          617.790.4404    FAX   617.728.4403
24          Reporter:  Cynthia C. Henderson/RPR
```

Erin T. Withington - March 31, 2005

**Page 50**

1   Q. You stated after Mr. Bavis gave you a call
2   on that day that you got the warrant you typed
3   something up?
4   A. I typed up the application for the warrant.
5   Q. Application?
6   A. Yes.
7   Q. And other than speaking with Bavis and
8   typing up the application for the warrant on that
9   morning before you went to the court, did you do
10  anything else with respect to the investigation?
11  A. I asked Detective Barry and Detective Lembo
12  if they were available to come with me because of
13  the fact that I was very visibly pregnant and was
14  not supposed to be out arresting people.
15  Q. Asked them to come with you where?
16  A. To pick up the warrant and then to arrest
17  Mr. Hosseini.
18  Q. And did Detectives Barry and Lembo come
19  with you?
20  A. Yes.
21  Q. Do you remember at any time before you got
22  the warrant did you inquire whether Mr. Hosseini had
23  a criminal record in Massachusetts?
24  A. Did I BOP him, basically?

**Page 51**

1   Q. Yes.
2   A. Yes, I did. I ran a Board of Probation
3   check on him, yes.
4   Q. BOP is Board of Probation?
5   A. Yes. I am sorry.
6   Q. Do you remember when you did that?
7   A. At some point when the reports go in
8   because we do usually put it inside the file.
9   Q. And was that before you got the warrant?
10  A. Yes.
11  Q. And what did the Board of Probation report
12  say?
13  A. That he had never been arrested.
14  Q. And what was the purpose of asking for the
15  Board of Probation report?
16  A. It's just something that we standardly put
17  in our files in regards to suspects.
18  Q. And for what purpose? Do you know?
19  A. In case anyone at any point has to take
20  over the investigation or if there is a search
21  warrant we would like to know if they have any
22  weapons charges, anything hanging over them.
23  Q. Was there any other action that you took
24  regarding this investigation before you got the

**Page 52**

1   warrant?
2   A. In terms of what?
3   Q. That we haven't talked about.
4   A. Not that I know of.
5   Q. Okay. You had mentioned that you had gone
6   to some training at some point while Mr. Bavis was
7   calling you?
8   A. Yes. I believe I was out of the office.
9   Q. Okay. And you also mentioned that you -- I
10  think you became a police officer in 1995, June 28?
11  A. In Boston, yes.
12  Q. Were you a police officer before that?
13  A. Yes.
14  Q. I will just ask you some background
15  questions, then, about your professional experience.
16  Do you have a college degree?
17  A. Yes, I do.
18  Q. From where?
19  A. I have a master's degree from Anna Maria.
20  Q. Master's in criminal justice?
21  A. Yes.
22  Q. And where did you get your undergraduate
23  degree?
24  A. Suffolk University.

**Page 53**

1   Q. And when did you get that degree from
2   Suffolk University?
3   A. 1991.
4   Q. What did you major in?
5   A. Sociology with a track in criminal justice.
6   Q. Did you say track in criminal justice?
7   A. Yes.
8   Q. And when did you get your degree from Anna
9   Maria?
10  A. Either in 1998 or 1999.
11  Q. Did you go full time to Suffolk, full time
12  days?
13  A. Yes.
14  Q. After you graduated from Suffolk in 1991
15  what jobs did you have? What job did you take,
16  first job?
17  A. I was a social worker with the Department
18  of Mental Retardation out at the NWW Committee in
19  Newton.
20  Q. And what was the department there?
21  A. Mental Retardation.
22  Q. And what was the job?
23  A. I was a caseworker.
24  Q. And you had mentioned a couple of other