# EXHIBIT 30

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| SEYED MOHSEN HOSSEINI-SEDEHY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-11948-RGS |
| | ) | |
| ERIN T. WITHINGTON | ) | |
| Defendant. | ) | |

## AFFIDAVIT

I, Timothy Pomarole, an employee in the Suffolk District Attorney's Office, hereby state:

1. I am an assistant district attorney with the Suffolk County District Attorney's Office and am currently assigned to the Appellate Unit and Office of the Legal Counsel. In that capacity, I routinely respond to public records requests and other, similar matters.

2. On August 4, 2005, this office, through counsel, complied with a July 29, 2005 order of the United States District Court and sent the following documents from the Suffolk County District Attorney's Office's file in *Commonwealth v. Mohsen Hosseni* (0401CR001774) to the plaintiff in the above-mentioned case: (1) documents identified by Bates Stamp Nos. 430, 436, 438, 439, 440, 446, 448, 453 and 462-465; (2) documents identified by Bates Stamp Nos. 454-455 with the e-mail response from Stacey Fortes-White redacted; (3) the documents identified with Bates Stamp Nos. 457-458 with the opinion expressed in the final sentence redacted; and (4) the documents identified with Bates Stamp Nos. 459-461 with the opinion expressed in the final sentence redacted.
These documents are the only documents in the Suffolk District Attorney Office which are responsive to the United States District Court's July 29, 2005 order.

3. Upon receipt of the subpoena duces tecum dated September 23, 2005 in the above-entitled case, I have reviewed the Suffolk County District Attorney's Office's file in *Commonwealth v. Mohsen Hosseni* (0401CR001774). I retrieved this case file from the office of the Suffolk County District Attorney's Office Boston Municipal Court department. This case file was kept in the course of the regularly conducted activity of the Suffolk District Attorney's Office. Furthermore, the file *Commonwealth v. Mohsen Hosseni* (0401CR001774) was made by the regularly conducted activity as a regular practice of the Suffolk District Attorney's Office. I could not find any other files relating to this case. To the best of my knowledge, this file is the only record in the possession of the Suffolk County District Attorney's Office.

4.    In addition, I spoke with Assistant District Attorney David Deakin, Chief of the Family Protection and Sexual Assault Unit. Together, we reviewed the file, along with the documents provided to the plaintiff in the above-mentioned case by order of the United States District Court dated July 29, 2005, checked his e-mail archive, and a tracking spread sheet. There was no indication that this case ever passed through the Family Protection and Sexual Assault Unit. Nor did he recall ever having any involvement in the case.

5.    I spoke also with Assistant District Attorney Joseph Eisenstadt. His involvement with the case commenced after March 22, 2004. The case was arraigned by an assistant district attorney who has since left the employ of the Suffolk County District Attorney's Office. He does not recall receiving any materials other than those reflected in the case file.

6.    Finally, I spoke with the current Chief of the Office's Boston Municipal Court Division, Susan Terrey. She informed me that, in the Boston Municipal Court, this office rarely receives police reports prior to the date of arraignment. It is the custom and practice of this office that, if any information is received prior to arraignment, generally it is because the case had been dismissed earlier for want of prosecution.

7.    After an exhaustive search of the above-mentioned file, I found no documents, records, reports, memoranda, or other writings, including but not limited to police reports responsive to item (1) of Schedule A in the September 23, 2005 subpoena. This Office does not have any reports which were provided prior to March 22, 2004. With respect to reports on or after March 22, 2004, the only reports in the file are those Bates-stamped 436, 439, and 432. It is not evident on the face of these reports when we received them and there is no other record indicating when we received them. (It is probable, however, that we received them the day of arraignment).

8.    After an exhaustive search of the above-mentioned file, I found no documents, records, reports, memoranda, or other writings, including but not limited to police reports responsive to item (2) of Schedule A in the September 23, 2005 subpoena. The only reports are those Bates-stamped 436, 439, and 432.

9.    After an exhaustive search of the above-mentioned file, I found no documents, records, reports, memoranda, or other writings responsive to item (3) of Schedule A in the September 23, 2005 subpoena. The file contains no record of any communication between Detective Schroeder and this office on or before March 22, 2004. Furthermore, neither assistant district attorney David Deakin, nor assistant district attorney Joseph Eisenstadt have any recollection of any such conversation on or before March 22, 2004.

10.   After an exhaustive search of the above-mentioned file, I found no documents, records, reports, memoranda, or other writings responsive to item (4) of Schedule A in the September 23, 2005 subpoena. The file contains no records indicating receipt of items (a)-(d). Additionally, neither assistant district attorney David Deakin, nor assistant district

2

attorney Joseph Eisenstadtor have any recollection of having received these reports.

Signed under the pains and penalties of perjury in the United States of America on this 11th day of October, 2005.

Respectfully submitted,

Timothy Pomarole
Assistant District Attorney

*Dated: October 11, 2005*
*Constance C. Valente*
*Notary Public*
*My Commission Expires: February 18, 2012*

3

# EXHIBIT ONE

SCHEDULE A

(1)   All police reports provided by the Boston Police Department to the Suffolk County District Attorney, including David Deakin, Joseph Eisenstadt, or any member of the sexual assault unit, **on or before March 22, 2004** concerning the investigation into allegations made by Joseph Bavis against Mohsen Hosseini-Sedehy, which provided the basis for the criminal case styled Commonwealth of Massachusetts v. Mohsen Hosseni, Boston Municipal Court Docket No. 0401CR001774.

(2)   All police reports provided by the Boston Police Department to the Suffolk County District Attorney concerning the criminal case styled Commonwealth of Massachusetts v. Mohsen Hosseni, Boston Municipal Court Docket No. 0401CR001774.

(3)   All communications between Detective Erin Schroeder (A.K.A. Erin T. Withington) or any other member of the Boston Police Department and the Suffolk District Attorney's office **on or before March 22, 2004** concerning the investigation and prosecution of allegations against Mohsen Hosseini-Sedehy that provided the basis for the the criminal case styled Commonwealth of Massachusetts v. Mohsen Hosseini, Boston Municipal Court Docket No. 0401CR001774.

(4)   The date on which the Suffolk County District Attorney received the following police reports concerning the investigation and prosecution of allegations against Mohsen Hosseini-Sedehy:

(a)   Report of Erin Schroeder, Boston Police Sexual Assault Unit, Follow Up Investigation Report, dated October 7, 2004, see Exhibit 1 attached;

(b)   Report of Erin Schroeder, Sexual Assault Unit -- Case Update, see Exhibit 2 attached;

(c)   Report of Erin Schroeder, Sexual Assault Unit -- Case Update 2, see Exhibit 3 attached; and,

(d)   Report of Erin Schroeder, Sexual Assault Unit -- Case Update 3, see Exhibit 4 attached.

**EXHIBIT TWO**



THE COMMONWEALTH OF MASSACHUSETTS
OFFICE OF THE ATTORNEY GENERAL
ONE ASHBURTON PLACE
BOSTON, MASSACHUSETTS 02108-1598

THOMAS F. REILLY
ATTORNEY GENERAL

(617) 727-2200
www.ago.state.ma.us

August 4, 2005

Mr. Gerard A. Butler, Jr., Esq.
Smith & Duggan
Lincoln North
55 Old Bedford Road
Lincoln, Massachusetts 01773

RE:     *Seyed Mohsen Hosseini-Sedehy v. Erin T. Withington, et al.,*
        U.S.D.C. No. 04-11948-RGS

**Suffolk District Attorney's Response to the July 29, 2005 Court Order**

Dear Mr. Butler:

Enclosed is the Suffolk District Attorney's Office response to the July 29, 2005 order in the above-mentioned case, including copies of the following:

1)      Bates Stamp No. 430 - the unsigned June 14, 2004 Nolle Prosequi in Commonwealth v. Mohsen Hosseni.

2)      Bates Stamp No. 436 - Boston Police Incident Report of Sexual Assault.

3)      Bates Stamp No. 438 - Application for Criminal Complaint No. 2004-1774.

4)      Bates Stamp No. 439 - Boston Police Incident Report of Sexual Assault.

5)      Bates Stamp No. 440 - Adult Record Information of Mohsen Hosseni.

6)      Bates Stamp No. 446 - May 14, 2004 notice to Erin Schroeder to appear on June 10, 2004 in the BMC..

7)      Bates Stamp No. 448 - Incident History for #PD040143112.

8)    Bates Stamp No. 453 - May 27, 2004 Fax Cover Sheet for Erin Schroeder from "Lois."

9)    Bates Stamp Nos. 462-465 - Adult Record Information of Mohsen Hosseni.

10)   Bates Stamp Nos. 454-455 - E-mails between ADA Eisenstadt and ADA Fortes-White with the e-mail from Stacey Fortes-White redacted.

11)   Bates Stamp Nos. 457-458- District Attorney Internal Memorandum Commonwealth v. Hosseni - Dated June 6, 2004 signed by ADA Eisenstadt-with the opinion expressed in the final sentence redacted.

12)   Bates Stamp Nos. 459-461 - District Attorney Internal Memorandum Commonwealth v. Hosseni - Dated June 11, 2004 unsigned.

Thank you for your cooperation in this matter.

Sincerely,

Eva M. Badway
Assistant Attorney General
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200 Ext. 2824

2

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.

Boston Municipal Court
Criminal Court Division
No. 04-1774

COMMONWEALTH

v.

MOHSEN HOSSENI

## NOLLE PROSEQUI

Now comes the Commonwealth in the above-captioned matter and enters a nolle prosequi in accordance with Mass. R. Crim P. 16(a).  After thorough investigation of this matter, the Commonwealth determined that there is insufficient evidence to proceed against the Defendant on the charge indecent assault and battery.  This Nolle Prosequi is filed in the interests of justice.

Respectfully submitted
For the Commonwealth,

DANIEL F. CONLEY
DISTRICT ATTORNEY

By:  _____
Joseph Eisenstadt
Assistant District Attorney

Dated: June 14, 2004

# BOSTON POLICE
## INCIDENT REPORT

ORIGINAL ☐    SUPPLEMENTARY ☒

| KEY SITUATIONS SEXUAL ASSAULT | | | | COMPLAINT NO 040143112 | | REPORT DIST. D4 | CLEARANCE DIST |
|---|---|---|---|---|---|---|---|
| TYPE OF INCIDENT ARREST WARRANT EXECUTION | | CRIME CODE 0 | | STATUS | | DATE OF OCCUR. A.01/01/03 | B. 03/22/04 |
| LOCATION OF INCIDENT 900 BOYLSTON ST | | | APT. | DISPATCH TIME | | TIME OF OCCUR. A.12:00 AM | B.12:00 AM |
| VICTIM-COMP. (LAST, FIRST, MI) COMM OF MASS | | PHONE | | SEX | RACE | | MARITAL STATUS |
| ADDRESS | | APT. | OCCUPATION | | | AGE 0 | D.O.B. |
| PERSON REPORTING DET ERIN SCHROEDER | | ADDRESS | | | | APT. | PHONE |

WAS THERE A WITNESS TO THE CRIME

| PERSON INTERVIEWED | AGE | LOCATION OF INTERVIEW | APT. | HOME ADDRESS | APT. | TELEPHONE | RES ☐ BUS ☒ YES NO |
|---|---|---|---|---|---|---|---|

NUMBER OF PERPETRATORS : 1  ← CAN SUSPECT BE IDENTIFIED AT THIS TIME

| STATUS ARRESTED | | NAME (LAST, FIRST, MI) HOSSENI,MOHSEN | | S.S. NO. 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 | BOOKING NO. 20040051904 | PHOTO NO. | ALIAS ☒☐ YES NO |
|---|---|---|---|---|---|---|---|
| WARRANT NO. 0401CR001774 | ADDRESS 106 13TH STREET,CHARLESTOWN,MA,00000-0000 | | SEX MALE | RACE EAST INDIAN | | AGE 42 | HEIGHT 5-09 | DOB 10/11/1961 |
| SPECIAL CHARACTERISTICS (INCLUDING CLOTHING) | | | WEIGHT 155 | BUILD THIN | | HAIR BLACK | EYES BROWN |

CAN SUSPECT VEHICLE BE DESCRIBED

| STATUS | | REG. STATE | REG. NO. | PLATE,TYPE | | YEAR(EXP) | MODEL | ☐☒ YES NO |
|---|---|---|---|---|---|---|---|---|
| VEHICLE MAKE YEAR | | VEHICLE NO. | | STYLE | COLOR(TOP-BOTTOM) | | | |
| OPERATOR'S NAME | | | LICENSE NO. | STATE | OPERATOR'S ADDRESS | | | |
| OWNER'S NAME | | | | OWNER'S ADDRESS | | | | |

CAN PROPERTY BE IDENTIFIED

| STATUS | TYPE OF PROPERTY | SERIAL OR I-DENTI-GUARD NO. | BRAND NAME-DESCRIPTION | MODEL | VALUE | UCR | ☐☒ YES NO |
|---|---|---|---|---|---|---|---|

IS THERE A SIGNIFICANT M.O.

| TYPE OF WEAPON-TOOL | NEIGHBORHOOD | | TYPE OF BUILDING | | PLACE OF ENTRY | ☐☒ YES NO |
|---|---|---|---|---|---|---|
| WEATHER | LIGHTING | TRANSPORTATION OF SUSPECT | | VICTIM'S ACTIVITY | | |
| UNUSUAL ACTIONS AND STATEMENTS OF PERPETRATOR | | | | RELATIONSHIP TO VICTIM | | |

IS THERE ANY PHYSICAL EVIDENCE (DESCRIPTION AND DISPOSITION IN NARRATIVE)  ☐☒ YES NO

IS THERE ANY OTHER REASON FOR INVESTIGATION (REASON BELOW)

| BLOCK NO. | NARRATIVE AND ADDITIONAL INFORMATION ABOVE SUSPECT WAS ARRESTED ON WARRANT #0401CR001774 OUT OF BMC FOR 1 COUNT INDECENT ASSAULT & BATTERY ON A PERSON OVER 14 AT 900 BOYLSTON ST. THE SUSPECT WAS TRANSPORTED TO D4 BY D201D AND BOOKED W/O INCIDENT. | | | | ☐☒ YES NO |
|---|---|---|---|---|---|
| UNIT ASSIGNED V831 | TOUR OF DUTY 2 | REPORTING OFFICERS NAME ERIN T SCHROEDER | REPORTING OFFICERS SIGNATURE | REPORTING OFFICERS ID 11456 | PARTNER'S ID FI NO |
| DATE OF REPORT 03/22/04 | SPECIAL UNITS NOTIFIED(REPORTING) SEXUAL ASSAULT UNIT | | | | TELETYPE NO. |
| TIME COMPLETED 01:17 PM | PATROL SUPERVISOR NAME | PAT. SUP. ID | DUTY SUP. NAME KIM L GADDY | DUTY SUP. SIGNATURE | DUTY SUP. ID 8656 |

000436

# APPLICATION FOR COMPLAINT

Trial Court of Massachusetts

☐ ARREST    ☐ HEARING    ☐ SUMMONS    X WARRANT

The within named complainant requests that a complaint issue against the within named defendant, charging said defendant with the offense(s) listed below.

Boston Municipal Court
Criminal Division, Room 411
Fourth Floor, New Court House
Boston, MA 02108

| DATE OF APPLICATION | DATE OF OFFENSE | PLACE OF OFFENSE |
|---|---|---|
| 3/22/2004 | 2/29/2004 | 900 Boylston STreet, Boston |

NAME, ADDRESS AND ZIP CODE OF COMPLAINANT

Detective Erin Schroeder  #11456 SAU

91 East Concord STreet

Boston, MA  02118

NAME, ADDRESS AND ZIP CODE OF DEFENDANT

Mohsen Hosseni

106 13th Street  #120

Charlestown, MA

| NO. | OFFENSE | G.L. Ch. and Sec. |
|---|---|---|
| 1. | Indecent Assault & Battery over 14 y.o    265: 0134 | 265/13H |
| 2. | Assault & Battery  DENIED  MSC | |
| 3. | Assault & Battery  DENIED  MSC | |
| 4. | | |

IF ADDITIONAL OFFENSES CHECK HERE. ☐ AND ATTACH.

## DEFENDANT IDENTIFICATION INFORMATION — Complete data below if known.

| C.C. # | DATE OF BIRTH | SEX | RACE | HEIGHT | WEIGHT | EYES | HAIR | SOCIAL SECURITY NUMBER |
|---|---|---|---|---|---|---|---|---|
| 040143112 | 10/11/61 | M | O | 5'9 | 160 | Bro | Blk | |

COURT USE ONLY ——▶ A hearing upon this complaint application will be held at the Boston Municipal Court, Rm. 411 on | DATE OF HEARING | AT | TIME OF HEARING | COURT USE ◀—— ONLY

## CASE PARTICULARS — BE SPECIFIC

| NO. | NAME OF VICTIM Owner of property, person assaulted, etc. | DESCRIPTION OF PROPERTY Goods stolen, what destroyed, etc. | VALUE OF PROPERTY Over or under $100. | TYPE OF CONTROLLED SUBSTANCE OR WEAPON Marijuana, gun, etc. |
|---|---|---|---|---|
| 1 | Victim Known to Commonwealth 47 y.o Male | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |

OTHER REMARKS:  Above suspect did touch the victim's buttocks and rub his covered crotch against the suspect on 1 occassion in 2003 and on Sunday February 29, 2004 and Monday March 22, 2004 did rub the victim's arms and shoulders after being asked not to touch him by the victim.

SIGNATURE OF COMPLAINANT

## IF PROCESS IS ORDERED, THIS APPLICATION MUST BE PRESENTED AT ONCE TO PLEADING CLERK AT ROOM 411

| NAMES OF WITNESSES | Recog. to S.C. | Give place of business or employment, if in Boston, otherwise, residence | ST. NO. |
|---|---|---|---|
| | | MARCH 22, 2004 ONLY | |
| | | DET SCHROEDER APPEARS | |
| | | TESTIFIES ALLOWED | |
| | | WARRANT T ISSUE ① | |
| | | March T Co(casses). 2&3 | |

State if defendant is arrested _____   Date of Arrest _____  WPT CLERK   DENIED

000439

BMC-CR-2 (2/86)    FOR ADDITIONAL REMARKS OR WITNESSES USE REVERSE OF ORIGINAL AND CHECK HERE ☐

# BOSTON POLICE
## INCIDENT REPORT

ORIGINAL ☒    SUPPLEMENTARY ☐

| KEY SITUATIONS | | | COMPLAINT NO | | REPORT DIST. | CLEARANCE DIST |
|---|---|---|---|---|---|---|
| SEXUAL ASSAULT | | | 040143112 | | D4 | |
| TYPE OF INCIDENT | | CRIME CODE | STATUS | | DATE OF OCCUR. | B. 03/22/04 |
| SEX-ASSAULT, INDECENT A&B (14 + ) | | 0 | | | A.01/01/03 | |
| LOCATION OF INCIDENT | | | APT. | DISPATCH TIME | TIME OF OCCUR. | B.12:00 AM |
| 900 BOYLSTON ST | | | | | A.12:00 AM | |

| VICTIM     FIRST, MI) | PHONE | SEX | RACE | | MARITAL STATUS |
|---|---|---|---|---|---|
| | | MALE | WHITE NON-HISPANIC | | UNMARRIED |

| ADDRESS | APT. | OCCUPATION | | AGE | D/ |
|---|---|---|---|---|---|
| | | TEAMSTER | | 47 | |

| PERSON REPORTING | ADDRESS | | APT. | PHONE |
|---|---|---|---|---|
| SAME | | | | |

WAS THERE A WITNESS TO THE CRIME                                                                                                                A ☐ ☒
                                                                                                                                                                                  YES  NO

| PERSON INTERVIEWED | AGE | LOCATION OF INTERVIEW | APT. | HOME ADDRESS | APT. | TELEPHONE | |
|---|---|---|---|---|---|---|---|
| | | | | | | RES | |
| | | | | | | BUS | |

NUMBER OF PERPETRATORS : 1 ---- CAN SUSPECT BE IDENTIFIED AT THIS TIME                                                         B ☒ ☐
                                                                                                                                                                                  YES  NO

| P E R S O N S | STATUS | NAME (LAST, FIRST, MI) | | S.S. NO. | BOOKING NO. | PHOTO NO. | ALIAS | |
|---|---|---|---|---|---|---|---|---|
| | SUSPECT | HOSSENI,MOHSEN | | 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 | 000000000 | | | |
| | WARRANT NO. | ADDRESS | SEX | RACE | | AGE | HEIGHT | DOB |
| | | 106 13TH STREET,CHARLESTOWN,MA,00000-0000 | MALE | UNKNOWN | | 42 | 5-09 | 10/11/1961 |
| | SPECIAL CHARACTERISTICS(INCLUDING CLOTHING) | | WEIGHT | BUILD | | HAIR | | EYES |
| | | | 155 | THIN | | BLACK | | BROWN |

CAN SUSPECT VEHICLE BE DESCRIBED                                                                                                              C ☐ ☒
                                                                                                                                                                                  YES  NO

| V E H I C L E S | STATUS | | REG. STATE | REG. NO. | PLATE TYPE | | YEAR(EXP) | MODEL |
|---|---|---|---|---|---|---|---|---|
| | VEHICLE MAKE-YEAR | | VEHICLE NO. | | STYLE | | COLOR(TOP-BOTTOM) | |
| | OPERATOR'S NAME | | | LICENSE NO. | STATE | OPERATOR'S ADDRESS | | |
| | OWNERS'S NAME | | | OWNERS'S ADDRESS | | | | |

CAN PROPERTY BE IDENTIFIED                                                                                                                        D ☐ ☒
                                                                                                                                                                                  YES  NO

| P R O P E R T Y | STATUS | TYPE OF PROPERTY | SERIAL OR I-DENTI-GUARD NO. | BRAND NAME-DESCRIPTION | MODEL | VALUE | UCR |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

IS THERE A SIGNIFICANT M.O.                                                                                                                          E ☐ ☒
                                                                                                                                                                                  YES  NO

| M O | TYPE OF WEAPON-TOOL | NEIGHBORHOOD | | TYPE OF BUILDING | PLACE OF ENTRY | |
|---|---|---|---|---|---|---|
| | WEATHER | LIGHTING | TRANSPORTATION OF SUSPECT | VICTIM'S ACTIVITY | | |
| | UNUSUAL ACTIONS AND STATEMENTS OF PERPETRATOR | | | RELATIONSHIP TO VICTIM | | |

IS THERE ANY PHYSICAL EVIDENCE (DESCRIPTION AND DISPOSITION IN NARRATIVE)                                           F ☐ ☒
                                                                                                                                                                                  YES  NO

IS THERE ANY OTHER REASON FOR INVESTIGATION (REASON BELOW)                                                                     G ☐ ☒
                                                                                                                                                                                  YES  NO

| BLOCK NO. | NARRATIVE AND ADDITIONAL INFORMATION |
|---|---|
| | IN 2003 THE SUSPECT TOUCHED THE VICTIM ON THE BUTTOCKS AND RUBBED HIS COVERED CROTCH AGAINST THE VICTIM AGAINST HIS WILL AND IN FEB 29 & MARCH 22, 2004 TOUCHED AND CARRESSED THE VICTIM ON HIS LOWER BACK AND ARMS AND HANDS AGAINST THE VICTIM'S WILL. THESE INCIDENTS TOOK PLACE AT 900 BOYLSTON STREET THE HYNES CONVENTION CENTER WHILE THE VCITIM WAS WORKING FOR THE SUSEPCT. |

| UNIT ASSIGNED | TOUR OF DUTY | REPORTING OFFICER'S NAME | REPORTING OFFICER'S SIGNATURE | REPORTING OFFICER'S ID | PARTNER'S ID | FI |
|---|---|---|---|---|---|---|
| V831 | 2 | ERIN T SCHROEDER | | 11456 | | NO |

| DATE OF REPORT | SPECIAL UNITS NOTIFIED(REPORTING) | | | TELETYPE NO. |
|---|---|---|---|---|
| 03/22/04 | SEXUAL ASSAULT UNIT | | | |

| TIME COMPLETED | PATROL SUPERVISOR NAME | PAT. SUP. ID | DUTY SUP. NAME | DUTY SUP. SIGNATURE | DUTY. SUP. ID |
|---|---|---|---|---|---|
| 10:50 AM | | | THOMAS P MALONEY | *[signature]* | 6660 |

000439

Case 1:04-cv-11948-RGS    Document 34-32    Filed 11/14/2005    Page 14 of 28
PRIM NAME: HOSSENI, MOHSEN                        DOB: 10/11/1961 PCF#:2916076

SEX: M  SS #: 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 MOTHER: REZVAN
                          FATHER: MAJD
HOME ADDR :106 13TH ST. APT 120. CHARLESTOWN, MA      POB: IR
ZIP CODE : 02129-

ETHNICITY:                    HGT: 509  WGT: 160  HAIR: BLACK          EYES: BROWN

DT: 03/22/2004 BOS CRT:   BOSTON MUNICIPAL DISTRICT( 1)   DKT#   0401CR1774A
OFFENSE: INDECENT ASSLT&BATTERY PERSON (A&B IND PERS)   14 OR OVER
DISPOSITION: C 4/16/04                                  STATUS: OPEN

000440



# Commonwealth of Massachusetts
## Suffolk County District Attorney's Office
### Daniel F. Conley

**DATE: May 14, 2004**

| | |
|---|---|
| **OFFICER:** | Det. Erin Schroeder |
| **I. D. Number:** | 11456 |
| **STATION:** | SAU |

## YOU ARE HEREBY NOTIFIED TO APPEAR AND GIVE TESTIMONY

| | |
|---|---|
| **Appearance Date:** | June 10, 2004 |
| **Event:** | Trial-Room 30 |
| **Time:** | 8:30 A.M. |
| **Place:** | Boston Municipal Court, J.W. McCormack Post Office & Courthouse, 90 Devonshire Street, Boston, MA 02109 |

| | |
|---|---|
| **Commonwealth v** | Hosseni, Mohsen |
| **Charges:** | Indecent A&B on Person 14 or Over |
| **Incident Number:** | 040143112 |
| **Incident Date:** | 12/22/2003 |
| **Docket Number:** | 04-1774 |
| **ADA Assigned:** | Joseph Eisenstadt |
| **Phone Number:** | 617-619-4050 |
| **Fax Number:** | 617-619-4060 |

*******NOTE*******

- **Officers shall notify A.D.A. and Police Room as soon as possible if unavailable to appear on above date.**

- **Officers should bring any and all evidence.**

000446

Incident History for: #PD040143112

**Entered**    03/22/04  10:14:00  BY PHQ30  8784
**Closed**     03/22/04  10:14:00

Initial Type: ABRPT     Final Type: ABRPT  (ASSAULT/BATTERY REPORT)
Initial Priority: 7     Final Priority: 7
Disposition: RPT     Source: T    Primary Unit:
Police BLK: 0414300  Fire BLK: 13-1573  EMS BLK: 0106110
Group: 04        Beat: 3     Map Page: 1023
Loc: 900 BOYLSTON ST ,SE -- CONV HYNES CENTER btwn EXETER ST & DALTON (V)
Name:                      Addr:                   Phone:

/101400   (8784  )  ADVISD         NO FURTHER INFORMATION
/101400            GDISPO         D/RPT    - REPORT

000448

# CONFIDENTIAL
# Facsimile Transmittal

Boston Police Department
Sexual Assault Unit
91 East Concord Street
Boston, Massachusetts 02118
Telephone: (617) 343-4400
Fax: (617) 343-4861

Date: 5/27/04

Please forward the following number of faxed pages
_____ (including cover sheet)
to the following individual:

TO:   Name: ADA Joseph Eisenstadt
      Agency/Department: DA's office

FROM: Name: For ERIN Schroeder (Detective)
      Agency/Department: Sexual Assault Unit

## **Confidentiality Note**

The documents accompanying this facsimile transmission contain information from the Sexual
Assault Unit which are CONFIDENTIAL AND/OR PRIVILEGED. The information is intended to
be for the use of the individual or entity named on this transmittal sheet. If you are not the intended
recipient, be aware that any disclosure, copying, distribution or use of the contents of this
information is prohibited. If you have received this facsimile in error, please notify us by telephone
immediately.

If you do not receive all pages of this transmission or it is unreadable please contact us immediately.
Thank You.

\* Detective Schroeder is on
MATERNITY LEAVE and will
Not be Available for ct.

Lois 000453

CJIS 216247    06/11/2004 1006    S1245/6245.

```
            ****   INTERSTATE IDENTIFICATION INDEX QH QUERY   ****
    PUR/   C    ATN/    ADA EISENSTADT
               AUTH/   SCDAO
               OPR/    MACPHERSON

    SUBJECT INFORMATION:
    NAM/   HOSSEINI-SEDEHY, MOHSEN           SOC/   485944815

    RAC/   U    SEX/   M    DOB/   19611011

    FBI/        SID/                    MNU/
```

```
*********************************************************************
 ***                     *************************                     ***
 ***  DATE  061104       EST  1006      DEA  MA013015A                  ***
 ***                 QH  COMPLETED                                      ***
*********************************************************************
```

> <

CJIS 216247    06/11/2004 1006    S0751/6245
IN.
  2L01III QUERY
MA013015A
THIS NCIC INTERSTATE IDENTIFICATION INDEX RESPONSE IS THE RESULT OF YOUR
INQUIRY ON NAM/HOSSEINI-SEDEHY,MOHSEN SEX/M RAC/U DOB/19611011
 SOC/485944815 PUR/C
NAME                        FBI NO.          INQUIRY DATE
HOSSEINI-SEDEHY,MOHSEN       28238EC3          2004/06/11

SEX RACE BIRTH DATE   HEIGHT WEIGHT EYES HAIR  BIRTH PLACE        PHOTO
 M  A    1961/10/11   510    145    BRO  BLK   IRAN               Y

FINGERPRINT CLASS           PATTERN CLASS
                            WU LS RS LS RS LS LS LS LS
                               WU    WU WU WU LS    WU
                                            WU    AU

SOCIAL SECURITY
85-94-4815

000462

IDENTIFICATION DATA UPDATED 2004/03/22

THE CRIMINAL HISTORY RECORD IS MAINTAINED AND AVAILABLE FROM THE
FOLLOWING:
 MASSACHUSETTS  - STATE ID/MA10200080

THE RECORD(S) CAN BE OBTAINED THROUGH THE INTERSTATE IDENTIFICATION
INDEX BY USING THE APPROPRIATE NCIC TRANSACTION.

END.>-<

000463

CJIS 216600    06/11/2004 1008    S1245/6245.

```
            **** INTERSTATE IDENTIFICATION INDEX QR QUERY
    PUR/   C     ATN/     ADA EISENSTADT
                 AUTH/    SCDAO
                 OPR/     MACPHERSON
SUBJECT INFORMATION:
NAM/  HOSSEINI-SEDEHY, MOHSEN
      FBI/                  SID/    MA10200080

      MAILING ADDRESS:
      DPT/
      BLD/
      ADR/
      CIS/
      ZIP/
```

```
***************************************************************************
  ***                     *************************                  ***

  ***   DATE   061104        EST   1008      DEA  MA013015A          ***

  ***                 QR   COMPLETED                                 ***

***************************************************************************
```

                                                                      > <

CJIS 216600    06/11/2004 1008    S0751/6245.
UN.
   2L01III QUERY
MA013015A
THIS INTERSTATE IDENTIFICATION INDEX RESPONSE IS THE RESULT OF YOUR
RECORD REQUEST FOR SID/MA10200080. THE RECORD MAY BE OBTAINED FROM
FILES WITHIN YOUR STATE. THE INTERSTATE IDENTIFICATION INDEX CONTAINS
NO ADDITIONAL DATA.
END.>-<

                                                          00046

CJIS 216953    06/11/2004 1009    S1245/6245.
********************************************************************************
*                                                                              *
*               ****** WARNING ******** WARNING ********                       *
*                                                                              *
*       THIS INFORMATION IS CORI.  IT IS NOT SUPPORTED BY FINGERPRINTS.        *
*PLEASE CHECK THAT THE NAME REFERENCED BELOW MATCHES THE NAME AND DATE OF BIRTH*
*OF THE PERSON REQUESTED.                                                      *
*                                                                              *
********************************************************************************

                **********    COMMONWEALTH OF MASSACHUSETTS    **********
                              CRIMINAL HISTORY SYSTEMS BOARD

                        *** PERSONS COURT SUMMARY ***

NAM: HOSSENI, MOHSEN                FORMAL NAM: MOHSEN           PCF: 00002916076
DOB: 10/11/61    SEX: M  RAC:         POB: IR                    SSN: 485944815
MOM:REZVAN              POP:MAJD           HGT: 509 WGT: 160 HAI: BLK EYE: BRO
ADDRESS: 106 13TH ST. APT 120. CHARLESTOWN, MA


***** ***** ***** ***** ADULT APPEARANCES ***** ***** ***** *****

ARRAIGNMENT: (001)
  ARG-DATE: 03/22/04 PD: BOS COURT: BOSTON DISTRICT          DKT#:    0401CR1774A
  OFF:  INDECENT ASSLT&BATTERY PERSON 14 OR OVER             A&B IND PERS
  DISP: C 6/10/04                                            STATUS: O   WPD:


***** ***** ***** **** END OF ADULT APPEARANCES ***** ***** ***** *****

REQUESTED BY: ADA EISENSTADT
COMPLETED BY: MACPHERSON,ERIC
      AGENCY: SUFFOLK DA - SPECIAL INVEST UN

                                                            000465

**Eisenstadt, Joseph (SUF)**

| | |
|---|---|
| To: | Fortes-White, Stacey (SUF) |
| Subject: | RE: Commonwealth v Hussein |

I think I've narrowed down the date problem. It looks to me like the police report refers to an indecent A+B in December 2003 and then other A+Bs on the 2004 dates. The complaint only issued for the indecent A+B in December of 2003. It looks like that's the only incident we're dealing with here. On the February date referred to in the police report, it is my understanding that there was no GES convention being set up or taken down. The March date referred to was the day that Hosseni was arrested so that couldn't be the incident date.

The incident supposedly occurred near the loading dock of the Hynes Convention Center. I'm unsure of the time of day.

I've been provided with disability claims filled out by the victim indicated he was out on disability for all of 2003. He first went on disability in November of 2002 and was not cleared to return to work until February 12, 2004.

I spoke to Bavis over the telephone on 05/28/04. Bavis indicated to me that Flynn "saw the whole thing." He said that Flynn witnessed Hoseeni grabbing him below the waist. Bavis also told me that Flynn indicated to him that he has seen the incident and would be willing to testify on his behalf. In a phone conversation on 06/04/04, Flynn told me that he never witnessed anything "criminal" and never saw Hoseeni touch anyone below the waist at any point.

Bavis is still a member of the Teamster's Union. He is, however, no loger allowed to work at the Hynes Convention Center.

It has been represented to me by Defense Counsel that, on the day that Hosseni was arrested, Bavis' supervisor Pat Geary asked Bavis what was going on. Bavis told him that Hosenni was getting arrested and that he was getting "what he deserved." Geary confronted Bavis saying "he didn't deserve it and you know he didn't." Bavis then asked Geary if he wanted to step outside. Geary basically said something along the lines of "I'm not going to step outside, if you want to hit me hit me right here." At that point Bavis went to Hynes security to report that Geary had threatened him. I have been unable to get in touch with Pat Gearty to confirm this story.

I spoke to the head of secuity at the Hynes Convention Center, Kevin McGuire. He stated that, on the day Hosseni was arrested, Bavis came to security to report that Geary had threatened him. Hynes security allowed Bavis to fill out a report but, according to McGuire, they didn't believe Bavis and did not pursue the claim. McGuire believes Bavis to have a "real problem with credibility." According to McGuire, Bavis has been banned from the Hynes because "he poses a danger to the employees there."

The only investigation done by the Detective as far as I know was to call Flynn. Bavis indicated to her that Flynn would support his memory of events. Flynn indicated to Detective Schroeder that Hoseeni never touched Bavis below the waist.

The victim's BOP indicates that his real name is Joseph Baris. Joseph Bavis is listed as an alias.

Let me know if you need anything else. Thanks Stacey.

-Joe

| | |
|---|---|
| -----Original Message----- | |
| From: | Fortes-White, Stacey (SUF) |
| Sent: | Tuesday, June 08, 2004 11:29 AM |
| To: | Eisenstadt, Joseph (SUF) |
| Subject: | Commonwealth v Hussein |

**Eisenstadt, Joseph (SUF)**

| | |
|---|---|
| From: | Fortes-White, Stacey (SUF) |
| Sent: | Friday, June 11, 2004 3:04 PM |
| To: | Eisenstadt, Joseph (SUF) |
| Cc: | Galvin, William (SUF) |
| Subject: | Hosseni |

000455

## COMMONWEALTH OF MASSACHUSETTS
## BOSTON MUNICIPAL COURT
## CRIMINAL COURT DIVISION

**SUFFOLK, ss.**

No. 04-1774

### Commonwealth of Massachusetts

**v.**

### MOHSEN HOSSENI
Defendant

## MEMORANDUM

The victim in this case, Joseph Bavis, indicates that while employed for GES (they set up for events at the Hynes Convention Center) his supervisor inappropriately grabbed the victim's crotch. The victim stated that the only witness to this incident was the Security Guard, James Flynn, a former Police Officer. Bavis stated that Flynn witnessed the entire incident and would relay exactly the same story.

The Defense Attorney has provided me with a voluminous amount of GES and Union (the victim is a member of the Teamster's Union) documents indicating that the victim may have been on disability when the events occurred. There are differing dates on the incident report and complaint. I have had difficulty getting the victim to give me a date certain when these events took place. It appears that at least on some of the dates on the complaint and incident report the victim was on disability.

The victim has a lengthy record, has served Superior Court committed time on firearms charges and it appears that his true name may not even be Joseph Bavis.

On 06/04/04 I spoke to the Security Guard, James Walsh. Walsh stated that the incident never happened. He described Hosseni as being "overly huggy." He told me that Hosseni was affectionate and would put his arms around employees' shoulders if they did a good job etc. He speculated that this was because Hosseni is from the "old country" (he did not specify which old country that was). Flynn said that it bothered some of the employees and has since stopped. Flynn emphatically stated that the events never occurred the way Bavis alleges and he never once witnessed Hosseni touch anyone below the waist and never in a way that would be considered criminal (he based this on his experience as a former police officer).

The detective assigned to this case, Erin Schroeder, said she filed the report based solely on the persistent phone calls of Bavis and has no further evidence to support his claim. Bavis indicated to her that this had nothing to do with money or a civil suit and he was only concerned with the Defendant being criminally punished. Shortly after the complaint issued the Defendant filed a civil suit. ~~Detective~~

Joseph Eisenstadt
Assistant District Attorney
Suffolk County District Attorney's Office
One Bulfinch Place
Boston, MA 02114

Dated:  June 6, 2004

# COMMONWEALTH OF MASSACHUSETTS
## BOSTON MUNICIPAL COURT
### CRIMINAL COURT DIVISION

SUFFOLK, ss.                                                    No. 04-1774

### Commonwealth of Massachusetts

v.

### MOHSEN HOSSENI
Defendant

## MEMORANDUM

The Defendant in this case is accused of indecently assaulting Joseph Bavis. This is alleged to have occurred at the Hynes Convention Center. The Defendant is employed by GES, a company that sets up for conventions (sets up the chairs, tables, displays, etc.) When preparing for conventions in the Boston area, GES uses Teamsters for labor from a list provided to them by the Teamsters Union. The Defendant is a GES supervisor and was supervising Bavis (a Teamster) on the day the incident occurred. Bavis accuses the Defendant of putting his arms around him, kissing his neck and grinding his pelvis against Bavis'. This all occurred on the loading dock of the Hynes Convention Center.

I tried to call Bavis on May 7th but got a message stating that his mailbox was full and not accepting messages. Messages were left for the Bavis on May 17th and May 18th 2004. I spoke to him for the first time on the telephone on May 28th 2004. He told me that he was very upset regarding the incident. He said that a security guard was there and saw the whole thing. The security guard supposedly came up to Bavis afterwards and told him that he had seen what had just happened, that it was wrong and that he would come forward and talk to anyone Bavis wanted. The security guard's name is James Flynn, a former police officer.

On June 4th I got in touch with James Flynn over the phone. Flynn was emphatic in stating that he never observed any incident like the one Bavis described. He never saw the defendant touch Bavis in an inappropriate way. Flynn described the defendant as being "overly huggy." He explained that to mean that the defendant would put his arm around the shoulder of the workers if he was speaking to them and that it probably annoyed some of them but said he never witnessed anything criminal and never witnessed an incident as described by Bavis.

I spoke to Detective Erin Schroeder, the BPD Sexual Assault Detective that applied for the complaint in this case. She said that Bavis and Joe Perry (another Teamster who has made similar allegations) had called her constantly, numerous times every day trying to get the complaint applied for and so eventually she applied for the complaint and it was issued. She said Bavis had also told her that Flynn had witnessed the entire incident. After the complaint issued she spoke to Flynn who told her that he never witnessed anything as described by Bavis. Complaints naming Joe Perry as the victim were never applied for. Bavis told her that he was

not planning a civil suit in this matter, it wasn't about money and that he just wanted to see the defendant be criminally punished. He has since filed a civil suit.

On June 8th 2004 I spoke to the head of Security at the Hynes Convention Center, Kevin McGuire. McGuire said he did not witness an incident as described by Bavis nor was such an incident ever reported to him. On the day the defendant was arrested, Bavis apparently got into an argument with one of the other employees, Pat Geary. Bavis then came into the security office to report that Geary had threatened him. McGuire allowed him to fill out an incident report but took no further action because he said he didn't believe Bavis. He said Bavis is not credible. Bavis has since been banned from the Hynes Convention Center by McGuire because McGuire determined that Bavis is a danger to the employees there. He told me off the record that this was based on an incident in which Bavis assaulted a nurse at the Hynes nursing station and stole some medication.

I have left two messages for Pat Geary that have not been returned.

There has been an issue with establishing the offense date in this case. The police report refers to incidents that occurred on December 22, 2003, February 12, 2003 and March 22, 2003. The offense date cannot be March 22, 2003 because that is the day that the defendant was arrested on these charges (at least weeks after it was first reported to BPD). I had been having a difficult time getting Bavis to give me a date certain on which this incident happened. Defense Counsel was looking for a bill of particulars so on June 8th I called Bavis to confirm a date. I asked Bavis if it occurred on December 22, 2003. He said that was the date the touching occurred on (and it is also the date he told Detective Schroeder that the incident occurred on). I then explained to Bavis that I have received documents showing that he was on disability on December 22nd, 2003. He said that it was true, he was on disability on December 22nd 2003 so the incident must have happened "some time in 2002."

Since we can't establish the date that the incident occurred upon, it is impossible to determine whether or not there is a video of the incident.

Bavis has given me a list of witnesses for me to contact. On June 6th he told me to contact Joe Perry, Ron Lewis, John Kenny, Billy Benner, James Demetrius and Morgan Crane.

I spoke to Joe Perry on the phone on June 9th. He stated that he did not witness the incident but saw the defendant sitting and crying immediately afterwards for five hours. Perry contacted Detective Schroeder to report being indecently assaulted by the defendant also but that complaint was never issued. Detective Schroeder felt there was not sufficient evidence to apply for a complaint naming Perry as the victim.

On 06/10/04 I left a message for Ron Lewis that was not returned.

On 06/11/04 I spoke to John Kenny. He said he witnessed the incident and corroborated Bavis' version of the events. He said that he saw the defendant put his arms around Bavis, kiss his neck and "give him a hump." Kenny could not tell me the date of the incident or who else may have been there and observed it.

On 06/11/04 I spoke to Billy Benner. He said he never saw the incident but had only "heard about it." He said no one said anything to him about it on the day it allegedly happened but he only learned about it some time later. He was unsure when it happened describing it as "quite a few months ago, maybe even a year ago."

There has been no answer at the number Bavis gave me for James Demetrius.

On 06/10/04 I spoke to Morgan Crane. He told me that he never witnessed any incident as described by Bavis. He said that he has never seen the defendant kiss anyone or touch anyone below the waist.

00υ460

On June 10, 2004 I met with Steven Casterline. Casterline is the head of GES operations in the Boston area. He is sometimes at the Hynes Convention Center but also goes to other locations where GES is operating. He told me that Bavis and Perry are a problem. He stated that they both have been disciplined numerous times by himself and the defendant for "laziness." Casterline said that after being disciplined, Perry and Bavis began making accusations against the defendant. He also referred to Bavis' allegation of being assaulted by Pat Geary. Casterline saw Bavis out in front of the Hynes on the day the defendant was arrested. When asked what he was doing, Bavis said that Geary had assaulted him and that he was waiting for the police to come arrest Geary. The police never responded and Bavis was sent home early. According to BPD there is no incident report relating to the alleged assault. Casterline said that he could predict exactly which employees Bavis wanted me to talk to. He said there were a handful of workers that were a problem. He described them as being lazy, not good workers and "trouble makers." Casterline said he has seen the defendant put his arm around a worker but has never seen anything he would consider inappropriate, has never seen the defendant touch anyone below the waist and has never seen the defendant kiss anyone. Casterline said that he wasn't there to protect the defendant so much as he was there to protect himself. He was afraid that false allegations could be made against him next time he has to discipline an employee.

On 06/10/04 I met with Bavis. Bavis illustrated to me what he says happened. He again referred to the offense date as "the 22nd."

Bavis said that the defendant was convicted of the same thing in Chicago. The defendant's interstate record shows no prior arrests.

Bavis has a lengthy record and has served Superior Court committed time on firearms charges. His record shows that his true name is Joseph Barris; Bavis is listed as an alias. As I was speaking to him on June 10, Bavis said that when he was younger if an incident like this had occurred he would have "broken out the ski masks."

Joseph Eisenstadt
Assistant District Attorney
Suffolk County District Attorney's Office
One Bulfinch Place
Boston, MA 02114

Dated: June 11, 2004

000461