# EXHIBIT 31

```
 1   Volume I                           Pages:    1 - 242
 2                                      Exhibits: 1 -  27
 3              UNITED STATES DISTRICT COURT
 4                DISTRICT OF MASSACHUSETTS
 5                  No. 04-CV-11948-RGS
 6   SEYED MOHSEN HOSSEINI-SEDEHY,
 7          Plaintiff
 8   vs.
 9   ERIN T. WITHINGTON and the CITY
10   OF BOSTON,
11          Defendants
12
13           DEPOSITION OF ERIN T. WITHINGTON
14               Thursday, March 31, 2005
15                10:00 a.m. - 4:32 p.m.
16                  SMITH & DUGGAN LLP
17                 55 Old Bedford Road
18          Lincoln, Massachusetts  01773-1125
19
20
21
22             FARMER ARSENAULT BROCK LLC
23           617.790.4404    FAX  617.728.4403
24           Reporter:  Cynthia C. Henderson/RPR
```

Erin T. Withington - March 31, 2005

### Page 174

1 identification.)
2 Q. Do you recognize what Exhibit 18 is?
3 A. Yes.
4 Q. What is that?
5 A. It is my application for a warrant.
6 Q. And did you indicate that you typed out
7 this application for complaint while you were at the
8 Sexual Assault Unit?
9 A. Yes.
10 Q. And what was the date of offense that you
11 represented to the court of this indecent assault
12 and battery over fourteen years of age?
13 A. 12/22/03.
14 Q. And there is a typed date underneath that
15 handwritten date of 12/22/03. Do you see that?
16 A. Yes.
17 Q. Who typed that in?
18 A. I did.
19 Q. Why did you type 2/29/04 in the date of
20 offense for the indecent assault and battery for
21 over fourteen years of age?
22 A. I think I must have made a mistake, and
23 that's why I crossed it out, because I know that
24 that's one of the dates was February 29th.

### Page 175

1 Q. And you sought a warrant for the arrest of
2 Mr. Hosseini for the offense of indecent assault and
3 battery on a person over fourteen years of age and a
4 second count of assault and battery; is that
5 correct?
6 A. Yes.
7 Q. And in the other remarks that you typed in
8 for the application and complaint, what did you type
9 in?
10 A. "Above suspect did touch the victim's
11 buttocks and rubbed his covered crotch against the
12 suspect on one occasion on Sunday, February 29,
13 2004, and March 22nd, 2004, did rub the victim's
14 arms and shoulders after being asked not to touch
15 him by the victim."
16 Q. Why did you put in the application for
17 complaint that the date of offense was December
18 22nd, 2003?
19 A. That was the time that I met with
20 Mr. Bavis.
21 Q. Did you put that date of offense in the
22 application for complaint, 12/22/2003, knowing that
23 the date of offense was not 12/22/2003?
24 A. Yes.

### Page 176

1 Q. And is that your signature on the signature
2 of complainant?
3 A. Yes.
4 Q. And at the bottom there is some
5 handwriting. I think it's five lines. Is that your
6 handwriting?
7 A. No.
8 Q. Whose handwriting is it?
9 A. Clerk magistrate.
10 Q. And what does that handwriting say?
11 A. "March 22, 2004, Detective Schroeder
12 appeared, testified, allowed warrant to issue. Mark
13 Concannon, Assistant Clerk, Number 2 and 3 denied."
14 Q. Would it be fair to say, if I can recall
15 your testimony, did you testify that the reason why
16 you were seeking a warrant for Mr. Hosseini was in
17 essence Counts 2 and 3?
18 A. No. All three counts.
19 Q. But the reason why you decided to seek the
20 arrest warrant on March 22nd, 2004 was not because
21 of this past indecent assault and battery over
22 fourteen years of age, which was count number one;
23 correct?
24 A. Yes.

### Page 177

1 Q. The reason why you decided to reapply for
2 an arrest warrant as opposed to just letting the
3 D.A. handle it was because of the offense of assault
4 and battery that you put down here as offenses two
5 and three?
6 A. It continued, yes.
7 Q. And the clerk denied, the court denied your
8 application for a complaint and a warrant for those
9 two assault and battery complaints; correct?
10 A. He denied those two complaints, not the
11 warrant.
12 Q. Right. He denied the two complaints for
13 assault and battery?
14 A. Yes.
15 Q. And when you appeared before that, the
16 court there, were you sworn in?
17 A. Yes.
18 Q. And under oath did you swear to these other
19 remarks that you had written in there?
20 A. Yes.
21 Q. And you did so without knowing whether or
22 not Bavis was even working on Sunday, February 29,
23 2004; correct?
24 A. Yes.

# APPLICATION FOR COMPLAINT

☐ ARREST  ☐ HEARING  ☐ SUMMONS  ☒ WARRANT

Court of Massachusetts — Municipal Court Department
Boston Municipal Court
Criminal Division, Room 411 —
Fourth Floor, New Court House
Boston, MA 02108

The within named complainant requests that a complaint issue against the within named defendant, charging said defendant with the offense(s) listed below.

| DATE OF APPLICATION | DATE OF OFFENSE | PLACE OF OFFENSE |
|---|---|---|
| 3/22/2004 | 12/22/03  2/29/2004 | 900 Boylston Street, Boston |

**NAME, ADDRESS AND ZIP CODE OF COMPLAINANT**
Detective Erin Schroeder  #11456  SAU
91 East Concord Street
Boston, MA  02118

**NAME, ADDRESS AND ZIP CODE OF DEFENDANT**
Mohsen Hosseni
106 13th Street  #120
Charlestown, MA

| NO | OFFENSE | G.L. Ch and Sec |
|---|---|---|
| 1 | Indecent Assault & Battery over 14 y.o. | 265/13H  265:013H |
| 2 | Assault & Battery  DENIED MJC | |
| 3 | Assault & Battery  DENIED MJC | |
| 4 | | |

IF ADDITIONAL OFFENSES CHECK HERE ☐ AND ATTACH.

## DEFENDANT IDENTIFICATION INFORMATION — Complete data below if known.

| C.C. # | DATE OF BIRTH | SEX | RACE | HEIGHT | WEIGHT | EYES | HAIR | SOCIAL SECURITY NUMBER |
|---|---|---|---|---|---|---|---|---|
| 040143112 | 10/11/61 | M | O | 5'9 | 160 | Bro | Blk | |

COURT USE ONLY → A hearing upon this complaint application will be held at the Boston Municipal Court, Rm. 411 on | DATE OF HEARING | TIME OF HEARING | ← COURT USE ONLY
AT

## CASE PARTICULARS — BE SPECIFIC

| NO. | NAME OF VICTIM Owner of property, person assaulted, etc. | DESCRIPTION OF PROPERTY Goods stolen, what destroyed, etc. | VALUE OF PROPERTY Over or under $100. | TYPE OF CONTROLLED SUBSTANCE OR WEAPON Marijuana, gun, etc. |
|---|---|---|---|---|
| 1 | Victim Known to Commonwealth 47 y.o Male | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |

**OTHER REMARKS:** Above suspect did touch the victim's buttocks and rub his covered crotch against the suspect on 1 occassion in 2003 and on Sunday February 29, 2004 and Monday March 22, 2004 did rub the victim's arms and shoulders after being asked not to touch him by the victim.

*Erin Schroeder*
SIGNATURE OF COMPLAINANT

**IF PROCESS IS ORDERED, THIS APPLICATION MUST BE PRESENTED AT ONCE TO PLEADING CLERK AT ROOM 411**

| NAMES OF WITNESSES | Recog. to S.C. | Give place of business or employment, if in Boston, otherwise, residence | ST. NO. |
|---|---|---|---|
| | | March 22, 2004 on — Det Schroeder appears testifies allowed warrant to issue Mark J Locascio 243 Wt. Clerk DENIED | |

EXHIBIT 18  3/31/05

State if defendant is arrested _____   Date of Arrest _____

BMC-CR-2 (2/86)    FOR ADDITIONAL REMARKS OR WITNESSES—USE REVERSE OF ORIGINAL AND CHECK HERE ☐