# EXHIBIT 32

```
 1   Volume I                           Pages:    1 - 242
 2                                      Exhibits: 1 - 27
 3              UNITED STATES DISTRICT COURT
 4               DISTRICT OF MASSACHUSETTS
 5                  No. 04-CV-11948-RGS
 6   SEYED MOHSEN HOSSEINI-SEDEHY,
 7           Plaintiff
 8   vs.
 9   ERIN T. WITHINGTON and the CITY
10   OF BOSTON,
11           Defendants
12
13           DEPOSITION OF ERIN T. WITHINGTON
14               Thursday, March 31, 2005
15                10:00 a.m. - 4:32 p.m.
16                  SMITH & DUGGAN LLP
17                 55 Old Bedford Road
18           Lincoln, Massachusetts  01773-1125
19
20
21
22              FARMER ARSENAULT BROCK LLC
23          617.790.4404    FAX  617.728.4403
24          Reporter:  Cynthia C. Henderson/RPR
```

**Page 178**

1  Q. And nowhere in those other remarks do you
2  allege that or do you state, I should say, that Mr.
3  Hosseini was alleged to have touched Mr. Bavis in an
4  indecent manner on more than one occasion on an
5  unknown date in 2003; correct?
6  A. Correct.
7  Q. Do you still have your notes that you took
8  in the course of this investigation?
9  A. I don't know. I am not sure.
10 Q. What I will do is I will just make a
11 request through Rule 34 for those notes, and I just
12 ask if you do have those notes, we do intend to seek
13 a copy of them.
14 A. Okay.
15 Q. And we will do so through counsel.
16      (Arrest warrant for Mohsen
17      Hosseini marked Exhibit No. 19 for
18      identification.)
19 Q. And can you please identify what Exhibit 19
20 is?
21 A. That's the arrest warrant for Mr. Hosseini.
22 Q. That is the warrant that you sought and
23 received from the Boston Municipal Court?
24 A. Yes.

**Page 179**

1  Q. And on this warrant it states, the last
2  three lines, "A conviction of this offense requires
3  the offender to register in person at the police
4  department in the city or town where he or she
5  resides no later than two days from their sentencing
6  date."
7  A. Yes.
8  Q. Did you know that when you reapplied for
9  this warrant?
10 A. Yes.
11 Q. Is that provision, Is that known as a
12 sexual assault registry?
13 A. Yes.
14 Q. Did you know that you were charging Mr.
15 Hosseini with an offense for which he would have to
16 register as a sexual offender when you sought this
17 warrant on March 22nd, 2004?
18 A. Yes.
19 Q. And the date of offense on this warrant is
20 December 22nd, 2003; correct?
21 A. Yes.
22 Q. And you have already testified that is
23 incorrect, it's not a date of offense. Is that
24 correct?

**Page 180**

1  A. Yes.
2      (Warrant from the Boston Municipal
3      Court marked Exhibit No. 20 for
4      identification.)
5  Q. After you received this warrant from the
6  Boston Municipal Court what did you do?
7  A. Went to 900 Boylston Street to the Hynes
8  Convention Center, went upstairs, found Mr. Hosseini
9  on the trade floor, explained to him that he was
10 under arrest and that I asked him to walk out to the
11 elevator with us and he would be handcuffed in the
12 elevator. He said he would comply, no problem. I
13 believe he gave, asked somebody to give somebody a
14 call, walked over, spoke to somebody, came back and
15 said okay. We walked him out to the elevator. He
16 was handcuffed there and brought outside, put in a
17 wagon and brought to District 4.
18 Q. When you spoke to Mr. Hosseini were you
19 alone with him?
20 A. No. I believe Detective Barry and
21 Detective Lembo were with me.
22 Q. Were there any other people other than you
23 three detectives and Mr. Hosseini present in the
24 room when you approached Mr. Hosseini and told him

**Page 181**

1  he was going to be placed under arrest?
2  A. Yes.
3  Q. Who?
4  A. People, the laborers were working, and I
5  asked him to come to the side. He recognized me
6  when I came in. There was still people -- people
7  couldn't hear us, but they were still all in the
8  same open room and they were working, and I
9  explained to him that he was under arrest. He said
10 okay, walked back to someone else, and explained to
11 him that he was going with us and came back with us.
12 Q. Did you show your badges when you
13 approached Mr. Hosseini?
14 A. No. He recognized me.
15 Q. Did you later learn that when you arrested
16 Mr. Hosseini you did so in front of the Teamsters
17 that worked under him?
18 A. Mr. Hosseini wasn't officially arrested
19 until he was in the elevator, and it was just the
20 four of us.
21 Q. Well, you told Mr. Hosseini to go into the
22 elevator, and he didn't have a choice; correct?
23 A. No. He was under arrest.
24 Q. Right in the middle of the floor before you