# EXHIBIT 33

```
 1   Volume I                          Pages:    1 - 242
 2                                     Exhibits: 1 - 27
 3              UNITED STATES DISTRICT COURT
 4              DISTRICT OF MASSACHUSETTS
 5                 No. 04-CV-11948-RGS
 6   SEYED MOHSEN HOSSEINI-SEDEHY,
 7            Plaintiff
 8   vs.
 9   ERIN T. WITHINGTON and the CITY
10   OF BOSTON,
11            Defendants
12
13           DEPOSITION OF ERIN T. WITHINGTON
14              Thursday, March 31, 2005
15                10:00 a.m. - 4:32 p.m.
16                 SMITH & DUGGAN LLP
17                55 Old Bedford Road
18          Lincoln, Massachusetts  01773-1125
19
20
21
22           FARMER ARSENAULT BROCK LLC
23         617.790.4404    FAX   617.728.4403
24          Reporter:  Cynthia C. Henderson/RPR
```

Erin T. Withington - March 31, 2005

### Page 210

1 A. I told him he was under arrest for indecent
2 assault and battery on a person.
3  Q. You never told him who made the
4 allegations?
5  A. No. We didn't have any conversation that
6 day.
7  Q. So to this day you never told
8 Mr. Hosseini who the person is that alleged that he
9 committed the sexual assault that was the basis for
10 your warrant. Isn't that true?
11  A. I don't know whether I did or not.
12  Q. Why didn't you?
13      MS. AMBARIK: Objection. She said she
14 didn't know.
15      MS. BUTLER: Well, I want to probe.
16      MS. AMBARIK: You just asked her the
17 question. You can't ask her the followup question
18 as to why she doesn't know.
19      MR. BUTLER: I can.
20  Q. Why didn't you tell Mr. Hosseini that it
21 was Bavis that made the allegation?
22  A. I don't know that I didn't tell him that it
23 wasn't him.
24  Q. Well, it's not in the report; correct?

### Page 211

1  A. Just because it's not here doesn't mean I
2 didn't tell him.
3  Q. You didn't testify to it at any point
4 today, did you?
5  A. Not that I know of, no, not that I
6 remember.
7  Q. You have no reason to believe that you told
8 Mr. Hosseini that Bavis had been the one making the
9 allegations, do you?
10      MS. AMBARIK: Objection.
11  A. I don't know if I told Mr. Hosseini or not,
12 but it's not like everybody else didn't know because
13 Mr. Perry knew and he was on the phone, so I am
14 assuming at some point Mr. Hosseini must have known.
15  Q. Well, you got a call three days after the
16 arrest from the lawyer asking who the complainant
17 was and you said it was two guys and only one was
18 going to be the name in the complaint; right?
19  A. That part, that's true; so I must have had
20 that conversation, yes.
21  Q. But even over the phone you didn't give the
22 names because they were privileged, according to
23 you?
24      MS. AMBARIK: Objection. Do you

### Page 212

1 recall having that conversation?
2      THE WITNESS: I don't recall having a
3 conversation with his attorney.
4      MS. AMBARIK: That was your prior
5 testimony.
6  Q. And this report, Exhibit 23, that has the
7 date assigned 3/22/2004, no place there you mention
8 that you were going to refer this matter to the
9 District Attorney; correct?
10  A. No. It's not mentioned in there, no.
11      (Update on Mohsen Hosseini's
12      arrest marked Exhibit No. 24 for
13      identification.)
14  Q. Now, Exhibit No. 24, what is this report?
15  A. This is an update about Mr. Hosseini's
16 arrest and stating that I had had conversation with
17 him prior to the arrest in my office on 3/4, and I
18 told him to leave the victim alone.
19 I received a call that morning from the victim
20 stating that Mr. Hosseini was still touching his
21 buttocks and rubbing against him after the
22 conversation with myself.
23  Q. Now, you indicated that no statement was
24 taken from Mr. Hosseini when he was arrested because

### Page 213

1 you had a prior conversation with him in your office
2 on March 4; correct?
3  A. Yes.
4  Q. But you also indicated that you had and
5 today in your testimony you indicated that you had
6 received calls from Bavis alleging that there was an
7 indecent assault and battery that had occurred after
8 March 4th; correct?
9  A. Yes.
10  Q. And why didn't you talk with
11 Mr. Hosseini about those allegations even after you
12 had him arrested?
13  A. Because at that point he was under arrest
14 for the indecent assault and battery. We had
15 already had conversation regarding that, so I chose
16 not to have any conversation with him.
17  Q. Did anything prohibit you from talking to
18 him on that day after you had arrested him and he
19 was booked at District 4?
20  A. No.
21  Q. And this last line that you received a call
22 that morning, referring to March 22nd, 2004, from
23 the victim stating Mr. Hosseini was still touching
24 his buttocks and rubbing against him after the

FARMER ARSENAULT BROCK LLC