UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SEYED MOHSEN HOSSEINI-SEDEHY,<br><br>Plaintiff,<br><br>v.<br><br>ERIN T. WITHINGTON<br>and CITY OF BOSTON,<br><br>Defendants. | Civil Action No. 04-cv-11948-RGS |

### ***SEYED MOHSEN HOSSEINI-SEDEHY'S WITNESS LIST***

The Plaintiff Seyed Mohsen Hosseini-Sedehy expects to call the following witnesses at the trial of this matter:

1.) Seyed Mohsen Hosseini-Sedehy;
2.) Steve Casterline;
3.) Joseph Bavis;
4.) Joseph Perry;
5.) Erin Withington; and
6.) Joseph Eisenstadt;

Mr. Hosseini-Sedehy may call the following witnesses if the need arises:

1.) John Perry;
2.) James Flynn;
3.) David Deakin;
4.) Corey Tang;
5.) Patrick Geary;
6.) Zahra Razavi,
7.) Keeper of the Records of TeamsterCare Wellness Office;
8.) Keeper of Records of GES Exposition Services, Inc.
9.) Keeper of Records of the Suffolk County District Attorney's Office;
10.) Keeper of Records of Jon-Jay Associates, Inc.; and
11.) Keeper of Records of Smith & Duggan LLP.

Respectfully submitted,
Seyed Mohsen Hosseini-Sedehy
By his attorneys,

/s/ Gerard A. Butler, Jr.
Christopher A. Duggan
BBO # 544150
Gerard A. Butler, Jr.
BBO # 557176
Smith & Duggan LLP
Lincoln North
55 Old Bedford Road
Lincoln, MA 01773-1125
(617) 228-4400

Date: January 29, 2007