UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SEYED MOHSEN HOSSEINI-SEDEHY,<br><br>Plaintiff,<br><br>v.<br><br>ERIN T. WITHINGTON<br>and CITY OF BOSTON,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 04-cv-11948-RGS<br>)<br>)<br>)<br>) |

**PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE REFERENCE TO DEFENDANT'S FAMILY HISTORY AS POLICE OFFICERS**

For the reasons stated in the accompanying Memorandum of Law filed contemporaneously herewith, and based on all matters of record properly before the Court, Plaintiff Seyed Mohsen Hosseini-Sedehy ("Mr. Hosseini") respectfully moves this Court to exclude any testimony concerning the Defendant's family members' service as police officers during the trial.

WHEREFORE, Mr. Hosseini respectfully asks the Court to grant its motion and exclude testimony at trial concerning the Defendant's family members' service as police officers.

**Local Rule 7.1(A)(2) Certification**

The undersigned certifies that Gerard A. Butler, Jr. has conferred in good faith with counsel for the Defendant pursuant to Local Rule 7.1(A)(2) and was unable to resolve or narrow this issue.

Respectfully submitted,
Seyed Mohsen Hosseini-Sedehy
By his attorneys,


/s/ Gerard A. Butler, Jr.
Gerard A. Butler, Jr.
BBO # 557176
Christopher A. Duggan
BBO # 544150
Smith & Duggan LLP
Lincoln North
55 Old Bedford Road
Lincoln, MA 01773-1125
(617) 228-4400


Date:   February 6, 2007


## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on February 6, 2007.