UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SEYED MOHSEN HOSSEINI-SEDEHY,<br><br>　　　Plaintiff,<br><br>v.<br><br>ERIN T. WITHINGTON<br>and CITY OF BOSTON,<br><br>　　　Defendants. | Civil Action No. 04-cv-11948-RGS |

### *SEYED MOHSEN HOSSEINI-SEDEHY'S EXHIBIT LIST*

1. Boston Incident Report, dated 3/22/04, 10:50 A.M.;
2. Application for Complaint, dated 3/22/04;
3. Warrant, dated 3/22/04;
4. Boston Incident Report, dated 3/22/04, 1:17 P.M.;
5. Boston Police Sexual Assault Unit Follow Up Invest. Report, dated 10/7/04;
6. Sexual Assault Unit – Case Update, by Detective Erin Schroeder;
7. Sexual Assault Unit – Case Update 2, by Detective Erin Schroeder;
8. Sexual Assault Unit – Case Update 3, by Detective Erin Schroeder;
9. Sexual Assault Unit – Case Update 4, by Detective Erin Schroeder;
10. Affidavit of Timothy Pomarole, dated 10/11/05; and,
11. Smith & Duggan LLP records.

        Respectfully submitted,
        Seyed Mohsen Hosseini-Sedehy
        By his attorneys,

        /s/ Gerard A. Butler, Jr.
        Christopher A. Duggan
        BBO # 544150
        Gerard A. Butler, Jr.
        BBO # 557176
        Smith & Duggan LLP
        Lincoln North
        55 Old Bedford Road
        Lincoln, MA 01773-1125
        (617) 228-4400

Date: February 6, 2007

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on February 6, 2007.