UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.  04 CV 11948 RGS

SEYED MOHSEN HOSSEINI-SEDEHY,
    Plaintiff

v.

ERIN WITHINGTON
    Defendant

## DEFENDANT ERIN WITHINGTON'S PROPOSED VERDICT ON SPECIAL QUESTIONS TO THE JURY

1. Do you find that the Plaintiff, Seyed Mohsen Hosseini-Sedehy, has proven by a preponderance of the evidence that the Defendant, Detective Erin Withington, violated his rights under the United States Constitution by arresting him without probable cause (probable cause meaning that the facts and circumstances within the officer(s) knowledge at the time and of which she had trustworthy information were sufficient to warrant a prudent person to believe that the Plaintiff had committed an offense)?

    NO_____        YES _____

If you answered "yes" proceed to question 2. If you answered  "no" proceed to question 2.

2. If you answered YES to question 1:

   Do you find that the Plaintiff, Seyed Mohsen Hosseini-Sedehy, has established by a preponderance of evidence that the Defendant, Detective Erin Withington's action(s) proximately caused the Plaintiff to suffer any injury?

       NO _____            YES _____

*Proceed.*

3.  What amount of damages, if any, do you award to the plaintiff against Detective Withington (Answer in dollars or NONE):

    $_____

_____          _____
DATE                      FOREPERSON

                                    Respectfully submitted,
                                    DEFENDANT ERIN WITHINGTON
                                    By her attorneys:


                                    /s/ Helen G. Litsas
                                    MaryBeth C. Long, BBO #652840
                                    Helen G. Litsas, BBO# 644848
                                    Assistant Corporation Counsel
                                    City of Boston Law Department
                                    Room 615, City Hall
                                    Boston, MA 02201
                                    (617) 635-4038 (Long)
                                    (617) 635-4023 (Litsas)

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electric Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 6, 2007.

                                    /s/ Helen G. Litsas
                                    Helen G. Litsas