UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SEYED MOHSEN HOSSEINI-SEDEHY,<br><br>    Plaintiff,<br><br>v.<br><br>ERIN T. WITHINGTON<br>and CITY OF BOSTON,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 04-cv-11948-RGS<br>)<br>)<br>)<br>) |

**JOINT STATEMENT TO BE READ TO PROSPECTIVE JURORS**

      The Plaintiff, Seyed Mohsen Hosseini-Sedehy, alleges that the Defendant, Detective Erin Withington, violated the Plaintiff's constitutional rights when she arrested him. The Defendant, Detective Erin Withington of the Boston Police Department, denies the Plaintiff's allegations and contends that she lawfully arrested the Plaintiff based on the facts and circumstances known to her at the time of the Plaintiff's arrest.

| | |
|---|---|
| Respectfully submitted,<br>PLAINTIFF, SEYED MOHSEN<br>HOSSEINI-SEDEHY,<br>By his attorney, | DEFENDANT ERIN WITHINGTON,<br>By her attorney: |
| /s/ Gerard Butler<br>_____<br>Gerard A. Butler, Jr., BBO# 557176<br>Smith & Duggan LLP<br>Lincoln North<br>55 Old Bedford Road<br>Lincoln, MA  01773-1125<br>(617) 228-4400 | /s/Helen G. Litsas<br>_____<br>Helen Litsas, BBO# 644848<br>MaryBeth C. Long ##652840<br>Assistant Corporation Counsel<br>City of Boston Law Department<br>Room 615, City Hall<br>Boston, MA 02201<br>(617) 635-4099 |