UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.   04 CV 11948 RGS

SEYED MOHSEN HOSSEINI-SEDEHY,
    Plaintiff

v.

ERIN WITHINGTON
    Defendant

## DEFENDANT ERIN WITHINGTON'S WITNESS LIST

The Defendant, Erin Withington, hereby submits its Witness List:

**Detective Erin Withington – Defendant**
Boston Police Department
1 Schroeder Plaza
Boston, MA 02120
617-343-4500

**Detective Thomas Lembo**
Boston Police Department
1 Schroeder Plaza
Boston, MA 02120
617-343-4500

**Detective Allison Berry**
Boston Police Department
1 Schroeder Plaza
Boston, MA 02120
617-343-4500

**Diane Harvey**
Boston Police Department
1 Schroeder Plaza
Boston, MA 02120
617-343-4500

**Athena Yegenarian**
Boston Police Department

1 Schroeder Plaza
Boston, MA 02120
617-343-4500

**Joseph Bavis**
138 Athens Street
South Boston, MA 02127

**Gerard Butler, Esq.**
Smith & Duggan LLP
55 Old Bedford Road
Lincoln, MA  01773-1125

Defendant reserves the right to call additional witnesses for purposes of rebuttal, to call any of the witnesses listed herein by the Plaintiff in their case in chief, and to make timely supplements to this listing.

    Respectfully submitted,
    DEFENDANT ERIN WITHINGTON
    By her attorneys:


    /s/ Helen G. Litsas
    MaryBeth C. Long, BBO #652840
    Helen G. Litsas, BBO# 644848
    Assistant Corporation Counsel
    City of Boston Law Department
    Room 615, City Hall
    Boston, MA 02201
    (617) 635-4038 (Long)
    (617) 635-4023 (Litsas)

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electric Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 6, 2007.

    /s/ Helen G. Litsas
    Helen G. Litsas