2155.027

**Smith & Duggan LLP**
Two Center Plaza
Boston, MA 02108-1906
Tax I.D. No.: 04-3067315

Mary Catherine Sexton, Esq.
GES Exposition Services, Inc.
950 Grier Dr., P.O.Box 98790
Las Vegas, NV 89193-8790
Our File No.: 2155.027

May 25, 2004

In reference to:   Moshen Hoseini Corporate Compliance Issue

Interim Bill Through March 31, 2004

|  |  |  | | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 3/22/04 | CAD | Telephone call from Attorney Mary Catherine Sexton regarding new matter involving potential union conflict and charges of physical assault against GES employee; prepre notes and outline of work to be done; contact court and obtain charge sheet; conference with Attorney Butler regarding new matter and defense of Mr. Hosseini; follow up call to Attorney Sexton regarding developments and status of investigation | | 2.50 @225.00/hr | |
|  | GAB | Conference with Attorney Duggan regarding arrest of Moshen Hosseini and need to bail him from Boston police lock up facility | | 0.40 @160.00/hr | 64.00 |
|  | GAB | Telephone conference with Boston police department confirming the arrest, custody and arraignment of Mr. Hosseini | | 0.10 @160.00/hr | 16.00 |
|  | GAB | Draft correspondence to Boston police department regarding repesentation of Mr. Hosseini and request no further questioning take place | | 0.30 @160.00/hr | 48.00 |
|  | GAB | Travel to court for arraignment of Mr. Hosseini | | 0.20 @160.00/hr | 32.00 |
|  | GAB | Conference with Mr. Hosseini regarding circumstances of arrest and background necessary for bail hearing | | 0.40 @160.00/hr | 64.00 |
|  | GAB | Participate in arraignment of Mr. Hosseini | | 0.20 @160.00/hr | 32.00 |
|  | GAB | Conference with Mr. Hosseini regarding obligations imposed upon him by court's release on personal recognizance and future court proceedings | | 0.20 @160.00/hr | 32.00 |

Mary Catherine Sexton, Esq.                                                   Page 2

May 25, 2004

|       |     |                                                                                                                                                                                                         | Hrs/Rate          | Amount |
|-------|-----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------------------|--------|
|       | GAB | Travel from court from arraignment of Mr. Hosseini                                                                                                                                                      | 0.30 @160.00/hr   | 48.00  |
|       | GAB | Telephone conference with Mary Catherine Sexton, and Attorney Duggan regarding the factual circumstances of the criminal case against Mr. Hosseini                                                      | 0.30 @160.00/hr   |        |
|       | GAB | Conference with Attorney Duggan regarding strategy to defend Mr. Hosseini                                                                                                                               | 0.70 @160.00/hr   | 112.00 |
|       | GAB | Telephone conference with Mr. Hosseini regarding the identification of his accuser                                                                                                                      | 0.10 @160.00/hr   | 16.00  |
| 3/23/04 | CAD | Conference call with Mr. Hosseini and Attorney Butler; follow up conference with GES personnel; review docket sheet; legal research regarding GES' liability exposure; review case law on Abuse of Process and Malicious Prosecution for potential civil action against Bavis or others bringing the claims | 4.00 @225.00/hr   | 900.00 |
|       | GAB | Legal research on Rules of Professional Conduct regarding GES's payment of services rendered to Mr. Hosseini                                                                                            | 0.30 @160.00/hr   |        |
|       | GAB | Conference with Attorney Duggan regarding investigative strategy of matter                                                                                                                              | 0.80 @160.00/hr   | 128.00 |
|       | GAB | Telephone conference with Mary Catherine Sexton, Joseph Sangregorio and Attorney Duggan regarding issues of compliance with company policies                                                            | 0.30 @160.00/hr   |        |
|       | GAB | Telephone conference with Steve Casterline regarding his willingness to attend conference with Attorney Duggan and me regarding criminal allegations                                                    | 0.10 @160.00/hr   | 16.00  |
|       | GAB | Receive and review correspondence from Ms. Sexton to Mr. Twist concerning representation provided for Mr. Hosseini                                                                                      | 0.10 @160.00/hr   |        |
|       | GAB | Telephone conference with Mr. Hosseini confirming tomorrow's conference                                                                                                                                 | 0.10 @160.00/hr   | 16.00  |
|       | GAB | Receive and review correspondence from Joseph Sangregorio regarding Mr. Casterline's report of his investigation of complaints against Mr. Hosseini                                                     | 0.10 @160.00/hr   | 16.00  |

Mary Catherine Sexton, Esq.                                              Page 3

May 25, 2004

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/24/04 | CAD | Prepare for and meet with Mr. Moshen Hosseini; prepare memorandum summarizing onfomation obained by Mr Hosseini; telephone call to Attorney Sexton regarding meeting wiith client and outlining background of union split underlying the current allegations against Hosseini | 4.00 @225.00/hr | 900.00 |
| | CAD | Meet with Steve Castoline and prepare memorandum outlining information given by Mr. Castoline | 1.30 @225.00/hr | 292.50 |
| | CAD | Conference with Joseph Sangregorio regarding current state of claims, history of Moshen with the company and history of union split; conference with Joe Perry regarding history | 0.50 @225.00/hr | 112.50 |
| | GAB | Receive and review Attorney Duggan correspondence to Ms. Sexton regarding intention to send conflict letter | 0.10 @160.00/hr | |
| | GAB | Work on conflict issues letter for Mr. Hosseini | 0.90 @160.00/hr | 144.00 |
| | GAB | Conference with Mr. Hosseini and Attorney Duggan regarding factual circumstances surrounding relationship with accuser | 3.30 @160.00/hr | 528.00 |
| | GAB | Conference with Mr. Casterline regarding circumstances surrounding work relationship of Mr. Hosseini and labor pool for GES in Boston | 1.40 @160.00/hr | 224.00 |
| | GAB | Review show schedules for December, January, February and March provided by Mr. Casterline | 0.30 @160.00/hr | 48.00 |
| | GAB | Telephone conference with GES employee James Flynn and Attorney Duggan regarding Flynn's interview by Boston Police Detective Schroeder | 0.40 @160.00/hr | 64.00 |
| | GAB | Develop strategy for acquiring information from Detective Schroeder and providing helpful information to her without compromising defense | 0.50 @160.00/hr | 80.00 |
| 3/25/04 | GAB | Draft memorandum to file regarding Mr. Casterline's report of union employee Dimikas's attempted extortion | 0.20 @160.00/hr | 32.00 |
| | GAB | Develop strategy for obtaining police reports informally in an expedited manner | 0.60 @160.00/hr | 96.00 |
| | GAB | Telephone conference with Detective Schroeder regarding status of her report preparation, allegations of a second complainant, and labor disputes with two complainants to explain motive to fabricate | 0.20 @160.00/hr | 32.00 |

May 25, 2004

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/25/04 | GAB | Telephone conference with Attorney Duggan regarding new allegations concerning second complainant | 0.20 @160.00/hr | 32.00 |
|  | GAB | Telephone conference with Assistant District Attorney William Galvin concerning circumstances of case | 0.20 @160.00/hr | 32.00 |
| 3/26/04 | GAB | Telephone conference with Attorney Duggan regarding strategy for interviewing witnesses | 0.10 @160.00/hr | 16.00 |
|  | GAB | Telephone conference with Mr. Hosseini regarding status of investigation and his whereabouts on December 22, 2003 and February 29, 2004 | 0.20 @160.00/hr | 32.00 |
| 3/30/04 | CAD | Telephone call from Mary Catherine Sexton regarding potential for Moshen to work in New York | 0.20 @225.00/hr | 45.00 |
|  | CAD | Conference with Attorney Butler regarding upcoming Pre-Trial Conference in criminal court | 0.10 @225.00/hr | 22.50 |
|  | GAB | Telephone conference with Attorney Duggan regarding the fact that there are no travel restrictions on Mr. Hosseini that will preclude out-of-state GES assignments | 0.10 @160.00/hr | 16.00 |
|  | GAB | Telephone conference with Kevin McGuire, head of security at Hynes CC, to discuss facts surrounding complainants' work at Hynes; draft memorandum regarding same | 0.40 @160.00/hr | 64.00 |
|  | GAB | Telephone conference with Attorney Duggan regarding progress of investigation | 0.20 @160.00/hr | 32.00 |
| 3/31/04 | GAB | Telephone conference with John Perry, union business agent, regarding background of two accusers and circumstances of work environment | 0.30 @160.00/hr | 48.00 |
|  | GAB | Draft memorandum regarding telephone conference with John Perry, union business agent, regarding background of two accusers and circumstances of work environment | 0.10 @160.00/hr | 16.00 |
|  | GAB | Telephone conference with Joseph Sangregorio and Maryanne Passiatore regarding various employment records that will assist in defense of Mohsen Hosseini | 0.60 @160.00/hr | 96.00 |
|  | GAB | Draft correspondence to Joseph Sangregorio requesting various employment records that will assist in defense of Mohsen Hosseini | 0.50 @160.00/hr | 80.00 |

For professional services rendered                                28.40