**Smith & Duggan LLP**
**Two Center Plaza**
**Boston, MA 02108-1906**
**Tax I.D. No.: 04-3067315**

2155.027

Mary Catherine Sexton, Esq.
GES Exposition Services, Inc.
950 Grier Dr., P.O.Box 98790
Las Vegas, NV 89193-8790
Our File No.: 2155.027

**July 29, 2004**

**In reference to:**     **Moshen Hosseini Corporate Compliance Issue**

**Final Bill Through June 30, 2004**

| Date | | Description | Hrs/Rate | Amount |
|------|------|-------------|----------|--------|
| 4/2/04 | GAB | Telephone call to Mr. Hosseini with status of case | 0.10 @160.00/hr | 16.00 |
| | GAB | Receive and start review of personnel records of Mr. Hosseini's accusers | 0.40 @160.00/hr | 64.00 |
| 4/6/04 | CAD | Telephone call from Attorney Sexton regarding status of defenses and upcoming pre-trial conference | 0.10 @225.00/hr | 22.50 |
| | GAB | Telephone conference with prosecutor regarding status of case and his intent to provide police reports | 0.20 @160.00/hr | 32.00 |
| | GAB | Conference with Attorney Duggan regarding status of investigation | 0.20 @160.00/hr | 32.00 |
| | GAB | Conclude review of personnel records of Joseph Bavis | 0.70 @160.00/hr | 112.00 |
| | GAB | Work on correspondence to Mr. Hosseini regarding ethical issues concerning representation | 0.50 @160.00/hr | |
| 4/7/04 | CAD | Revise and finalize reservation of rights letter to Moshen Hosseini | 0.40 @225.00/hr | |
| | GAB | Work on client agreement; telephone call to Mr. Hosseini regarding status and change of telephone number | 1.50 @160.00/hr | |
| 4/12/04 | GAB | Telephone conference with Mr. Hosseini regarding status of case and possibility of pre-trial disposition | 0.20 @160.00/hr | 32.00 |

Mary Catherine Sexton, Esq.                                                                 Page 2

July 29, 2004

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| | GAB | Telephone conference with new assistant district attorney on case requesting police reports and providing background of allegations | 0.20 @160.00/hr | 32.00 |
| 4/14/04 | CAD | Receive reservation letter from client; receive email from Attorney Sexton; prepare reply with reservation letter attached | 0.30 @225.00/hr | |
| 4/15/04 | GAB | Receive and review correspondence from Ms. Sexton requesting whether Pre-Trial Conference will occur tomorrow | 0.10 @160.00/hr | 16.00 |
| | GAB | Draft status report to Attorney Duggan regarding what has happened in case and what is expected to happen in the future | 0.40 @160.00/hr | 64.00 |
| | GAB | Receive and review correspondence from Attorney Duggan to Ms. Sexton inquiring into issues that may affect decision whether to pursue civil remedy against accusers of Mr. Hosseini | 0.10 @160.00/hr | |
| | GAB | Receive and review correspondence from Ms. Sexton with social security number for Joseph Bavis in order to request his Board of Probation record | 0.10 @160.00/hr | 16.00 |
| 4/16/04 | GAB | Conference with Moshen Hosseini regarding Pre-Trial Conference | 0.20 @160.00/hr | 32.00 |
| | GAB | Attendance at Pre-Trial Conference in Boston Municipal Court | 1.80 @160.00/hr | 288.00 |
| 4/22/04 | GAB | Draft memorandum to Attorney Duggan regarding acquisition of criminal records in Massachusetts and best ways to obtain criminal record of Joseph Bavis | 0.90 @160.00/hr | 144.00 |
| | GAB | Receive and review correspondence from Attorney Duggan to Ms. Sexton regarding strategy chosen to obtain criminal record of Joseph Bavis | 0.10 @160.00/hr | 16.00 |
| 4/27/04 | GAB | Telephone call to ADA Eisenstadt requesting police reports | 0.10 @160.00/hr | 16.00 |
| 4/28/04 | CAD | Telephone call from Attorney Sexton regarding Delaware issue with Reservation of Rights letter | 0.20 @225.00/hr | |
| | CAD | Prepare email to S. Twist regarding Delaware issue | 0.10 @225.00/hr | |

Mary Catherine Sexton, Esq.                                                      Page 3

**July 29, 2004**

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/29/04 | CAD | Receive email from Attorney Twist regarding application of Delaware law to agreement and representation | 0.50 @225.00/hr | |
| 4/30/04 | CAD | Receive and review GES bylaws and prepare correspondence to Attorney Sexton regarding application to reservation letter for Moshen Hosseini | 0.60 @225.00/hr | |
| 5/4/04 | CAD | Telephone call from Attorney Mary Catherine Sexton regarding union complaint against GES labor supervisor at Hynes Convention Center; prepare memorandum on assignment | 0.30 @225.00/hr | 67.50 |
| | CAD | Teephone conference with Joseph Sangregorio of GES regarding complaint by Joseh Bavis and perhaps others against Mr. Hosseini; prepare memorandum summarizing information provided and investigation to complete; begin work on defense of criminal complaint; research regarding terms of engagement allowed given firm's representation of GES | 2.50 @225.00/hr | |
| 5/5/04 | CAD | Conference call with Attorney Sexton regarding allegations of Joe Bavis and Perry, also discussion of the split in Local 82 and historic and political impact of the split, and potential tactical advantages to be gained | 0.60 @225.00/hr | 135.00 |
| | CAD | Conference with Attorney Butler regarding developments at jail and meeting time with new client; second call to Attorney Sexton and Mr. Sangregorio to relate developments | 1.00 @225.00/hr | 225.00 |
| 5/6/04 | CAD | Work on developing evidence to prove the events alleged were falsified, attempts to obtain police report (not yet ready) discussion with Attorney Butler regarding strategies for isolating Bavis and Perry and forcing them to commit to specific stories we can prove are false | 1.00 @225.00/hr | 225.00 |
| | GAB | Receive and review correspondence from Attorney Duggan to Mr. Twist regarding engagement agreement with Mr. Hosseini and related ethical issues | 0.20 @160.00/hr | |
| 5/7/04 | CAD | Meeting with Attorney Butler regarding Bavis and Perry investigation and strategies for defending allegations in light of reluctance of Boston Police Detective to cooperate and refusal of BPD to produce police report | 1.00 @225.00/hr | 225.00 |
| | GAB | Receive and review audio tape of Joseph Perry's telephone complaint to GES on May 3, 2004 | 0.20 @160.00/hr | 32.00 |

Mary Catherine Sexton, Esq.                                          Page 4

**July 29, 2004**

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/7/04 | GAB | Telephone call to the assistant district attorney to request police reports | 0.10 @160.00/hr | 16.00 |
|  | GAB | Draft correspondence to the assistant district attorney to request police reports and advise him of motions to be filed | 0.70 @160.00/hr | 112.00 |
|  | GAB | Telephone conference with assistant district attorney regarding identity of complaining witness, police reports generated and problems with the case | 0.30 @160.00/hr | 48.00 |
|  | GAB | Conference with Attorney Duggan regarding disclosures made by assistant district attorney and strategy for defending case in light of new disclosures | 0.30 @160.00/hr | 48.00 |
|  | GAB | Telephone conference with Mr. Hosseini regarding disclosures made by assistant district attorney and strategy for defending case in light of new disclosures | 1.00 @160.00/hr | 160.00 |
| 5/12/04 | GAB | Telephone conference with Mr. Hosseini confirming meeting before hearing tomorrow | 0.10 @160.00/hr | 16.00 |
| 5/13/04 | GAB | Meet with Mr. Hosseini to prepare for Pre-Trial Hearing | 0.50 @160.00/hr | 80.00 |
|  | GAB | Conference with ADA Eisenstadt concerning discovery and meeting to discuss credibility of complaining witness | 0.30 @160.00/hr | 48.00 |
|  | GAB | Attendance at Pre-Trial Hearing in Boston Municipal Court | 2.20 @160.00/hr | 352.00 |
|  | GAB | Conference with Mr. Hosseini regarding trial strategy | 1.00 @160.00/hr | 160.00 |
|  | GAB | Conference with Attorney Duggan regarding results of Pre-Trial Hearing and conference with ADA regarding weaknesses in prosecution's case | 0.40 @160.00/hr | No Charge |
|  | GAB | Work on motion for criminal record of Joseph Bavis | 0.40 @160.00/hr | 64.00 |
| 5/14/04 | GAB | Work on motion for criminal record of Joseph Bavis | 0.50 @160.00/hr | 80.00 |
|  | GAB | Telephone conference with ADA Eisenstadt regarding his assent to motion for criminal record of Joseph Bavis and request that he preserve turret tape of Bavis's telephone conference with police | 0.10 @160.00/hr | 16.00 |

Mary Catherine Sexton, Esq.                                                    Page 5

July 29, 2004

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| | GAB | Review GES records, attorney notes and court documents to prepare for trial | 3.60 @160.00/hr | 576.00 |
| | GAB | In court for conference with court regarding the court's need to reschedule hearing on motion for criminal record of Joseph Bavis | 1.90 @160.00/hr | 304.00 |
| | GAB | Telephone call to Steve Casterline to advise him of trial date | 0.10 @160.00/hr | 16.00 |
| | GAB | Telephone conference with Teamster John Perry to advise him of trial date and discuss theories of defense | 0.30 @160.00/hr | 48.00 |
| | GAB | Draft correspondence to John Perry concerning trial date and Joseph Bavis | 0.40 @160.00/hr | 64.00 |
| | GAB | Telephone conference with Attorney Duggan confirming authority to retain investigator to investigate allegation that Joseph Bavis made prior false complaint of sexual assault | 0.10 @160.00/hr | 16.00 |
| | GAB | Draft motion to preserve turret tape of Bavis telephone call to police | 0.40 @160.00/hr | 64.00 |
| | GAB | Work on motion for court ordered production of Massachusetts Department of Employment & Training records of Joseph Bavis to show Bavis was not working at time of alleged workplace assault | 1.10 @160.00/hr | 176.00 |
| 5/17/04 | GAB | Telephone conference with John DiNatale of DiNatale Investigative Services to retain investigator and to explain assignment to investigate allegation that Joseph Bavis made prior false complaint of sexual assault | 0.40 @160.00/hr | 64.00 |
| | GAB | Draft correspondence to John DiNatale confirming assignment | 0.60 @160.00/hr | 96.00 |
| | GAB | Telephone conference with Steve Casterline regarding the need for show schedules for 2003 | 0.10 @160.00/hr | 16.00 |
| | GAB | Telephone conference with Joseph Sangregorio regarding status of case and the need for additional GES records to defend Mr. Hosseini | 0.30 @160.00/hr | 48.00 |
| | GAB | Draft correspondence to Joseph Sangregorio regarding status of case and the need for additional GES records to defend Mr. Hosseini | 1.30 @160.00/hr | 208.00 |

Mary Catherine Sexton, Esq.                                                    Page 6

**July 29, 2004**

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| | GAB | Legal research to support motions for court orders for the production of the disability and unemployment compensation records of Joseph Bavis | 0.90 @160.00/hr | 144.00 |
| | GAB | Prepare motion for court order for production of Division of Employment & Training records concerning Joseph Bavis | 1.80 @160.00/hr | 288.00 |
| | GAB | Prepare motion for court order for production of Teamster Health and Disability records concerning Joseph Bavis | 2.00 @160.00/hr | 320.00 |
| 5/18/04 | GAB | Telephone conference with Mr. Hosseini regarding GES's leadership training that may conflict with trial date, need for Corey Tang's testimony at trial and status of trial preparation | 0.30 @160.00/hr | 48.00 |
| | GAB | Prepare memorandum to file regarding the telephone conference with Mr. Hosseini regarding GES's leadership training that may conflict with trial date and the need for Corey Tang's testimony at trial | 0.10 @160.00/hr | 16.00 |
| | GAB | Telephone conference with Maryann Passiatore regarding GES records needed for trial | 0.20 @160.00/hr | 32.00 |
| | GAB | Prepare memorandum regarding witnesses needed to be summonsed for trial | 0.60 @160.00/hr | 96.00 |
| | GAB | Telephone conference with ADA Eisenstadt regarding his assent to each of the four Pre-Trial Motions and scheduling each for hearing | 0.20 @160.00/hr | 32.00 |
| 5/19/04 | GAB | Travel to court for hearing on motions to preserve Joseph Bavis's 911 call to police, to order production of TeamsterCare records of Bavis's disability, to order production of Massachusetts Division of Employment & Training records concerning Bavis's application and receipt of unemployment benefits, and to obtain the criminal record of Joseph Bavis | 0.40 @160.00/hr | 64.00 |
| | GAB | In-court waiting for hearing on motions to preserve Joseph Bavis's 911 call to police, to order production of TeamsterCare records of Bavis's disability, to order production of Massachusetts Division of Employment & Training records concerning Bavis's application and receipt of unemployment benefits, and to obtain the criminal record of Joseph Bavis | 3.50 @160.00/hr | 560.00 |

Mary Catherine Sexton, Esq.                                                    Page 7

**July 29, 2004**

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/19/04 | GAB | Participate in hearing on motions to preserve Joseph Bavis's 911 call to police, to order production of TeamsterCare records of Bavis's disability, to order production of Massachusetts Division of Employment & Training records concerning Bavis's application and receipt of unemployment benefits, and to obtain the criminal record of Joseph Bavis | 0.20 @160.00/hr | 32.00 |
| | GAB | Travel from court after hearing on motions to preserve Joseph Bavis's 911 call to police, to order production of TeamsterCare records of Bavis's disability, to order production of Massachusetts Division of Employment & Training records concerning Bavis's application and receipt of unemployment benefits, and to obtain the criminal record of Joseph Bavis | 0.90 @160.00/hr | 144.00 |
| | GAB | Prepare correspondence to keepers of records regarding instructions for the response to the summons duces tecum | 0.40 @160.00/hr | 64.00 |
| | GAB | Draft memorandum regarding the requests to various courts of the Commonwealth requesting certified records of Bavis's convictions | 0.50 @160.00/hr | 80.00 |
| | GAB | Conference with Attorney Duggan regarding criminal record of Joseph Bavis and its effect on trial strategy | 0.20 @160.00/hr | 32.00 |
| | GAB | Review summonses duces tecum for Teamsters and Division of Employment & Training for service | 0.10 @160.00/hr | 16.00 |
| | GAB | Telephone conference with Corey Tang regarding her prospective testimony concerning Mr. Hosseini's innocence | 0.20 @160.00/hr | 32.00 |
| | GAB | Prepare memorandum regarding the telephone conference with Corey Tang and her prospective testimony concerning Mr. Hosseini's innocence | 0.10 @160.00/hr | 16.00 |
| 5/20/04 | GAB | Prepare case budget for GES as requested by client | 2.10 @160.00/hr | |
| 5/21/04 | GAB | Telephone call from the private investigator regarding the fact that Peter Doherty no longer works for Freeman Decorating and request for direction | 0.10 @160.00/hr | 16.00 |
| | GAB | Prepare correspondence to Ms. Sexton advising her of status of Doherty investigation and requesting permission to continue investigation | 0.20 @160.00/hr | 32.00 |

Mary Catherine Sexton, Esq.                                                                 Page 8

**July 29, 2004**

|          |     |                                                                                                                                                                                                        | Hrs/Rate          | Amount |
|----------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------------------|--------|
| 5/24/04  | GAB | Telephone conference with Mr. DiNatale regarding his efforts to locate Peter Doherty, former supervisor of Bavis, who was allegedly accused falsely by Bavis of sexual assault                           | 0.10 @160.00/hr   | 16.00  |
|          | GAB | Telephone conference with keeper of records for DET regarding DET's intent to assert privilege, basis for privilege, and refusal to produce Bavis unemployment records                                  | 0.30 @160.00/hr   | 48.00  |
|          | GAB | Telephone conference with counsel for DET regarding foundation of DET's privilege                                                                                                                       | 0.20 @160.00/hr   | 32.00  |
|          | GAB | Telephone conference with John DiNatale regarding information that he received that Mr. Doherty moved from Massachusetts to Vermont to Massachusetts                                                      | 0.20 @160.00/hr   | 32.00  |
|          | GAB | Prepare memorandum regarding latest information on Mr. Doherty                                                                                                                                          | 0.10 @160.00/hr   | 16.00  |
|          | GAB | Legal research on Massachusetts state constitutional right to information in DET records and evolving protocol implemented by the SJC to balance statutory privileges and constitutional rights         | 4.30 @160.00/hr   | 688.00 |
| 5/25/04  | GAB | Telephone conference with counsel for DET regarding his intent to file motion to quash and Mr. Hosseini's theory of relevance to overcome DET's privilege to withhold records                           | 0.30 @160.00/hr   | 48.00  |
|          | GAB | Prepare correspondence to Peter Doherty, Bavis's former supervisor who allegedly was also falsely accused of sexual assault by Bavis, requesting his assistance in this matter                          | 0.70 @160.00/hr   | 112.00 |
|          | GAB | Legal research on evolving protocol implemented by the SJC to balance statutory privileges and constitutional rights                                                                                    | 1.30 @160.00/hr   | 208.00 |
|          | GAB | Receive and review DET's motion to quash summons duces tecum                                                                                                                                            | 0.30 @160.00/hr   | 48.00  |
|          | GAB | Telephone conference with counsel for DET regarding receipt of motion to quash and intent to serve ADA Eisenstadt                                                                                       | 0.10 @160.00/hr   | 16.00  |
|          | GAB | Telephone conference with John Perry regarding his need to attend meeting on morning of trial                                                                                                           | 0.10 @160.00/hr   | 16.00  |
|          | GAB | Start preparing opposition to DET's motion to quash summons duces tecum                                                                                                                                 | 3.90 @160.00/hr   | 624.00 |

Mary Catherine Sexton, Esq.                                                                    Page 9

July 29, 2004

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/26/04 | GAB | Legal research on flux in Massachusetts law concerning protocol for criminal defendant to overcome statutory privilege for opposition to DET's motion to quash summons duces tecum | 3.30 @160.00/hr | 528.00 |
|  | GAB | Work on opposition to DET's motion to quash summons duces tecum | 4.80 @160.00/hr | 768.00 |
| 5/27/04 | CAD | Conference with Attorney Butler regarding strategies for compelling the Boston PD investigator to appear at trial and admit to deficiencies in investigation; also discuss potential witnesses to be subpoenaed by Moshen from Local 82 | 0.40 @225.00/hr | 90.00 |
|  | GAB | Receive and review correspondence from DET to court requesting a hearing on motion for quash | 0.10 @160.00/hr | 16.00 |
|  | GAB | Receive and review certified copies of convictions of Bavis from Boston Municipal Court and Dorchester District Court | 0.20 @160.00/hr | 32.00 |
|  | GAB | Receive and review certificate of service for summonses to Teamsters HealthCare and DET | 0.10 @160.00/hr | 16.00 |
|  | GAB | Receive and review TeamsterCare records for Bavis's disability from November 22, 2002 through May 30, 2003 | 0.30 @160.00/hr | 48.00 |
|  | GAB | Receive and review GES records for 2002 - 2004 shows | 0.80 @160.00/hr | 128.00 |
|  | GAB | Telephone conference with Joseph Sangregorio regarding status of case | 0.20 @160.00/hr | 32.00 |
|  | GAB | Prepare correspondence to Joseph Sangregorio regarding case strategy and necessary GES witnesses | 0.40 @160.00/hr | 64.00 |
|  | GAB | Work on opposition to DET's motion to quash the summons duces tecum | 5.80 @160.00/hr | 928.00 |
| 5/28/04 | CAD | Telephone call from Attorney Mary Catherine Sexton regarding trial date and importance of recognizing potential difficulties raised by calling many of the Union employees as witnesses who are needed to move in scheduled show at The Hynes | 0.20 @225.00/hr | 45.00 |
|  | CAD | Meeting with Attorney Butler to discuss trial and evidence strategies; review of Massachusetts law on Abuse of Process or Malicious Prosecution | 2.00 @225.00/hr | 450.00 |

Mary Catherine Sexton, Esq.                                                                    Page 10

**July 29, 2004**

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/28/04 | CAD | Telephone call from Joseph Sangregorio regarding timing of trial and issues presented by use of work force as witnesses | 0.20 @225.00/hr | 45.00 |
| | GAB | Work on opposition to DET's motion to quash | 0.60 @160.00/hr | 96.00 |
| | GAB | Receive and review conviction of Joseph Bavis from Marlborough District Court | 0.10 @160.00/hr | 16.00 |
| | GAB | Prepare for hearing on motion for quash by reviewing exhibits | 0.20 @160.00/hr | 32.00 |
| | GAB | Telephone call to assistant district attorney to notify him of hearing on motion to quash | 0.10 @160.00/hr | 16.00 |
| 6/1/04 | GAB | Appear in court for hearing on motion to quash; argue against motion to quash and receive court order to further investigate alternative source for DET records and to return for conclusion of hearing tomorrow | 1.70 @160.00/hr | 272.00 |
| | GAB | Appear at offices of DET to discuss possible fraud on DET committed by Joseph Bavis | 0.50 @160.00/hr | 80.00 |
| | GAB | Conference with counsel for DET to discuss possible agreed resolution of DET's motion to quash and possible fraud on DET committed by Joseph Bavis | 0.40 @160.00/hr | 64.00 |
| | GAB | Travel to office from conference with counsel for DET regarding possible agreed resolution of DET's motion to quash and possible fraud on DET committed by Joseph Bavis | 0.90 @160.00/hr | 144.00 |
| | GAB | Telephone conference with counsel for DET regarding documents that GES should have from DET concerning Bavis that may obviate the need for DET records | 0.30 @160.00/hr | 48.00 |
| | GAB | Telephone conference with Mr. Sangregorio regarding court's request that GES produce all DET records before it orders records from the DET, status of GES witnesses for trial and status of investigation for Mr. Doherty | 0.30 @160.00/hr | 48.00 |
| | GAB | Telephone conference with John Perry regarding Teamster records that may be helpful to defense and the need for a summons duces tecum for those records | 0.20 @160.00/hr | 32.00 |
| | GAB | Draft memorandum regarding telephone conference with John Perry | 0.10 @160.00/hr | 16.00 |

Mary Catherine Sexton, Esq.                                                    Page 11

**July 29, 2004**

| Date | | | | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 6/1/04 | GAB | Telephone conference with John DiNatale regarding status of investigation for Mr. Doherty and additional options available | | 0.20 @160.00/hr | 32.00 |
| | GAB | Review trial summonses to John Perry, Brian Perry and Teamsters Local 82 | | 0.10 @160.00/hr | 16.00 |
| | GAB | Receive and start review of GES 2002 and 2003 payroll records for Boston | | 0.60 @160.00/hr | 96.00 |
| | GAB | Draft correspondence to Ms. Passiatore inquiring whether GES has record of Bavis working in January or February 2004 | | 0.10 @160.00/hr | 16.00 |
| | GAB | Telephone conference with counsel for DET regarding status of my investigation into DET records of Bavis, the fact that GES does not possess additional DET records, and how Mr. Hosseini can not obtain information contained in DET's records | | 0.40 @160.00/hr | 64.00 |
| | GAB | Receive and review certified copies of Bavis's conviction for drug possession, charges of assault & battery and application, affidavit, and order for c. 209A restraining order | | 0.30 @160.00/hr | 48.00 |
| | GAB | Telephone call to Andrea Smith of Jon Jay requesting all DET documents concerning Bavis's unemployment benefits | | 0.10 @160.00/hr | 16.00 |
| | PAM | Notarize Summons Duces Tecum to John Perry and two Trial Summons to John and Brian Perry for Attorney Butler; enter information into notary journal | | 0.80 @90.00/hr | 72.00 |
| 6/2/04 | GAB | In court to report on DET records in possession of GES and further argue motion to quash summons duces tecum for DET records of Bavis unemployment in October and November | | 1.40 @160.00/hr | 224.00 |
| | GAB | Report to court on DET records in possession of GES, further argue motion to quash summons duces tecum for DET records of Bavis unemployment in October and November; recieve court order that DET must produce Bavis application for benefits before court will rule on motion to quash at tomorrow's hearing | | 1.20 @160.00/hr | 192.00 |
| | GAB | Receive and review correspondence from Ms. Passiatore regarding fact that GES has no records of Bavis working in January or February 2004 | | 0.10 @160.00/hr | 16.00 |

Mary Catherine Sexton, Esq.                                                      Page 12

July 29, 2004

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/2/04 | GAB | Receive and review record of Bavis earnings for 2002 provided by Ms. Passiatore | 0.10 @160.00/hr | 16.00 |
| | GAB | Receive and review certified copy of docket sheet only for Bavis's 1980 conviction for possession of class A substance | 0.10 @160.00/hr | 16.00 |
| | GAB | Telephone call from counsel for DET regarding GES payroll records and dates of alleged assault so that he can obtain all relevant documents for court | 0.20 @160.00/hr | 32.00 |
| | GAB | Telephone conference with Mr. Hosseini regarding status of investigation | 0.20 @160.00/hr | 32.00 |
| | GAB | Review documents provided by GES to determine what documents should be disclosed in discovery to the Commonwealth | 2.40 @160.00/hr | 384.00 |
| | GAB | Telephone call to Mr. McGuire of the Hynes Convention Center to advise him that he will be summonsed for trial | 0.10 @160.00/hr | 16.00 |
| | GAB | Review trial summonses for Messrs. Geary and McGuire, and Delilah Murphy for service | 0.20 @160.00/hr | 32.00 |
| | GAB | Telephone conference with counsel for DET regarding the results of DET computer search for Bavis records | 0.10 @160.00/hr | 16.00 |
| | GAB | Prepare memorandum to file regarding telephone conference with counsel for DET regarding the results of DET computer search for Bavis records | 0.20 @160.00/hr | 32.00 |
| | GAB | Telephone conference with Mr. Hosseini to provide update on today's hearing motion to quash and trial status | 0.20 @160.00/hr | 32.00 |
| | GAB | Telephone call from counsel for DET regarding Bavis's two applications for unemployment benefits on October 21, 2002 amd November 18, 2002 | 0.10 @160.00/hr | 16.00 |
| | GAB | Prepare correspondence to Ms. Passiatore requesting GES payroll records of Bavis be shipped via FedEx | 0.10 @160.00/hr | 16.00 |
| | GAB | Draft correspondence to prosecutor requesting stipulation on testimony of keepers of records, issues presented by the expected absence of Detective Schroeder, and confirmation that Bavis will be only Commonwealth witness | 1.00 @160.00/hr | 160.00 |
| | GAB | Receive and review correspondence from Ms. Passiatore regarding her intention to ship GES payroll records via FedEx | 0.10 @160.00/hr | 16.00 |

Mary Catherine Sexton, Esq.                                                    Page 13

**July 29, 2004**

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| | GAB | Conference with Attorney Duggan regarding GES's staffing issues and trial date | 0.20 @160.00/hr | 32.00 |
| | GAB | Telephone conference with Pat Geary regarding his expected trial testimony | 0.40 @160.00/hr | 64.00 |
| | GAB | Prepare memorandum regarding the telephone conference with Pat Geary regarding his expected trial testimony | 0.10 @160.00/hr | 16.00 |
| | GAB | Telephone conference with John Corkery regarding his expected trial testimony | 0.30 @160.00/hr | 48.00 |
| | GAB | Prepare memorandum regarding the telephone conference with John Corkery regarding his expected trial testimony | 0.10 @160.00/hr | 16.00 |
| | GAB | Prepare memorandum regarding the fact that telephone numbers of Brian Perry and James DiMikas have been disconnected | 0.10 @160.00/hr | 16.00 |
| | GAB | Telephone conference with Mr. Casterlline regarding status of case and GES's staffing issues for Boston next week | 0.20 @160.00/hr | 32.00 |
| | PAM | Notarize Summons Duces Tecum to keeper of records of Public Safety Office and Trial Summons to Kevin McGuire, Delia Murphy, John Corkery, Patrick Geary and Steve Casterline for Attorney Butler; update notary journal | 1.10 @90.00/hr | 99.00 |
| 6/3/04 | GAB | Prepare outline for conference with prosecutor to dismiss case | 0.80 @160.00/hr | 128.00 |
| | GAB | In Boston Municipal Court to argue against motion to quash summons to DET (as ordered by court) and explain to court all the exculpatory evidence in Mr. Hosseini's possession | 2.60 @160.00/hr | 416.00 |
| | GAB | Conference with prosecutor to set up meeting to discuss dismissal of case and brief summary of reasons for meeting | 0.20 @160.00/hr | 32.00 |
| | GAB | Conference with Attorney Duggan regarding status of motion to quash, trial date and attempts to reach Detective Schroeder | 0.20 @160.00/hr | 32.00 |
| | GAB | Telephone conference with Mr. Flynn regarding the prosecutor's intent to speak with him and review information concerning case that Mr. Flynn possesses | 0.30 @160.00/hr | 48.00 |

Mary Catherine Sexton, Esq.                                                    Page 14

**July 29, 2004**

|        |     |                                                                                                                                                                                      | Hrs/Rate | Amount |
|--------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|----------|--------|
| 6/3/04 | GAB | Prepare memorandum regarding the telephone conference with Mr. Flynn regarding the prosecutor's intent to speak with him and review information concerning case that Mr. Flynn possesses | 0.10 @160.00/hr | 16.00 |
|        | GAB | Telephone conference with Mr. DiNatale requesting that he conclude investigation of Mr. Doherty and commence investigation into residence of Detective Schroeder for service of trial summons | 0.10 @160.00/hr | 16.00 |
|        | GAB | Telephone conference with Mr. Hosseini to provide an update on case including conference with prosecutor and motion to quash | 0.10 @160.00/hr | 16.00 |
|        | GAB | Telephone conference with Mr. Sangregorio regarding status on case including conference with prosecutor and motion to quash | 0.10 @160.00/hr | 16.00 |
|        | GAB | Telephone call to prosecutor to ask him to contact Pat Geary, John Perry and James Flynn to prepare for our meeting | 0.10 @160.00/hr | 16.00 |
|        | GAB | Draft Motion for Bill of Particulars | 0.50 @160.00/hr | 80.00 |
|        | GAB | Prepare correspondence to prosecutor with bill of particulars, describing the status of motion to quash, requesting additional discovery from the Commonwealth, and providing witness names and telephone numbers so that prosecutor can contact them | 0.70 @160.00/hr | 112.00 |
|        | GAB | Telephone conference with John Perry to confirm that I may share his telephone number with the prosecutor | 0.10 @160.00/hr | 16.00 |
|        | GAB | Telephone conference with Mr. DiNatale regarding the results of his investigation of identity and locations of Detective Erin Schroeder, a.k.a., Erin Withington for service of trial summons | 0.10 @160.00/hr | 16.00 |
|        | GAB | Prepare memorandum to file regarding the telephone conference with Mr. DiNatale regarding the results of his investigation of identity and locations of Detective Erin Schroeder, a.k.a., Erin Withington for service of trial summons | 0.10 @160.00/hr | 16.00 |
|        | GAB | Telephone conference with counsel for DET to advise him that prosecutor has not provided information court needs for ruling on motion to quash | 0.10 @160.00/hr | 16.00 |

Mary Catherine Sexton, Esq.                                                                Page 15

**July 29, 2004**

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| | GAB | Telephone call from prosecutor regarding his inability to contact Bavis to confirm date of offense | 0.10 @160.00/hr | 16.00 |
| | GAB | Telephone conference with Mr. Geary confirming that he received summons and to expect a telephone call from prosecutor | 0.10 @160.00/hr | 16.00 |
| | GAB | Prepare status report to Ms. Sexton | 0.70 @160.00/hr | |
| | PAM | Notarize Trial Summons to Erin T. Worthington for Attorney Butler | 0.30 @90.00/hr | 27.00 |
| 6/4/04 | GAB | Telephone conference with Dennis Callahan and Kevin McGuire from the Hynes CC regarding the status of Hynes CC's attempt to collect records on Bavis and schedule for Mr. McGuire's testimony | 0.20 @160.00/hr | 32.00 |
| | GAB | Prepare memorandum regarding the telephone conference with Dennis Callahan and Kevin McGuire from the Hynes CC regarding the status of Hynes CC's attempt to collect records on Bavis and schedule for Mr. McGuire's testimony | 0.10 @160.00/hr | 16.00 |
| | GAB | Telephone call to prosecutor to inquire about meeting with supervisor to discuss dismissal | 0.10 @160.00/hr | 16.00 |
| | GAB | Telephone conference with Detective Schroeder regarding her receipt of trial summons and her intent to talk to prosecutor about her assent to dismissing the case | 0.20 @160.00/hr | 32.00 |
| | GAB | Conference with Attorney Duggan regarding telephone conference with Detective Schroeder | 0.10 @160.00/hr | 16.00 |
| | GAB | Receive and review GES payroll records of Joseph Bavis from Las Vegas | 0.10 @160.00/hr | 16.00 |
| | GAB | Draft status letter to Mary Catherine Sexton regarding the telephone conference with Detective Schroeder | 0.70 @160.00/hr | 112.00 |
| | GAB | Telephone conference with the prosecutor regarding his conversation with Mr. Flynn and my telephone conference with Detective Schroeder | 0.20 @160.00/hr | 32.00 |
| | GAB | Telephone conference with Mr. Hosseini regarding status of efforts to get the case dismissed | 0.30 @160.00/hr | 48.00 |

Mary Catherine Sexton, Esq.                                                                   Page 16

**July 29, 2004**

|        |     |                                                                                                                                                                              | Hrs/Rate            | Amount |
|--------|-----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|---------------------|--------|
| 6/4/04 | GAB | Prepare status report to Ms. Sexton based upon the telephone conference with the prosecutor regarding the status of his investigation                                        | 0.20 @160.00/hr     | 32.00  |
| 6/7/04 | GAB | Telephone conference with John Perry regarding the status of my attempts to get case dismissed and scheduling issues for trial                                               | 0.20 @160.00/hr     | 32.00  |
|        | GAB | Telephone conference with counsel for DET regarding the probable need to conclude motion to quash hearing tomorrow                                                           | 0.10 @160.00/hr     | 16.00  |
|        | GAB | Receive and review copies of returns of service for ten trial summons                                                                                                       | 0.20 @160.00/hr     | 32.00  |
|        | GAB | Develop trial strategy                                                                                                                                                        | 0.90 @160.00/hr     | 144.00 |
|        | GAB | Prepare witness list for court                                                                                                                                                | 0.30 @160.00/hr     | 48.00  |
|        | GAB | Telephone call to prosecutor to advise him of need to conclude hearing on DET's motion to quash                                                                              | 0.10 @160.00/hr     | 16.00  |
|        | GAB | Telephone conference with Mr. Hosseini regarding the fact that prosecutor has not advised me of decision on whether he intends to prosecute case                             | 0.10 @160.00/hr     | 16.00  |
| 6/8/04 | GAB | Telephone conference with court regarding Judge Johnson's unavailability to conclude motion to quash                                                                         | 0.10 @160.00/hr     | 16.00  |
|        | GAB | Telephone conference with counsel for DET regarding the need to conclude motion to quash in light of trial date                                                             | 0.10 @160.00/hr     | 16.00  |
|        | GAB | Conference with Attorney Duggan regarding status of hearing on motion to quash and prosecutor's decision to dismiss case                                                    | 0.20 @160.00/hr     | 32.00  |
|        | GAB | In court to conclude hearing on motion to quash and conference with prosecutor on status of decision to dismiss case; conference with court te court's order allowing DET's motion to quash | 1.20 @160.00/hr | 192.00 |
|        | GAB | Conference with prosecutor regarding status of his office's decision to dismiss and additional information that may be helpful to prosecutor's decision to dismiss           | 0.20 @160.00/hr     | 32.00  |

Mary Catherine Sexton, Esq.                                    Page 17

**July 29, 2004**

| Date | | Description | Hrs/Rate | Amount |
|------|------|-------------|----------|--------|
| 6/8/04 | GAB | Telephone conference with counsel for DET regarding court's decision on DET's motion to quash | 0.10 @160.00/hr | 16.00 |
| | GAB | Prepare correspondence to Ms. Sexton regarding court's decision on motion to quash and conference with prosecutor on status of decision to dismiss case | 1.60 @160.00/hr | 256.00 |
| | GAB | Telephone conference with prosecutor regarding additional information that his supervisor needs to make decision on dismissal of case | 0.30 @160.00/hr | 48.00 |
| | GAB | Telephone conference with Ms. Sexton regarding her intent to contact Jon Jay to seek unemployment information of Bavis | 0.10 @160.00/hr | 16.00 |
| | GAB | Receive and review correspondence from Ms. Sexton concerning alternative manner of introducing unemployment issue at trial | 0.10 @160.00/hr | 16.00 |
| | GAB | Receive and review correspondence from Ms. Sexton to Jon Jay seeking unemployment information of Bavis | 0.10 @160.00/hr | 16.00 |
| | GAB | Draft correspondence to Ms. Sexton concerning evidentiary issues arising from inability to acquire DET records | 0.50 @160.00/hr | 80.00 |
| | GAB | Telephone call to John Perry requesting summonsed Teamster records before day of trial | 0.10 @160.00/hr | 16.00 |
| | GAB | Receive and review correspondence from Jon Jay regarding the dates that Bavis received unemployment compensation | 0.10 @160.00/hr | 16.00 |
| | GAB | Receive and review correspondence from Ms. Sexton inquiring whether GES should ask Freeman for any unemployment records | 0.10 @160.00/hr | 16.00 |
| | GAB | Telephone conference with Mr. Casterline regarding the status of trial date, witnesses needed for trial, and GES scheduling issues | 0.20 @160.00/hr | 32.00 |
| | GAB | Draft correspondence to Ms. Passiatore requesting clarification of Bavis payroll records in 2002 | 0.10 @160.00/hr | 16.00 |
| | GAB | Prepare correspondence to Ms. Sexton asking GES to ask Freeman for any unemployment records | 0.10 @160.00/hr | 16.00 |
| 6/9/04 | CAD | Work on selection and preparation of witness testimony with Attorney Butler and telephone call to Attorney Sexton regarding status | 0.80 @225.00/hr | 180.00 |

Mary Catherine Sexton, Esq.                                                              Page 18

**July 29, 2004**

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| GAB | Receive and review correspondence from Jon Jay describing his 2002 unemployment benefits | 0.10 @160.00/hr | 16.00 |
| GAB | Telephone call to Mr. Hosseini regarding status of prosecutor's decision whether to prosecute case and pretrial meeting tomorrow | 0.10 @160.00/hr | 16.00 |
| GAB | Conclude review of documentary evidence to prepare for witness examination outlines | 1.50 @160.00/hr | 240.00 |
| GAB | Telephone conference with John Perry regarding side job Mr. Bavis is performing | 0.10 @160.00/hr | 16.00 |
| GAB | Receive and review records of Teamsters regarding Bavis | 0.10 @160.00/hr | 16.00 |
| GAB | Prepare motion in limine to permit chalks | 1.20 @160.00/hr | 192.00 |
| GAB | Conference with Attorney Duggan regarding trial strategy | 0.40 @160.00/hr | 64.00 |
| GAB | Telephone conference with Mr. Casterline regarding the need for Mr. Flynn's testimony and Atlantic City and Javits Center records | 0.20 @160.00/hr | 32.00 |
| GAB | Work on documents to be enhanced for trial chalks | 0.40 @160.00/hr | 64.00 |
| GAB | Receive and review new GES payroll records of Bavis | 0.10 @160.00/hr | 16.00 |
| GAB | Telephone conference with Mr. McGuire regarding the need for MCCA records before tomorrow's trial and his expected testimony | 0.20 @160.00/hr | 32.00 |
| GAB | Telephone call to prosecutor confirming that no testimony is needed to introduce records at trial | 0.10 @160.00/hr | 16.00 |
| GAB | Receive and review MCCA records regarding Bavis | 0.30 @160.00/hr | 48.00 |
| GAB | Telephone conference with prosecutor regarding his intent to request continue trial date and new witnesses against Mr. Hosseini | 0.10 @160.00/hr | 16.00 |

Mary Catherine Sexton, Esq.                                              Page 19

**July 29, 2004**

|         |     |                                                                                                                                                              | Hrs/Rate              | Amount |
|---------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------------------|--------|
| 6/9/04  | GAB | Prepare memorandum regarding the telephone conference with prosecutor regarding his intent to request continue trial date and new witnesses against Mr. Hosseini | 0.10 @160.00/hr      | 16.00  |
|         | GAB | Telephone conference with Mr. Hosseini regarding new witnesses and our attempts to interview them tonight                                                     | 0.20 @160.00/hr      | 32.00  |
|         | GAB | Telephone call to prosecutor regarding my intent to interview all five new witnesses tonight                                                                  | 0.10 @160.00/hr      | 16.00  |
|         | GAB | Prepare memorandum regarding information Mr. Hosseini provided on five new witnesses                                                                          | 0.20 @160.00/hr      | 32.00  |
|         | GAB | Telephone conference with John Perry regarding five new witnesses and his impression of each of them                                                          | 0.20 @160.00/hr      | 32.00  |
|         | GAB | Conference with Attorney Duggan regarding five new witnesses and strategy to address issue                                                                    | 0.10 @160.00/hr      | 16.00  |
|         | GAB | Telephone conference with Ms. Tang and Mr. Geary regarding status of pretrial preparation                                                                     | 0.20 @160.00/hr      | 32.00  |
|         | GAB | Telephone conference with Mr. Casterline regarding five new witnesses and trial schedule                                                                      | 0.10 @160.00/hr      | 16.00  |
|         | GAB | Prepare motion for required finding of not guilty                                                                                                             | 0.50 @160.00/hr      | 80.00  |
|         | GAB | Telephone conference with William Dodd, newly disclosed witness by Bavis, regarding fact that he did not witness alleged assault on Bavis                      | 0.20 @160.00/hr      | 32.00  |
|         | GAB | Prepare memorandum regarding the telephone conference with William Dodd, newly disclosed witness by Bavis, regarding fact that he did not witness alleged assault on Bavis | 0.10 @160.00/hr | 16.00  |
|         | GAB | Telephone conference with William Benner, newly disclosed witness by Bavis, regarding fact that he did not witness alleged assault on Bavis and other information he will disclose to prosecutor | 0.40 @160.00/hr | 64.00  |
|         | GAB | Telephone conference with Morgan Crane, newly disclosed witness by Bavis, regarding fact that he did not witness alleged assault on Bavis                      | 0.10 @160.00/hr      | 16.00  |
|         | GAB | Legal research on variance of proof with Commonwealth's allegations                                                                                           | 0.40 @160.00/hr      | 64.00  |

Mary Catherine Sexton, Esq.                                                    Page 20

**July 29, 2004**

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| | GAB | Telephone conference with Ronald Lewis, newly disclosed witness by Bavis, regarding fact that he did not witness alleged assault on Bavis and other information that he possessed of relationship between Bavis and Mr. Hosseini | 0.50 @160.00/hr | 80.00 |
| | GAB | Telephone call to John Kenney, newly disclosed witness by Bavis, regarding the need to discuss information he has on matter | 0.10 @160.00/hr | 16.00 |
| | GAB | Telephone conference with Mr. Hosseini regarding the status of investigation into five newly disclosed witnesses | 0.10 @160.00/hr | 16.00 |
| | GAB | Prepare witness outlines for examination at trial | 4.00 @160.00/hr | 640.00 |
| 6/10/04 | GAB | Develop theory of case for opening statement | 0.60 @160.00/hr | 96.00 |
| | GAB | Conference with Mr. Hosseini to prepare him to testify | 1.00 @160.00/hr | 160.00 |
| | GAB | In court for hearing on Commonwealth's motion to continue trial | 1.70 @160.00/hr | 272.00 |
| | GAB | Conference with prosecutor during breaks in court to explain why the Commonwealth should dismiss the matter today and have Mr. Casterline engage in conference with prosecutor regarding same | 2.20 @160.00/hr | 352.00 |
| | GAB | Conference with Mr. Hosseini regarding decision-making process of prosecutor | 0.30 @160.00/hr | 48.00 |
| | GAB | Telephone conference with John Perry regarding outcome of Commonwealth's motion to continue | 0.10 @160.00/hr | 16.00 |
| | GAB | Telephone conference with Mr. Geary regarding outcome of Commonwealth's motion to continue | 0.10 @160.00/hr | 16.00 |
| | GAB | Telephone conference with Mr. Corkery regarding outcome of Commonwealth's motion to continue | 0.10 @160.00/hr | 16.00 |
| | GAB | Telephone conference with Mr. McGuire regarding outcome of Commonwealth's motion to continue | 0.10 @160.00/hr | 16.00 |

Mary Catherine Sexton, Esq.                                                                 Page 21

**July 29, 2004**

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/10/04 | GAB | Telephone conference with Ms. Tang regarding outcome of Commonwealth's motion to continue and need to assist prosecutor to interview Teamsters for potential dismissal | 0.20 @160.00/hr | 32.00 |
| | GAB | Telephone conference with Mr. Flynn regarding outcome of Commonwealth's motion to continue and need to assist prosecutor to interview Teamsters for potential dismissal | 0.10 @160.00/hr | 16.00 |
| | GAB | Telephone call to Mr. Sangregorio regarding outcome of Commonwealth's motion to continue and status of potential dismissal | 0.10 @160.00/hr | 16.00 |
| | GAB | Telephone conference with Attorney Duggan regarding outcome of Commonwealth's motion to continue and strategy to advance case to influence prosecutor to dismiss case | 0.30 @160.00/hr | 48.00 |
| | GAB | Telephone call to prosecutor to advise him of assistance that will be provided to him to interview potential witnesses provided to him this morning from Bavis | 0.10 @160.00/hr | 16.00 |
| | GAB | Receive and review facsimile copy of Bavis conviction for carrying firearm and assault and battery by revolver | 0.10 @160.00/hr | 16.00 |
| | GAB | Telephone conference with John Kenney regarding that fact that he allegedly witnessed a sexual assault on Bavis and the fact that he never reported this to anyone | 0.30 @160.00/hr | 48.00 |
| | GAB | Prepare memorandum regarding the telephone conference with John Kenney regarding the fact that he allegedly witnessed a sexual assault on Bavis and the fact that he never reported this to anyone | 0.10 @160.00/hr | 16.00 |
| | GAB | Telephone conference with Mr. Hosseini regarding Mr. Kenny's allegations | 0.20 @160.00/hr | 32.00 |
| | GAB | Telephone conference with John Perry regarding Mr. Kenney's allegations | 0.20 @160.00/hr | 32.00 |
| | GAB | Prepare status report to Ms. Sexton after learning of Kenney allegations | 0.80 @160.00/hr | 128.00 |
| | GAB | Telephone call to prosecutor offering to assist him to interview witnesses | 0.10 @160.00/hr | 16.00 |
| | GAB | Telephone conference with Ms. Tang and Mr. Geary regarding prosecutor's apparent unwillingness to speak to witnesses today | 0.10 @160.00/hr | 16.00 |

Mary Catherine Sexton, Esq.                                                                 Page 22

July 29, 2004

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
|  | GAB | Telephone conference with Mr. Flynn regarding prosecutor's apparent unwillingness to speak to witnesses today and facts of Kenney's allegation | 0.20 @160.00/hr | 32.00 |
|  | GAB | Receive and review correspondence from Sexton regarding whether Kenney mentioned date of his alleged observations | 0.10 @160.00/hr | 16.00 |
|  | GAB | Prepare correspondence to Ms. Sexton regarding Kenney's alleged inability to recall exact date of his alleged observations | 0.10 @160.00/hr | 16.00 |
| 6/11/04 | GAB | Telephone conference with Mr. Hosseini regarding strategy for pursuing dismissal and trial preparation in light of recent statements by John Kenney | 0.50 @160.00/hr | 80.00 |
|  | GAB | Legal research on Commonwealth's obligation to disclose exculpatory evidence | 1.10 @160.00/hr | 176.00 |
|  | GAB | Prepare memorandum for trial summons to issue | 0.30 @160.00/hr | 48.00 |
|  | GAB | Prepare correspondence to Detective Schroeder regarding the need for her testimony at trial | 0.80 @160.00/hr | 128.00 |
|  | GAB | Prepare motion for exculpatory evidence | 0.90 @160.00/hr | 144.00 |
|  | GAB | Prepare Motion for Unredacted Police Report | 0.80 @160.00/hr | 128.00 |
|  | GAB | Prepare correspondence to prosecutor regarding intent to file three additional motions and Bavis' Fifth Amendment issue | 0.60 @160.00/hr | 96.00 |
|  | GAB | Prepare correspondence to Ms. Sexton requesting permission to have private investigator take statements of Messrs. Lewis, Benner Dodd, and Kenney | 0.40 @160.00/hr | 64.00 |
|  | GAB | Telephone call to Mr. Casterline inquiring about the work schedule of Messrs. Dodd, Lewis, Kenney and Benner for private investigator in the event that statements must be taken | 0.10 @160.00/hr | 16.00 |
|  | GAB | Receive and review correspondence from Ms. Sexton to obtain statements from Messrs. Dodd, Lewis, Kenney and Benner | 0.10 @160.00/hr | 16.00 |

Mary Catherine Sexton, Esq.                                                        Page 23

**July 29, 2004**

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/11/04 | GAB | Telephone call to private investigator to inquire if he could take the statements of Messrs. Dodd, Lewis, Kenney and Benner | 0.10 @160.00/hr | 16.00 |
| | GAB | Prepare correspondence to private investigator regarding the statements made by Messrs. Dodd, Lewis, Kenney and Benner over the telephone to me and request to obtain written statements from each | 1.30 @160.00/hr | 208.00 |
| | GAB | Telephone conference with prosecutor regarding his intent to dismiss the case on Monday | 0.10 @160.00/hr | 16.00 |
| | GAB | Telephone conference with Mr. Hosseini regarding prosecutor's intent to dismiss case on Monday | 0.10 @160.00/hr | 16.00 |
| | GAB | Prepare correspondence to Ms. Sexton regarding prosecutor's intent to dismiss case on Monday and inquiring whether investigator should pursue obtaining statements from four Teamsters | 0.20 @160.00/hr | 32.00 |
| | GAB | Telephone call to Mr. Casterline regarding prosecutor's intent to dismiss case on Monday | 0.10 @160.00/hr | 16.00 |
| | GAB | Telephone conference with Mr. Flynn regarding prosecutor's intent to dismiss case on Monday | 0.10 @160.00/hr | 16.00 |
| | GAB | Telephone conference with Ms. Tang regarding prosecutor's intent to dismiss case on Monday | 0.10 @160.00/hr | 16.00 |
| | GAB | Telephone conference with Mr. John Perry regarding prosecutor's intent to dismiss case on Monday | 0.10 @160.00/hr | 16.00 |
| | GAB | Telephone call to Mr. McGuire regarding prosecutor's intent to dismiss case on Monday | 0.10 @160.00/hr | 16.00 |
| 6/14/04 | GAB | Receive and review nolle prosequi and unredacted police report from prosecutor | 0.10 @160.00/hr | 16.00 |
| | GAB | Receive and review correspondence from Ms. Sexton asking that four recent person identified by Bavis as witnesses be interviewed despite the prosecutor's dismissal | 0.10 @160.00/hr | |
| | GAB | Telephone conference with Mr. DiNatale regarding the background of assignment of interviewing Bavis's four new witnesses | 0.20 @160.00/hr | |

Mary Catherine Sexton, Esq.                                        Page 24

**July 29, 2004**

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/14/04 | GAB | Work on correspondence to Mr. DiNatale regarding assignment to take statements from Messrs. Lewis, Benner, Dodd, and Kenney in light of recent developments | 0.90 @160.00/hr | |
| | GAB | Telephone conference with John Perry regarding his receipt of a trial summons and his desire to see something done to Messrs. Bavis and Joseph Perry | 0.10 @160.00/hr | |
| | GAB | Telephone conference with Mr. McGuire regarding the Convention Center's request for information on Joseph Perry | 0.10 @160.00/hr | |
| | GAB | Telephone conference with Mr. Casterline regarding his wish to take action against Mr. Kenney for his false accusation against Mr. Hosseini and the schedule of the four Teamsters who Bavis claimed would corroborate his claim | 0.10 @160.00/hr | |
| | GAB | Telephone conference with Mr. Hosseini regarding telephone number of William Dodd | 0.10 @160.00/hr | |
| | GAB | Telephone conference with prosecutor confirming criminal case was dismissed and Mr. Hosseini did not have an out-of-state record | 0.10 @160.00/hr | 16.00 |
| | GAB | Conference with Attorney Duggan regarding options for GES action against Bavis and Joseph Perry | 0.30 @160.00/hr | |
| | GAB | Telephone conference with Mr. DiNatale regarding contact information for William Dodd | 0.10 @160.00/hr | |
| | GAB | Work on correspondence to Ms. Sexton regarding options for GES in dealing with Bavis, Joseph Perry and Mr. Kenney | 1.80 @160.00/hr | |
| 6/16/04 | GAB | Telephone conference with Mr. DiNatale regarding statements provided by Messrs. Lewis, Brenner and Crane and Mr. Kenney's refusal to provide a statement | 0.20 @160.00/hr | |
| 6/17/04 | GAB | Telephone conference with Mr. Hosseini regarding his request for copy of nolle prosequi, status of private investigator's attempts to get statements and his desire to remove Messrs. Perry, Bavis and Kenney from GES work list | 0.30 @160.00/hr | |
| | GAB | Telephone conference with Mr. Corkery confirming that he does not have to appear for trial | 0.10 @160.00/hr | |
| | GAB | Telephone conference with Mr. Hosseini to advise him a certified copy of nolle prosequi will be obtained tomorrow due to Suffolk County holiday | 0.10 @160.00/hr | |

Mary Catherine Sexton, Esq.                                                          Page 25

July 29, 2004

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/18/04 | GAB | Telephone call from Mr. McGuire regarding his intent to return witness fees provided to Hynes Convention Center | 0.10 @160.00/hr | |
| | GAB | Telephone conference with Ms. Sexton regarding issues GES intends to address now that criminal case has concluded | 0.20 @160.00/hr | |
| | GAB | Prepare memorandum regarding telephone conference with Ms. Sexton regarding issues GES intends to address now that criminal case has concluded | 0.20 @160.00/hr | |
| | GAB | Telephone conference with Mr. Hosseini regarding receipt of court documents confirming dismissal of case | 0.10 @160.00/hr | |
| | GAB | Prepare correspondence to Ms. Sexton regarding receipt of court documents confirming dismissal of case | 0.20 @160.00/hr | |
| | GAB | Conference with Attorney Duggan regarding the need to meet with Mr. Hosseini to determine whether he intends to file suit against Bavis | 0.10 @160.00/hr | |
| | GAB | Telephone call to Mr. Hosseini inquiring if he wished to meet next week to discuss any potential action against Bavis | 0.10 @160.00/hr | |
| 6/21/04 | GAB | Telephone conference with Mr. Hosseini regarding the agenda and schedule of conference to decide on possible litigation strategy against Bavis | 0.20 @160.00/hr | |
| | GAB | Draft memorandum regarding sceduled meeting with Mr. Hosseini | 0.10 @160.00/hr | |
| | GAB | Prepare correspondence to Ms. Sexton regarding scheduled meeting with Mr. Hosseini | 0.20 @160.00/hr | |
| | GAB | Receive and review memorandum from Attorney Duggan regarding subject matter of conference with Mr. Hosseini | 0.10 @160.00/hr | |
| | GAB | Receive and review invoice for service of trial summonses | 0.10 @160.00/hr | |
| 6/22/04 | CAD | Meeting with Moshen Hosseini to review dismissal procedures and determine if further case may be brought | 1.40 @225.00/hr | |
| | GAB | Prepare for conference with Mr. Hosseini and Attorney Duggan to discuss options to obtain relief from false arrest | 0.50 @160.00/hr | |

Mary Catherine Sexton, Esq.                                                                      Page 26

**July 29, 2004**

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/22/04 | GAB | Conference with Mr. Hosseini and Attorney Duggan to discuss option for relief from false arrest | 1.50 @160.00/hr | |
| 6/23/04 | GAB | Receive and review invoice from DiNatale Detective Agency for service performed | 0.10 @160.00/hr | |
| | GAB | Receive and review DiNatale report of investigation for Peter Doherty and Erin Schroeder | 0.10 @160.00/hr | |
| 6/25/04 | GAB | Legal research on viability of section 1983 civil rights action | 5.00 @160.00/hr | |
| 6/28/04 | GAB | Receive and review correspondence from the Massachusetts Convention Center Authority with uncashed checks for witness fees served with subpoenas | 0.10 @160.00/hr | |
| 6/30/04 | GAB | Receive and review June invoices and signed witness statements from DiNatale Investigations | 0.10 @160.00/hr | |

For professional services rendered                                      161.80

Legal Fees Summary

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| Christopher A. Duggan | 13.60 | 225.00 | |
| Gerard A. Butler, Jr. | 145.60 | 160.00 | |
| Pamela A. McBurney | 2.20 | 90.00 | |

| | | | Amount |
|---|---|---|---|
| 6/30/04 | CAD | Telephone, long distance | 1.75 |
| | CAD | Boston Municipal Court | 20.00 |
| | CAD | Dewsnap & Associates | 621.00 |
| | CAD | Kinko's | 311.85 |
| | CAD | LexisNexis | 36.68 |
| | CAD | Photocopies | 303.80 |
| | CAD | Postage | 26.87 |

Mary Catherine Sexton, Esq.                                        Page 27

**July 29, 2004**

|  |  |  | <u>Amount</u> |
|---|---|---|---|
| 6/30/04 | CAD | Telefax | 250.00 |
|  | CAD | Travel, Attorney Butler | 269.80 |
|  | Total costs |  | $1,841.75 |
|  | Total time and expense charges |  |  |
|  | Past Due Balance |  | $5,363.00 |
| Payment - Thank You |  |  | ($5,363.00) |
|  | Balance |  |  |