

GES Exposition Services
950 Grier Drive, Las Vegas, NV 89119   702.263.1500   www.ges.com

October 14, 2005


Mr. Mohsen Hosseini
106 13th Street, #120
Charlestown, MA 02129

      Re:  Commonwealth of Massachusetts v. Mohsen Hosseini
          Boston Municipal Court docket no. 04201 CR 1774

Dear Mr. Hosseini:

As you are aware, GES Exposition Services, Inc. ("GES") paid for legal services provided to you in defense of this matter.  Please be advised GES expects to be repaid the thirty-three thousand seven hundred fifty-eight dollars and seventy-five cents ($33,758.75) it paid to Smith & Duggan LLP to defend you in this matter.

If you have any questions, please do not hesitate to contact me.

Sincerely,

Mary Catherine Sexton
Executive Vice President
and Chief Legal Counsel

Exposition Services   Exhibits & Design   Graphics   Logistics   Electrical   Installing & Dismantling   Technology   Event Services