# WARRANT

**DOCKET NUMBER:** 0401CR001774

**Trial Court of Massachusetts**
**Boston Municipal Court Department**

| DEFENDANT NAME | | | COURT NAME & ADDRESS |
|---|---|---|---|
| MOHSEN HOSSENI | | | **BOSTON MUNICIPAL COURT** |
| **ADDRESS** | **DOB** | **GENDER** | **CRIMINAL DIVISION** |
| 106 13TH STREET #120 | 10/11/1961 | M | 11TH FLOOR, ROOM 1105 |
| CHARLESTOWN, MA 02129 | **SSN** | | 90 DEVONSHIRE STREET |
| | — | | BOSTON, MA 02109 |
| | **PCF NUMBER** | | (617) 788-8600 |

Handwritten: 0400519041

| NO. OF COUNTS | DATE OF COMPLAINT | ETHNICITY | SID NUMBER | POLICE DEPARTMENT OF OFFENSE |
|---|---|---|---|---|
| 1 | 03/22/2004 | W | | SEXUAL ASSAULT UNIT |

| COMPLEXION | HAIR | EYES | HEIGHT | WEIGHT | DRIVER'S LICENSE NUMBER | STATE |
|---|---|---|---|---|---|---|
| | BLACK | BROWN | 5'9" | 160 | | MA |

| HOME PHONE | EMPLOYER NAME | BUSINESS PHONE |
|---|---|---|
| 0– | | |

Handwritten: W14

**FIRST TEN OFFENSE COUNTS**

| COUNT | CODE | OFFENSE DESCRIPTION | DATE OF OFFENSE |
|---|---|---|---|
| 1 | 265:013H | INDECENT A&B ON PERSON 14 OR OVER C265 S13H | 12/22/2003 |

**REASON FOR WARRANT**
REPRESENTATION OF PROS THAT DEFT MAY NOT APPEAR

**TO ANY OFFICER AUTHORIZED TO SERVE CRIMINAL PROCESS:**
You are hereby commanded to arrest the above-named defendant and to bring the defendant forthwith before this court to answer to the offense(s) listed above and to be dealt with according to law.

| CHIEF JUSTICE WITNESS: Hon. Charles R. Johnson | DATE ISSUED 03/22/2004 | SIGNATURE OF CLERK-MAGISTRATE / ASST. CLERK X [signature] |
|---|---|---|

## RETURN OF SERVICE

☐ I certify that the defendant has been arrested and surrendered to the court.
☐ At the request of the prosecutor, I am returning this warrant without service to the court, and I request that it be cancelled pursuant to Mass. R. Crim. P 6(c)(4)

| DATE & TIME OF RETURN | SIGNATURE OF OFFICER X | TITLE OF PERSON MAKING RETURN |
|---|---|---|

| A TRUE COPY ATTEST | CLERK-MAGISTRATE / ASST. CLERK X | ON (DATE) |
|---|---|---|