# APPLICATION FOR COMPLAINT

2 c y. / 7 7 7

Trial Court of Massachusetts
Boston Municipal Court Department

☐ ARREST   ☐ HEARING   ☐ SUMMONS   ☒ WARRANT

The within named complainant requests that a complaint issue against the within named defendant, charging said defendant with the offense(s) listed below.

Boston Municipal Court
Criminal Division, Room 411
Fourth Floor, New Court House
Boston, MA 02108

| DATE OF APPLICATION | DATE OF OFFENSE | PLACE OF OFFENSE |
|---|---|---|
| 3/22/2004 | 2/29/2004 | 900 Boylston STreet, Boston |

NAME, ADDRESS AND ZIP CODE OF COMPLAINANT

Detective Erin Schröeder   #11456 SAU

91 East Concord STreet

Boston, MA  02118

NAME, ADDRESS AND ZIP CODE OF DEFENDANT

Mohsen Hosseni

106 13th Street  #120

Charlestown, MA

| NO. | OFFENSE | G.L. Ch. and Sec |
|---|---|---|
| 1. | Indecent Assault & Battery over 14 y.o   2 65: 0134 | 265/13H |
| 2. | Assault & Battery A E ~ b d | MTC |
| 3. | Assault & Battery A E ~ d d | MTC |
| 4. | | |

IF ADDITIONAL OFFENSES CHECK HERE. ☐ AND ATTACH.

## DEFENDANT IDENTIFICATION INFORMATION — Complete data below if known.

| CC.# | DATE OF BIRTH | SEX | RACE | HEIGHT | WEIGHT | EYES | HAIR | SOCIAL SECURITY NUMBER |
|---|---|---|---|---|---|---|---|---|
| 040143112 | 10/11/61 | M | O | 5'9 | 160 | Bro | Blk | |

| COURT USE ONLY ⟶ | A hearing upon this complaint application will be held at the Boston Municipal Court, Rm. 411 on | DATE OF HEARING | TIME OF HEARING | COURT USE ⟵ ONLY |
|---|---|---|---|---|
| | | AT | | |

## CASE PARTICULARS — BE SPECIFIC

| NO. | NAME OF VICTIM Owner of property, person assaulted, etc. | DESCRIPTION OF PROPERTY Goods stolen, what destroyed, etc. | VALUE OF PROPERTY Over or under $100. | TYPE OF CONTROLLED SUBSTANCE OR WEAPON Marijuana, gun, etc. |
|---|---|---|---|---|
| 1 | Victim Known to Commonwealth 47 y.o Male | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |

OTHER REMARKS:  Above suspect did touch the victim's buttocks and rub his covered crotch against the suspect on 1 occassion in 2003 and on Sunday February 29, 2004 and Monday March 22, 2004 did rub the victim's arms and shoulders after being asked not to touch him by the victim.

SIGNATURE OF COMPLAINANT

IF PROCESS IS ORDERED, THIS APPLICATION MUST BE PRESENTED AT ONCE TO PLEADING CLERK AT ROOM 411

| NAMES OF WITNESSES | Recog. to S.C. | Give place of business or employment, if in Boston, otherwise, residence | ST. NO. |
|---|---|---|---|
| | | March 22, 2004 on ~ | |
| | | DET Schroeder appears | |
| | | Testifies allowed | |
| | | Warrant To Issue ☐ | |
| | | March To Conclusion 2:03 | |

State if defendant is arrested _____

Date of Arrest _____  WT Clerk Denied

000433

BMC-CR-2 (2/86)   FOR ADDITIONAL REMARKS OR WITNESSES-USE REVERSE OF ORIGINAL AND CHECK HERE ☐