UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.  04 CV 11948 RGS

SEYED MOHSEN HOSSEINI-SEDEHY,
    Plaintiff

v.

ERIN WITHINGTON
    Defendant

**DEFENDANT ERIN WITHINGTON'S
<u>SUPPLEMENTAL PROPOSED VOIR DIRE OF THE JURY</u>**

The Defendant Erin Withington ("Defendant") hereby requests, in this supplemental submission, that this Honorable Court conduct the following *voir dire* of the jury pool. If any juror answers these questions in the affirmative, the Defendant requests that those jurors be individually questioned regarding their impartiality as jurors:

1. Do you have an opinion about whether a male is capable of sexually assaulting another male?

    Respectfully submitted,
    DEFENDANT ERIN WITHINGTON
    By her attorney:


    <u>/s/ Helen G. Litsas</u>
    MaryBeth C. Long, BBO #652840
    Helen G. Litsas, BBO# 644848
    Assistant Corporation Counsel
    City of Boston Law Department
    Room 615, City Hall
    Boston, MA 02201
    (617) 635-4038 (Long)
    (617) 635-4023 (Litsas)

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electric Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 11, 2007.

                              /s/ Helen G. Litsas
                              Helen G. Litsas