UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11948-RGS

SEYED MOHSEN HOSSEINI-SEDEHY,
    Plaintiff

v.

ERIN T. WITHINGTON

    Defendant

**NOTICE OF WITHDRAWAL**

TO THE CLERK OF THE ABOVE-REFERENCED COURT:

    Kindly withdraw my appearance as counsel of record for the Defendant, Erin T. Withington, in the above-captioned matter.

    Respectfully submitted,
    DEFENDANT, ERIN T. WITHINGTON

    By her attorney:

    William F. Sinnott
    Corporation Counsel

By:    /s/ MaryBeth C. Long
    MaryBeth C. Long
    Assistant Corporation Counsel
    City of Boston Law Department
    Room 615, City Hall
    Boston, MA 02201
    (617) 635-4038
    BBO# 652840