UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11948-RGS

SEYED MOHSEN HOSSEINI-SEDEHY,
  Plaintiff

v.

ERIN T. WITHINGTON

  Defendant

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE-REFERENCED COURT:

Please enter my appearance as counsel of record for the Defendant, Erin T. Withington, in the above-captioned matter.

        Respectfully submitted,
        DEFENDANT, ERIN T. WITHINGTON

        By her attorney:

        William F. Sinnott
        Corporation Counsel

By:    /s/ Susan M. Weise
        Susan M. Weise, BBO# 545455
        First Assistant Corporation Counsel
        City of Boston Law Department
        Room 615, City Hall
        Boston, MA 02201
        (617) 635-4040