UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04 CV 11948 RGS

SEDEHY MOSHEN HOSSEINI,
    Plaintiff

v.

ERIN WITHINGTON and CITY OF BOSTON
    Defendants

### NOTICE OF CHANGE OF ADDRESS FOR DEFENDANT ERIN WITHINGTON's COUNSEL

Helen G. Litsas, counsel for the Defendant, Detective Erin Withington, reports the following change of her address to the following:

    Helen G. Litsas
    Law Office Of Helen G. Litsas
    38 Main Street
    Saugus, MA 01906
    (781) 231-8090 (telephone)
    (781) 231-8094 (facsimile)

Her email address has also changed to helen@litsaslaw.com.

Respectfully submitted,

DEFENDANT, ERIN WITHINGTON,

By her attorney:

/s/ Helen G. Litsas
Helen G. Litsas, Esq., BBO#644848
Law Office Of Helen G. Litsas
38 Main Street
Saugus, MA 01906
(781) 231-8090
(781) 231-8094

CERTIFICATE OF SERVICE

I, Helen G. Litsas, hereby certify that I served all parties with a copy of said Notice of Change of Address of Counsel for Defendant Erin Withington by electronic filing.

5/24/07                                             /s/ Helen G. Litsas
Date                                                Helen G. Litsas