UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

SEYED HOSSEINI -SUDAHY
    Plaintiff

        v.                            CIVIL ACTION NO. 04-11948-RGS

ERIN WITHINGTON, ET AL
    Defendant

## SETTLEMENT ORDER OF DISMISSAL

STEARNS, DJ.                                                                     JUNE 11, 2007

        THE COURT HAVING BEEN ADVISED BY COUNSEL THAT THE ABOVE-ENTITLED ACTION HAS SETTLED:

        IT IS HEREBY ORDERED THAT THIS ACTION BE DISMISSED WITHOUT COSTS AND WITHOUT PREJUDICE TO THE RIGHT OF ANY PARTY, UPON GOOD CAUSE SHOWN, TO RESTORE THIS ACTION TO THE DOCKET WITHIN 30 DAYS IF SETTLEMENT IS NOT CONSUMMATED.

        SO ORDERED.

                                      RICHARD G. STEARNS
                                      UNITED STATES DISTRICT JUDGE

                BY:

                            /s/ Mary H. Johnson
                          _____
                               Deputy Clerk

DATED: 6-11-07